

RECEIVED
OCT 26 2023
U.S. District Court
Middle District of TN





Converter heat + the Air

Down stair
Poulled in my son's Room

Wash area

washer + dryers

Case 3:23-cv-01135    Document 1-1    Filed 10/26/23    Page 6 of 9 PageID #: 13

destruction

IMG_20231022_123734.jpg

SON'S Room (SC/)

10/13/23 6:32 PM

Downstairs Fuel box







Third bed Room