





https://mail.google.com/mail/u/1/?ogbl#inbox/FMfcgzGwHLmHrtlLFHJbmWZHnKcLqptC?projector=1&messagePartId=0.3                    1/1









Case 3:23-cv-01135    Document 1-2    Filed 10/26/23    Page 7 of 8 PageID #: 23



Case 3:23-cv-01135    Document 1-2    Filed 10/26/23    Page 8 of 8 PageID #: 24