











Case 3:23-cv-01135   Document 1-3   Filed 10/26/23   Page 6 of 10 PageID #: 30









Case 3:23-cv-01135   Document 1-3   Filed 10/26/23   Page 10 of 10 PageID #: 34