

















Case 3:23-cv-01135   Document 1-4   Filed 10/26/23   Page 9 of 10 PageID #: 43

