



Very, very hurtful and sad, it brings tears to my son and I eyes. This is the law, with three Lawyers. I am just appalled by the action of the courts, to allow Us Business to what ever they want average working people. This is my life of work for 55 years of of And it comes down to this at 74 years. Then have others you known for the same amount of time to go against you for money and living off my "Life Estate". We have ideal whos involved. We have No where to turn the we had lawyers whom worked against us, allegy got paid our money gain. I am tired running out of steam for thirteen monetary years, long row to i prison Plus after personal issues. God is good Thus far I am holding my own with little issues open heart surgery, a little back problem, with all the illegal activity, fraud.



Kitchen after vandalism-destruction personal act

This was done for monetary gain to keep me off my hill & house. mean, ugly.



Living Room before destruction, I took pride in this house, my father designed this house for my grandparents, when I look at what they did it still makes me wanted cry.





10/23/23, 6:29 PM                                         mama pic 043 (1).JPG



Dining Room Living-Room Together

Case 3:23-cv-01135    Document 1-5    Filed 10/26/23    Page 7 of 8 PageID #: 51

https://mail.google.com/mail/u/1/?ogbl#inbox/FMfcgzGwHLmHrtlLDClbgfllbMzdSjnG?projector=1&messagePartId=0.7    1/1

