

Kitchen before







Second bed room



Masterbed Room
Connected to Small Room

Bathroom to Master room





**BILL TO**
D F & C R Inc
1209 Tulip Grove Road
Hermitage, TN 37076 USA

Coolray of Tennessee
1717 Elm Hill Pike Ste B2
Nashville, TN 37210

| INVOICE | INVOICE DATE |
|---|---|
| 17582682 | Oct 17, 2023 |

**JOB ADDRESS**
D F & C R Inc
1209 Tulip Grove Road
Hermitage, TN 37076 USA

**Completed Date:** 10/17/2023
**Payment Term:** Due Upon Receipt
**Due Date:** 10/17/2023

## DESCRIPTION OF WORK

Provide inspection for customer. The house has been vandalized and needs to be completely rewired. Please give is a call when we are ready to get an estimate on rewiring the home.

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| ELE Insp | Whole Home Electrical Health and Safety Inspection | 1.00 | $99.00 | $99.00 |

| PAID ON | TYPE | MEMO | AMOUNT |
|---|---|---|---|
| 10/17/2023 | Cash - Cash | | $99.00 |

| | |
|---|---|
| POTENTIAL SAVINGS | $9.90 |
| SUB-TOTAL | $99.00 |
| TOTAL DUE | $99.00 |
| PAYMENT | $99.00 |
| BALANCE DUE | $0.00 |

**CUSTOMER AUTHORIZATION**

This invoice is agreed and acknowledged. Payment is due upon receipt. A service fee will be charged for any returned checks, and a financing charge of 1% per month shall be applied for overdue amounts.

Sign here *Don Fields*        Date 10/17/2023

Invoice #17582682

Page 1 of 2
Case 3:23-cv-01135    Document 1-6    Filed 10/26/23    Page 9 of 9 PageID #: 61