Honro, and investigate THE CRIMINAL Actions, and FRAUDULENT, AS WELL AS THE TENNESSEE Bonds, BROKEN.

"See ATTACHMENTS"
Updated "2021-2023"

3.17-cv-00633

"TIME IS OF THE ESSENCE"

P.S I HAVE BEEN DEALING WITH THIS CASE FOR 17 YEARS AGO, AND I WAS 57 YEARS. FIGHTING FOR MY INHERITANCE AND I'AM NOW 74 YEARS OLD AND I Don't PLAY BY THE COURT SYSTEM AND THE COURTS THINKS THIS IS A JOKE. BIG BUSINESS Don't HAVE THE RIGHT TO DO WHAT THERE Doing By BREAKING THE LAW.

JUSTICE IS BLIND.

U.S. Department OF JUSTICE

U.S. FBI

RECEIVED

OCT 13 2023

U.S. District Court
Middle District of TN

RECEIVED

OCT 26 2023

U.S. District Court
Middle District of TN

9/29/2023

ALSO WHEN ROBERT Natestine withdrew From my CASE My Son Retained another Lawyer, THE Took over THE CASE, Nov of 21 year AND 22. We DIDNT UNDERSTAND THE concept of THE Action. We didn't Receive 50,000.00, ONLY 32,000.00 THE OTHER Lawyer My Retained THEY TooK 18,000,00 (LAWYER THE DeFault Judgement, THE Lien WAS place By me AND My Son. ALL THESE Lawyers WORKED Together WE GOT paid. THE Law is NOT For US, THEy JUST WANT TAKE your money AND EXTEND AND Prolong CASES AND play AROUND IN THE Courts SYSTEM. As, IT WAS STATED By AN INDIVIDUAL AT THE TAX ASSESOR ABOUT, Deborah I Everson AT 74 years of AGE. HEARD conversation, your MOTHER is 74 years old AND SHE'll BE DEAD, Son (Charles) Ragland WILL STILL CONTINUE TO BE Fighting, TAX ASSESOR are AND is FRAUDULENTLY Doing wrong in THERE OFFICE Forging AND playing WITH PAYMENTS AND Forging INDIVIDUALS NAME, Flipping Deeds AND NAMES. I Deborah ", Everson HAS work For THE FEDERAL Government AND RETIRED, BEEN FEDERAL FOR 34 years Fraudulent Action, CRIMINAL ACTIVITY.

NOT ONE LAWYER HAS FOUGHT FOR US, WE'VE HAD THREE
LAWYER. AND NOW AT THIS TIME I DO NOT BELIEVE
IN THE LEGAL SYSTEM, I OVER APPALLED BY THE SYSTE.
ALLOWING THESE CODES BEING BROKEN. MY SON AND I
( Ms. DEBORAH J. FRIERSON) BEEN FIGHTING TO 15 plus YEARS
AT 74 YEARS OLD, I'VE BEEN THREATEN, WITH ARREST
ON MY PRIVATE PROPERTY, MY MIND WONDERS WILL JUSTIC
IS GOING TO PREVAIL. WE NEED JUSTICE IN THIS MATTE

→ TENN LOWES HAM... COACHING CONTRACT

1. SS# 48-51-3...
2. SS# 60-28-...
3. SS# 56-33-10...
4. SS# 66-3-104
5. SS# 39-14-104

HEAD QUARTERS MERITAGE HOMES OF SCOTTSDALE, AZ
SEE CODES, NO OTHER OWNERS.

1. FALSE PRETENSE
2. THEFT
3. CHANGING ORIGINAL LEGAL DOCUMENTS to input
Computer System.
4. FRAUDVENT INFORMATION.
5. PAID TAXES LAST YEAR WITH MY CHECK WAS SWITCHED
BY TRUSTEE OFFICE TO MERITAGE HOMES. PAID IT
ALL MY FAMILY WAS FROM "THE HERMITAGE" ON MY FATHER
SIDE ALEXANDRIA, TN AND NASHVILLE ALL MY FATHERS
PEOPLE ARE DECEASED KENNETH B. FRIERSON. MY
MOTHER'S FAMILY OVER 97 YEARS, CECILIA BELL PRESTON
FRIERSON - DOOLEY - DECEASED 85 YEARS OLD, HER LAST
COUSIN WHICH WAS LIKE HER SISTER JULIA BELL
AUSTIN WHOM LIVED TO BE 100 YEARS OLD.
THERE'S ALOT OF FRAUD: USING MY NAME ILLEGALLY
SCANNING TO USE ON FRAUDVENT DOCUMENTIONS.
MERITAGE HOMES HAS ENCROACHED ABOUT 2½ ACRES
WANT ME TO FIGHT IN COURT, WHEN HOUSE + 5.0 PLU
ACRES IS STILL MINE TO THIS DAY AND DATE. HAD SEASON
LAWYER (ATTORNEY) FOR 10 YEAR, THEN WITHDREW FROM MY
CASE.

MY SON AND I START DURING OUR OWN RESEARCH,
THE ATTORNEY GOT MAD AT US, THINGS DIDN'T ADD
UP AND I HAVE ALL DOCUMENTS FOR 17 YEARS ABOUT
THIS CASE SIGNING FRAUD, BANK SETTLEMENTS,
INSURANCE, FALSE ILLEGAL EVICTION, TAMPERING
WITH FEDERAL PROPERTY OUR MAILBOX AT 1209
TULIP GROVE RD, HERMITAGE, TN 37076

ALOT OF FRAUD GOING ON IN THE GOVERNMENT
SYSTEM IN TENNESSEE (NASHVILLE)

"THE HERMITAGE" WAS 56 ACRES WAS OWN BY RUFUS WILSON AND LAURA WILSON EVANS.

RUFUS WILSON WAS MURDERED 1918 ON PROPERTY 1209 TULIP GROVE Rd, HERMITAGE TN 37076 (WHICH WAS RR #1 BOX 135 Hermitage TN 37076

LAURA WILSON EVANS BECAME SOLO OWNER, LAURA WILSON EVANS LATER DEEDED (QuitClaim) TO MY GRANDMOTHER MERIE Helen WILSON EVANS, FRIERSON AND BY LAST WILL, TESTAMENT "LIFE ESTATE" MY GRANDMOTHER QuitClaim THE 56 ACRES TO HER 5 GRANDCHILDREN. DEBORAH J. FRIERSON HAS the LAST PIECE OF "THE HERMITAGE" 5.094 OF 1209 Tulip Grove Rd. HERMITAGE, TN 37076 WHICH IS "THE HERMITAGE" AND "LIFE ESTATE" DEBORAH J. FRIERSON HAS ALL ORIGINAL DOCUMENTS, THE 5.094 HAS BEEN LOCKED KEEPING ME OFF MY 5.094 BY GEORGE H. ROBERTSON III AND JACEQUINIE ROBERTSON — GREGORY 1161 Tulip Grove Rd HERMITAGE TN 37076

ALLEGEDLY GEORGE H. ROBERTSON III 83 YEARS OF AGE Being PAID-OFF TO KEEP DEBORAH FRIERSON OF HER Pro. OFF HER PROPERTY BY MERITAGE HOMES BY blocking Rd. TO 1209 Tulip Grove Rd "THE HERMITAGE" HERIMTAGE, TN 37076 AND 50 FOOT FRONTAGE TO Tulip Grove Rd, THE HERMITAGE.

*N/A*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur? *ENCROACHMENTS USING INTIMIDATION, USING FORCE, FALSE POLICE REPORTS, ARREST/ FRAUDULENT DOCUMENTATIONS, LANDLOCKING, SINCE USING LONG FOOTAGE BLOCKING - DISRUPTION AND CONFUSION "SEE NEW EVIDENCE"*

B.   What date and approximate time did the events giving rise to your claim(s) occur? *New Evidence has Surfaced - Davie more Researching after the previous Complaint up Dated evidence for 2023*

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* " *See ATTACHMENT From Last Complaint about my Sons Accident. And up Dated information - to 2023. My Son and I Drove to Scottsdale, AZ To Discuss the matters with Rep. Mark Reynolds, though we talk to 5 other individuals Before Mr. Reynolds it Took us 23 hrs To Drive THERE "See ATTACH"*

Con't AND WHEN WE DID TALK TO MR. Reynold, he was unprofessional, Rude, impulsive, insulting, Told my Son and I, To Just Drive Back to Nashville, TN and play with it in Court. My Son and I Drove 23hrs and my Son is in a wheelchair and got Sick Through the Travel as well as I Try To Discuss the Matter at Hand and This is what Happens to people Thate Needing Answers about Matters, Situation, Knowing when other parti and entity are Doing wrong and making Criminal Actions and Getting away with it. No Telling how many people They've Done This too. I know these Matters Need to Be Investigated and Brought to Justice. And Meritage Homes made promise and Did Not Fulfill the promise, ADA Home.

**VI.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/29/2023

Signature of Plaintiff _Deborah J. Frierson_

Printed Name of Plaintiff DEBORAH J. FRIERSON

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number _____

E-mail Address _____

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Contract 11-2-06, 4-3-07
Complaint Dated 10-09 Filed By David Kennedy
Judgement (Default New Dates (11-22-2021) This File
previous Complaint - There are New Evidence That
Has Surfaced From More Research/etc and more
Fraudulent Acts as Well as Tenn Codes Being
"See Attach" New evidence ———

# UNITED STATES DISTRICT COURT

for the

*Middle* District of *Tennesse*

*Nashville* Division

|  |  |
|---|---|
| *D.F. & C.R. INC THE HERMITAGE* | Case No. *3.'17-CV- 00633* |
| **Plaintiff(s)** | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| *Meritage Homes* | |
| *MLSE Group INC* | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _D.F & C.R. INC THE HERMITAGE_

Address _1209 Tulip Grove Rd_

_HERMITAGE_    _TN_    _37076_
City      State      Zip Code

County _DAVIDSON COUNTY_

Telephone Number _615-888-8886_

E-Mail Address _dfcrinc@gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _PHILIPE LORD_

Job or Title _(if known)_ _CEO_

Address _8800 E. RAINTREE DR. SUITE 300_

_SCOTTSDALE_    _AZ_    _85260_
City      State      Zip Code

County _MARICOPA COUNTY_

Telephone Number _480 (515-8100)_

E-Mail Address _(if known)_ _WWW. MERITAGE Homes, com_

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name _STEVEN J. HILTON_

Job or Title _(if known)_ _CHIEF EXECUTIVE OFFICER, CHAIRMAN_

Address _6613 N. SCOTTSDALE Rd._

_SCOTTSDALE_    _AZ_    _85260_
City      State      Zip Code

County

Telephone Number _480-(515-8100)_

E-Mail Address _(if known)_ _WWW. MERITAGE Homes com_

☒ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name      ALAN WISE INC
    Job or Title *(if known)*    OWNER
    Address      6280 N. New Hope Rd
       HERMITAGE    TN    37076
           *City*       *State*     *Zip Code*
    County      DAVIDSON County
    Telephone Number
    E-Mail Address *(if known)*

    [X] Individual capacity     [ ] Official capacity

Defendant No. 4
    Name      THE WISE GROUP INC
    Job or Title *(if known)*    OWNER
    Address      828a Donelson Pike
       NASHVILLE    TN    37214
           *City*       *State*     *Zip Code*
    County      DAVIDSON County
    Telephone Number    615-391-3505
    E-Mail Address *(if known)*   WISECOACHES OF NASHVILLE.COM

    [X] Individual capacity     [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

     [ ] Federal officials (a *Bivens* claim)

     [X] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

              N/A

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal

N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?   MERITAGE HOMES HAS AND VIOLATED IN CODES AS WELL AS THE PARTIES, ENTITIES THAT ARE IN THESE VIOLATION AS WELL IN BREACHING MY CONTRACT WITH M DEBORAH PATERSON, SON MR. RADIANO RT. CRIMINAL "THE HERMITAGE AND FOUNDERS. "ATTACHMENTS" G3?

B.   What date and approximate time did the events giving rise to your claim(s) occur?   DUE TO NEW EVIDENCE AND NEW UP DATES OF ACTUAL FACTUAL DOCUMENTATI FROM VIOLATION THAT HAS BEEN BROKEN (TOWN CODES AND CRIMINAL ACTIONS) IT STARTS WITH PREVIOUS DOCUMENT AS WELL AS COURT ORDER ON FILE

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ALL PARTIES - ENTITIES
RELATIONS - ARE
REPLACING 1209 WITH
MADE UP ADDRESSES AND
ALTERNATING AND TAMPERING
WITH DEEDS SURVEYING

See ANOTHER a
ATTACHMENT
"RELATIVES"
THESE
EVENTS

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive. SCORED, MENTALLY IN A
DAZE, UNDER DOCTORS CARE,
HURTFULL, NERVES, PRAY THAT I DONT
GET SICK, AND MY SON DOESNT HAVE
ANYONE. PROMISES BROKEN AND WE BEEN
Fighting FOR 15 YEARS AND NEEDING
JUSTICE.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims. See COURT # 11-2-06, 4-3-07
Complaint DATED 10-09 FILED By DAVID Conway Judgement (DEFAULT
laws DATED (11-27-2021) THIS THE PREVIUS Compliant — THERE AL
NEW EVIDENCE THAT HAS SURFACE FROM MORE Researching AND
MORE FRAUDLENT Doing By PARTIES, BEING LISTED ON COMPLAIN
UP DATED 2023        See ATTACHED
                    " NEW EVIDENCE "

FRAUDULENT CONVANYANCE OF REAL PROPTERY
          " THE HERMITAGE "

(A.2) TENN CODES HAS BEEN IN COURTS OF ____ OWNSHIP
IN BREACHING CONTRACT

1. 88# 48-51-310
2. SS# 60-28-504
3. SS# 56-33-102
4. SS# 66-3-104
5. SS# 39-14-104

HEAD QUARTERS MERITAGE HOMES OF SCOTTSDALE, AZ
SEE CODES, NO OTHER OWNERS.

1. FALSE PRETENSE
2. THEFT
3. CHANGING ORIGINAL LEGAL DOCUMENTS TO INPUT
Computer System,
4. FRAUDULENT INFORMATION.
5. PAID TAXES LAST YEAR WITH MY CHECK WAS SWITCHED
BY TRUSTEE OFFICE TO MERITAGE HOMES PAID IT.
ALL MY FAMILY WAS FROM "THE HERMITAGE" ON MY FATHER
SIDE ALEXANDRIA, TN AND NASHVILLE ALL MY FATHER
PEOPLE ARE DECEASED Kenneth B. FRIERSON. MY
MOTHER'S FAMILY OVER 97 years, CECULIA BELL PRESTON
FRIERSON - DOOLEY - DECEASED 85 years OLD, HER LAST
COUSIN WHICH WAS LIKE HER SISTER, Julia Bell
AUSTIN WHOM LIVED TO BE 100 YEARS OLD.
THERE'S ALOT OF FRAUD: USING MY NAME ILLEGAL
SCANNING TO USE ON FRAUDULENT DOCUMENTIONS.
MERITAGE HOMES HAS ENCROACHED ABOUT 2 1/2 ACRE
WANT ME TO FIGHT IN COURT, WHEN HOUSE & 5.09G
ACRES IS STILL MINE TO THIS DAY AND DATE. HAD 6 ASSO
LAWYER (ATTORNEY) FOR "A YEAR THEN WITHDREW FROM MY
CASE,

SON HAD A CAR ACCIDENT 9/24/2006 A WHICH PUT HIM
AS SPINAL CORD NE WAY FROM THE CHEST DOWN, HE WAS BETWEEN
LIFE AND DEATH. I WAS HOUNDED AT HOME AND THE HOSPITAL,
THEY WERE CALLING ALL THE TIME GETTING ON MY NERVOUS,
AT TIMES I WOULD NT PICK-UP THE PHONE GOING ON
BOUT MY PROPERTY, BRINGING FLOWERS, VISITING MY SON
AT THE HOSPITIAL, MARSHA HOME, TOOK ME TO LUNCH
I WAS IN STOCK ABOUT MY SON, TOTALLY BLANK ON WHAT
TO DO, I WASN'T GIVING TIME TO THINK, WITH ALL THIS
HOUNDING FOR ALEAST TWO-WEEKS BEFORE I BOUGHT MY SON HOME
IT WAS ABUSE REPROACH ACTIONS AT THE TIME I THOUGHT IT WAS
SHOWING NO RESPECT WHAT WAS WRONG WITH THESE PEOPLE
BEING COERCED DURESS AND PRESSURE THAT WHEN THE
HANDICAPP. ACCESSIBLE HOME THAT WAS THEN WHEN THE
HANDICAPP. HOUSE WAS PROMISED, FOR MY SON, I HAVE
PROBLEMS, PEPIRATION, HIGH BLOOD PRESSURE, IN THIS MATTER

AS OF 2023 NEW EVIDENCE AND THERE IS CRIMINAL
ACTIONS HAS AND IS GOING ON (WE HAD A LAWYER THAT
WAS ON OUR CASE FOR 10 YEARS AND DID NOT FIGHT
FOR US THEN WITHDREW FROM OUR CASE, ROBERT -
NOTESTINE - CAUSE OF OUR RESEARCH AND FINDING OUT
WRONG DOING - FROM THE PARTIES (ENTITY AND MR. NOTESTINE
DID NOT ADDRESS- AND DID NOT ADDRESS TO ME THAT OUR
5.094 ACRES AND HOUSE WAS MINE AS THE OWNERSHIP
TENN CODES HAS BEEN BROKEN AND AS WELL AS
CRIMINAL ACTIONS.

MY SON AND I START DURING OUR OWN RESEACH, THE ATTORNEY GOT MAD AT US, THINGS DIDN'T ADD UP AND I HAVE ALL DOCUMENTS FOR 7 YEARS ABOUT THIS CASE SIGNING FRAUD, BANK SETTLEMENTS, INSURANCE, FALSE ILLEGAL EVICTION, TAMPERING WITH FEDERAL PROPERTY OUR MAILBOX AT 1209 TULIP GROVE Rd, HERMITAGE, TN 37076

ALOT OF FRAUD GOING ON IN THE GOVERNMENT SYSTEM IN TENNESSE (NASHVILLE)

"THE HERMITAGE" WAS 56 ACRES WAS OWN BY RUFUS WILSON AND LAURA WILSON EVANS.

RUFUS WILSON WAS MURDERED 1918 ON PROPERTY 1209 Tulip Grove Rd, HERMITAGE TN 37076 (WHICH WAS RR#1 Box 135 HERMITAGE TN 37076

LAURA WILSON EVANS BECAME SOLO OWNER, LAURA WILSON EVANS LATER DECOOD (QuitClaim) TO MY GRANDMOTHER MEXIE Helen WILSON EVANS, FRIERSON AND BY LAST WILL, TESTANT "LIFE ESTATE" MY GRANDMOTHER Quitclaim THE 56 ACRES TO HER 5 GRANDCHILDREN. DEBORAH J. FRIERSON HAS the LAST PIECE OF "THE HERMITAGE" 5.094 OF 1209 Tulip Grove Rd. HERMITAGE, TN 37076 WHICH is "THE" HERMITAGE" AND "LIFE ESTATE" DEBORAH J. FRIERSON HAS ALL ORIGINAL Documents. THE 5.094 HAS BEEN LOCKED KEEPING ME OFF MY 5.094 BY GEORGE H. ROBERTSON III AND JACEQULINE ROBERTSON. GREGORY 1161 Tulip Grove Rd HERMITAGE TN 37076

ALLEGEDLY GEORGE H. ROBERTSON III 83 years OF AGE BEING PAID - OFF TO KEEP DEBORAH FRIERSON OF HER pr. OFF HER PROPERTY BY MARIAGE HOMES By Blocking Rd. TO 1209 Tulip Grove Rd "THE HERMITAGE" HERMITAGE TN 37076 AND 50 FOOT FRONTAGE TO Tulip Grove Rd, THE HERMITAGE.

# UNITED STATES DISTRICT COURT
### for the

*MIDDLE* District of *TENNESSEE*

*NASHVILLE* Division

| | |
|---|---|
| *D.F.& C.R. Inc  THE HERMITAGE* ) | Case No. *3:17-CV-00633* |
| _____ ) | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** ) | |
| *(Write the full name of each plaintiff who  filing this complaint.* ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| *Concordia Development Inc* ) | |
| _____ ) | |
| *George H. Robertson IV* ) | |
| _____ ) | |
| **Defendant(s)** ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.  Do not include addresses here.)* ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     D.F. & C.R INC    "THE HERMITAGE"

Address     1209 Tulip Grove Rd

     HERMITAGE    TN     37076

         *City*        *State*      *Zip Code*

County     DAVIDSON   County

Telephone Number     615-889-8896

E-Mail Address     dfcrinc @ gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     GEORGE A. ROBERTSON III

Job or Title *(if known)*     CONCORDIA DEVELOPMENT INC

Address     812 GRANWOOD BLVD

     OLD Hickory    TN     37138

         *City*        *State*      *Zip Code*

County

Telephone Number     615-889-5391

E-Mail Address *(if known)*

[X] Individual capacity    [ ] Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

         *City*        *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

4.2

TENN CODES HAS BEEN IN COURTS OF ~~~~ OWNERSHIP
IN BREACHING CONTRACT

1. 88# 48-51-310
2. SS# 60-28-504
3. SS# 56-33-102
4. SS# 66-3-104
5. SS# 39-14-104

HEAD QUARTERS MERITAGE HOMES OF SCOTTSDALE, AZ
SEE CODES, NO OTHER OWNERS

1. FALSE PRETENSE
2. THEFT
3. CHANGING ORIGINAL LEGAL DOCUMENTS to input
Computer System.
4. FRAUDVENT INFORMATION.
5. PAID TAXES LAST YEAR WITH MY CHECK WAS Switched
By TRUSTEE OFFICE TO MERITAGE, HOMES PAID IT.
ALL MY FAMILY WAS FROM "THE HERMITAGE" ON MY FATHER
SIDE ALEXANDRIA, TN AND NASHVILLE ALL MY FATHER
PEOPLE ARE DECEASED KENNETH B. FRIERSON. MY
MOTHER'S FAMILY OVER 97 years, CECELIA BELL PRESTON
FRIERSON - DOOLEY - DECEASED 85 years OLD, HER LAST
COUSIN WHICH WAS LIKE HER SISTER Julia BELL
AUSTIN WHOM LIVED TO BE 100 YEARS OLD.
THERE'S ALOT OF FRAUD; USING MY NAME ILLEGAL
SCANNING TO USE ON FRAUDLENT DOCUMENTIONS.
MERITAGE HOMES HAS ENCROACHED ABOUT 2 1/2 ACRE
WANT ME TO FIGHT IN COURT, WHEN HOUSE + 5.09
ACRES IS STILL MINE TO THIS DAY AND DATE. HAD 5 DAS
LAWYER (ATTORNEY) FOR A YEAR, THEN WITHDREW FROM MY
CASE,

(.1.)

Son Had a Car Accident 9/24/2006 a which Put Him
as Spinal Cord in way from the Chest Down, He was Between
life and Death. I was Hounded at Home and the Hospital,
They were Calling all the time getting on my Nervous,
at Times I wouldn't pick-up the phone Going on
about my property, Bringing flowers, Visiting my Son
at the Hospital, Marshall Home, took me to lunch
I was in stock About my Son, Totally blank on what
To Do, I wasn't Givinea time to think, with all this
Hounding For Aleast Two-weeks Before I Brought my Son Home
It was about Reproach actions at the time I thought it was
Houinea No Respect what was wrong with these People
Being Coorced Duress and pressure That when the
Handicapp. Accessible Home That was then when the
Handicapp. House was promised For my Son, I Have
probloms, papiration, High blood pressure, in this Matter

As of "2023 New evidence and there is criminal
actions has and is going on (we Had a Lawyer That
was on our case For 10 years and Did not fight
For us Then Withdrew from our case, Robert...
Notestine - cause of our Research and Finding out
wrong Doing - from the Parties / enity and Mr. Notestine
Did not address - and did not address to me that our
5.094 acres and House was mine as the ownership
Tenn Codes Has Been Broken and as well as
criminal Actions.

My son and I start during our own research,
the attorney got mad at us, things didn't add
up and I have all documents for 7 years about
this case Signing fraud, Bank settlements,
Insurance, False illegal eviction, Tampering
with Federal property our mailbox at 1209
Tulip Grove Rd, Hermitage, TN 37076

Alot of Fraud going on in the Government
System in Tennessee (Nashville)

"THE HERMITAGE" WAS 56 ACRES WAS OWN BY RUFUS WILSON
AND LAURA WILSON EVANS.

RUFUS WILSON WAS MURDERED 1918 ON PROPERTY 1209 Tulip
Grove Rd, HERMITAGE TN 37076 (WHICH WAS R.R.#1 Box 135 HERMITAGE
TN 37076

LAURA WILSON EVANS BECAME SOLE OWNER, LAURA WILSON
EVANS LATER DEEDED (QuitClaim) TO MY GRANDMOTHER MEXIE
Helen WILSON EVANS, FRIERSON AND BY LAST WILL'S TESTAMENT
"LIFE ESTATE" MY GRANDMOTHER QUITClaim THE 56 ACRES
TO HER 5 GRANDCHILDREN. DEBORAH J. FRIERSON HAS the
LAST PIECE OF "THE HERMITAGE" 5.094 OF 1209 Tulip
Grove Rd. HERMITAGE, TN 37076 WHICH IS "THE"
HERMITAGE" AND "LIFE ESTATE" DEBORAH J. FRIERSON
HAS ALL ORIGINAL Documents. THE 5.094 HAS
BEEN LOCKED KEEPING ME OFF MY 5.094 BY
GEORGE H. Robertson III AND JACQUELINE
Roberston - GREGORY 1161 Tulip Grove Rd HERMITAGE
TN 37076

ALLEGEDLY GEORGE H. ROBERSTON III 83 YEARS OF AGE
BEING PAID-OFF TO KEEP DEBORAH FRIERSON OF HER Pa
OFF HER PROPERTY BY MARRIAGE HOMES By Working Rd-
TO 1209 Tulip Grove Rd "THE HERMITAGE" HERMITAGE, TN
37076 AND 50 FOOT FRONTAGE TO Tulip Grove Rd,
THE HERMITAGE.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*N/A*

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?  *ENCROACHMENTS, USING INTIMIDATION, USING FALSE/FRAUDULENT DOCUMENTATIONS, LAND LOCKING FOR MY PROPERTY DISRUPTION AND CONFUSION.  SEE ATTACH NEW EVIDENCE*

B.    What date and approximate time did the events giving rise to your claim(s) occur?
*FROM THE FIRST COMPLAINT THAT WAS FILED — UP DATED AND NEW EVIDENCE 2023  SEE ATTACH*

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*
*SEE PREVIOUS COMPLAINTS RELATED WITH THESE MATTERS ATTACHMENT UP DATED DOCUMENTATION 2023*

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/29/2023

Signature of Plaintiff    *Deborah J. Frierson*

Printed Name of Plaintiff    DEBORAH J. FRIERSON

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

                    City          State          Zip Code

Telephone Number    _____

E-mail Address    _____

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Heart Pain (Sons Accident) hurtful, nervous, mental distress under Doctors care, praying I Don't get sick. Son Depends on me Son Doesn't have help. I fell on numbered of occassion - losing balance - New evidence of landlocking me and breaking town codes, Criminal actions, fraudulent Documentation - Forgery

See Attach
New Evidence 2023

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Contract 11-2-06, 4-3-07 compliant Dated 10-09 Filed By David Kennedy. Judgement (Default Lien Dated (11-22-2021) This the Previous Complaint - There are New evidence that has surface from more Researching and more fraudlent Donas from These Parties/figures Listed Below 1. Mr. George H. Roberston III
See Attached
New Evidence Dated from previous complaint to 2023

"The Testimony of GOD"

"Set in Truth"

"Allodial Title"

"A WOMAN OF GOD"

In /CO

"In Care of 1209 Tulip Grove Road Hermitage, TN 37076"

"Set in truth"

"Metes And Bounds Boundaries Survey", "Measurement, property guidelines" and "Minerals Rights."

I, DEBORAH J FRIERSON the heir granddaughter of MEXIE HELEN WILSON EVANS FRIERSON. I am submitting this Survey for the purpose which was in 1993, 30 years ago for the record on the record for 1209 Tulip Grove Rd., Hermitage, TN "37076"

This is the only true original Survey for 1209 Tulip Grove Rd., Hermitage, TN "37076", Life Estate for real property of 5.094 acres to be registered and recorded for legal purposes. This 5.094 acres was never sold to anyone or any other entities, this was the death place of my father's was the home front.

I am a retired FEDERAL GOVERNMENT Employee Retiree, I have been employed with the ARMY FINANCE CENTER, VA Hospital, IRS, CORPS of ENGINEER, and HUD ( (HOUSING and URBAN DEVELOPMENT)

I 've being land locked and blocked from to access to my home on the 5.094 acres at 1209 Tulip Grove Rd., Hermitage, TN "37076" The Road was built and cut out by grandfather "ROBERT C. FRIERSON", it's has been there for over 100+ years, the road was there before 1161 Tulip Grove Road and 1203 Tulip Grove the people whom is blocking me from my home for the last 3 to 4 years. Onnie and Jacqueline Gregory we shared the road which is stated above. Onnie Gregory has passed away, George Robertson the 3rd her brother is instigating and forcing the blockage, this happened after their mother passed.

The Survey shows all encroachments, George Robertson the 3rd and Jacqueline Onnie Gregory, and Onnie Gregory has also blocked me from the 50ft Frontage the 1161 Tulip Grove Rd., Hermitage, TN that is part of my the 5.094 acres, they have land locked me access to the 1209 Tulip Grove Rd '100 + foot long" Hermitage, TN "37076" Now they have been messing with my mailbox, trying to push it down on numerous occasions, that is a criminal act the son Onnie Gregory Jr. is now trying to take over my mailbox.

This is the truth nothing but the truth under "God". The survey shows I have the right to use the road and access my 50ft frontage. I started a business registered in 2010, I have no way to access my home/ Business

The 5.094 acres, home is considered historic property and landmark.

*Deborah J. Frierson*     5- 30 -2023

Deborah J. Frierson

*Andie Frier*  5/30/23

Witness

RAPHEAL GARDNER
STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY

My Commission Expires
May 7, 2024

"The Testimony of GOD"

"Set in Truth"

"Allodial Title"

Karen Johnson    Davidson County
Batch# 1023101          AFFIDAVIT
07/06/2023 10:41:43 AM        2 pgs
Fees: $12.00  Taxes: $0.00

20230706-0051642

"A WOMAN OF GOD"

In /CO

"In Care of 1209 Tulip Grove Road Hermitage, TN 37076"

"Set in truth"

"Metes And Bounds Boundaries Survey", "Measurement, property guidelines" and "Minerals Rights."

I, DEBORAH J FRIERSON the heir granddaughter of MEXIE HELEN WILSON EVANS FRIERSON. I am submitting this Survey for the purpose which was in 1993, 30 years ago for the record on the record for 1209 Tulip Grove Rd., Hermitage, TN "37076"

This is the only true original Survey for 1209 Tulip Grove Rd., Hermitage, TN "37076", Life Estate for real property of 5.094 acres to be registered and recorded for legal purposes. This 5.094 acres was never sold to anyone or any other entities, this was the death place of my father's was the home front.

I am a retired FEDERAL GOVERNMENT Employee Retiree, I have been employed with the ARMY FINANCE CENTER, VA Hospital, IRS, CORPS of ENGINEER, and HUD ( (HOUSING and URBAN DEVELOPMENT).

I've being land locked and blocked from to access to my home on the 5.094 acres at 1209 Tulip Grove Rd., Hermitage, TN "37076" The Road was built and cut out by grandfather "ROBERT C. FRIERSON", it's has been there for over 100+ years, the road was there before 1161 Tulip Grove Road and 1203 Tulip Grove the people whom is blocking me from my home for the last 3 to 4 years. Onnie and Jacqueline Gregory we shared the road which is stated above. Onnie Gregory has passed away, George Robertson the 3rd her brother is instigating and forcing the blockage, this happened after their mother passed.

The Survey shows all encroachments, George Robertson the 3rd and Jacqueline Onnie Gregory, and Onnie Gregory has also blocked me from the 50ft Frontage the 1161 Tulip Grove Rd., Hermitage, TN that is part of my 5.094 acres, they have land locked me access to the 1209 Tulip Grove Rd "100 + foot long" Hermitage, TN "37076" Now they have been messing with my mailbox, trying to push it down on numerous occasions, that is a criminal act the son Onnie Gregory Jr. is now trying to take over my mailbox.

The survey shows I have the right to use the road and access to my 50ft frontage. I started a business registered in 2010, I have no way to access my home./ Buisness

The 5.094 acres, home is considered historic property and landmark and a "LIFE ESTATE" FEDERAL LAW'S ARE BEING VIOLATED.

Quitclaim deed is a "Life Estate " the right way or easement appurtenant to say tracts are like wise conveyed by this deed. The Grantor, grandmother, Mexie H. Frierson, retained and reserves estate a life in the property here by conveyed.

D.F. & C.R. INC EST 2010
ALL RESERVED RESERVED

This is the truth nothing but the truth under "God"  *Deborah J. Frierson*
*7/8/2023*

*State TN*
*County of Davidson*

*On this, the* 6th *day of* July *, 20 23 before me a notary public, the undersigned officer personally appeared* Deborah J Frierson *, Known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.*

*In witness hereof, I hereunto set my hand and official seal*

*Notary Public*

*Commission Expires:*

My Commission Expires
May 7, 2024

RAPHEAL GARDNER
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

Karen Johnson     Davidson County
Batch# 1014969          **AFFIDAVIT**
06/14/2023 11:00:17 AM     33 pgs
Fees: $117.00  Taxes: $0.00

20230614-0045350

Derorah J. Frierson
1209 Tulip Grove Rd
Hermitage, TN 37076

## *Affidavit of Affixation*
### *Boundaries Survey, Measurement, Property Guidelines, and Minerals Rights*

I, Deborah J. Frierson, am the heir-granddaughter of Mexie Helen Wilson Evans Frierson. I am submitting this Survey for purpose which was in 1993, 30 years ago for the record on the record for 1209 Tulip Grove Rd., Hermitage, TN 37076.

This is the only true original Survey for 1209 Tulip Grove Rd., Hermitage, TN 37076, Life Estate for real property of 5.094 acres to be registered and recorded for legal purposes. This 5.094 acres was never sold to anyone or any other entities, this was the death place of my father's was the home front.

I am a retired Federal Government Employee Retiree, I have been employed with Army Finance Center, VA Hospital, IRS, Corps of Engineers, and HUD (Housing and Urban Development).

I've been landlocked and blocked from access to my home on the 5.094 acres at 1209 Tulip Grove Rd., Hermitage, TN 37076. The Road was built and cut out by my grandfather "Robert C. Frierson", it has been there for over 100+ years, the road was there before, the people who is blocking me from my home for the last 3 to 4 years. Onnie and Jacqueline Gregory, we shared the road which is stated above. Onnie Gregory has since passed away. George Robertson, Jacqueline her brother is instigating and forcing the blockage at 1209 Tulip Grove Rd., Hermitage, TN 37076, these actions started occurring when their mother passed away. George Robertson also blocked my 50 ft frontage which is part of my 50ft and the 5.094 acreage, runs down to 1209 Tulip Grove Rd., Hermitage. TN 37097. George Robertson house of 1203 is blocking me from assessing that frontage.

The Survey shows all encroachments, George Robertson, Jacqueline Onnie Gregory, and Onnie Gregory have also blocked me from the 50ft Frontage the 1161 Tulip Grove Rd., Hermitage, TN which is part of my 5.094 acres, they have landlocked me access to the 1209 Tulip Grove Rd.,
Hermitage, TN 37076. There are two ways for me to come off 1209 Tulip Grove Rd., Hermitage, TN

Now they have been messing with my mailbox, trying to push it down on numerous occasions, that is a criminal act the son Onnie Gregory is now trying to take over my mailbox.

The survey shows I have the right to use the road and access to my 50ft frontage. I started a business registered in 2010. I have no way to access my home./ Buisness

The 5.094 acres, home is considered historic property and landmark and a "LIFE ESTATE" FEDERAL LAW'S ARE BEING VIOLATED.

Quitclaim deed is a "Life Estate." the right way or easement appurtenant to say tracts are like wise conveyed by this deed. The Grantor, grandmother, Mexie H. Frierson, retained and reserves estate a life in the property here by conveyed.

D.F. & C.R. INC EST 2010
ALL RESERVED RESERVED

This is the truth nothing but the truth under "God".

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (Optional)

**B. EMAIL CONTACT AT FILER** (Optional)

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

D.F. & C.R. INC THE HERMITAGE
8305 Gordon Lane
Hermitage, TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GRANDVIEW Customs Homes LLC Company # 800980370 | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1312 Central Ct | Hermitage | TN | 37076 | U.S. |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DF & C.R INC " THE HERMITAGE " | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1704 Tulip Grove Rd | THE HERMITAGE | TN | 37076 | U.S. |

**4. COLLATERAL:** This financing statement covers the following collateral: This is Agent for CONSTRUCTIVE NOTICE AND DEBTORS interest in all Debtors property. Both Registers, and UN Registers is hereby Afforded at locations on all security Covenants and Obligations pursuant of Secured Party Violation of TN Const Art 11-13-7-111 136-5 0306 CMS 36 50 100

Maximum principal indebtedness for Tennessee recording tax purposes is $0306 CMS 36 50 100

**5. Check only if applicable and check only one box:** Collateral is ☒ held in Trust (see UCC1Ad, item 17 and instructions)
☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. EMAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ D.F. & C.R. INC "THE HERMITAGE"
8305 GOLDEN LADE
⌐ HERMITAGE, TN 37076 ⌐

Karen Johnson   Davidson County
Batch# 1053001                    **UCCFS**
09/22/2023 12:17:53 PM
Fees: $15.00  Taxes: $0.00        2 pgs

20230922-0074662

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME  WISE | FIRST PERSONAL NAME  ALAN | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS  545 COLLINS PARK  | CITY  ANTIOCH | STATE  TN | POSTAL CODE  37075 | COUNTRY  U.S |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  D.F. & C.R. INC "THE HERMITAGE" | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME  THE | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS  1709 TULIP GROVE RD | CITY  HERMITAGE | STATE  TN | POSTAL CODE  37076 | COUNTRY  U.S |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE AND DEBTORS, INTEREST IN ALL DEBTORS PROPERTY BOTH REGISTERED AND UNREGISTERED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN FAVOR OF SECURED PARTY. TN 545-136-48-51-3110, TN-66-3-104
Maximum principal indebtedness for Tennessee recording tax purposes is $(107.5MN) *G-39-14-104 VIOLATION OF FUNDS COODE

5. Check only if applicable and check only one box: Collateral is ☒ held in Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson    Davidson County
Batch# - 1053001                    **UCCFS**
09/22/2023 12:17:53 PM
Fees: $15.00  Taxes: $0.00              2 pgs

**20230922-0074663**

**A.** NAME & PHONE OF CONTACT AT FILER (Optional)

**B.** EMAIL CONTACT AT FILER (Optional)

**C.** SEND ACKNOWLEDGMENT TO: (Name and Address)

> DF. & CR INC THE HERMITAGE
> 8305 GORDON LN
> HERMITAGE TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME HANNS HEELTON |
|---|

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 1c. MAILING ADDRESS 125 WALTON FRY RD | CITY HENDERSONVILLE | STATE TN | POSTAL CODE 37075 | COUNTRY US |
|---|---|---|---|---|

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |
|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME D.F. & C.R. INC THE HERMITAGE |
|---|

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 3c. MAILING ADDRESS 1209 Tulip Grove Rd | CITY "THE" HERMITAGE | STATE TN | POSTAL CODE 37076 | COUNTRY U.S |
|---|---|---|---|---|

4. **COLLATERAL:** This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE AND DEBTORS INTEREST IN ALL DEBTORS PROPERTY, BOTH REGISTERED AND REQUESTED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURED COVERAGE OBLIGATION IS FAVOR OF SECURED PARTY WISDOM H. JEN II CODE SSN SG-SS10 TN-13-7-111 / 54 6 175 NURSE, BROWN). $ 175 000 000 000

Maximum principal indebtedness for Tennessee recording tax purposes is $ _____

5. Check only if applicable and check only one box: Collateral is ☒ held in Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. **ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



Karen Johnson    Davidson County
Batch# 1047667      UCCFXAMN
09/08/2023 11:33:47 AM
Fees: $15.00 Taxes: $0.00     8 pgs



20230908-0070614

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

*2022*
*20230802-0069747*

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**

**B. EMAIL CONTACT AT FILER (Optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (form UCC3Ad) and provide debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND Check one of these three boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| *WISE* | *ALAN* | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**

OR

**7b. INDIVIDUAL'S SURNAME** *WISE*

**INDIVIDUAL'S FIRST PERSONAL NAME** *ALAN*

**INDIVIDUAL'S ADDITIONAL NAME(S) INITIAL(S)**      SUFFIX

| 7c. MAILING ADDRESS *6280 N. NEW HOPE Rd* | CITY *HERMITAGE* | STATE *TN* | POSTAL CODE *37076* | COUNTRY *U* |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: *Violation of Tenn Codes: 54-5-136, 13-7-111, TN codes 55-56-53-102, TN SS. 28-51-3110, TN 66-32104, 39-76-104 PERSONAL PROPERTY ENCROACHMENTS*

Increase in maximum principal indebtedness for Tennessee recording tax purpose is $ *(·) USD 4.5M*

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME *D.F. & GR INC* '*THE HERMITAGE*' *37076* |
|---|

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10.OPTIONAL FILER REFERENCE DATA:**

NOTE: All information on this form is public record.

*TA1*  **PICK-UP**



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson   Davidson County
Batch# :1033849   UCCFX
08/02/2023 02:06:43 PM   14 pgs
Fees: $17.00 Taxes: $0.00

**20230802-0059747**

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

*Deborah J. Frierson*
*8305 Gordon Lane*
*Hermitage, TN 37076*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME *WISE* | FIRST PERSONAL NAME *ALAN* | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS *2606 Shoreline Dr.* | CITY *Mt. Juliet* | STATE *TN* | POSTAL CODE *37122* / COUNTRY *U.S* |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME *D.F. FOR, INC* | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS *4109 Tulip Grove Rd* | CITY *The Hermitage* | STATE *TN* | POSTAL CODE *37076* / COUNTRY *US* |

4. COLLATERAL: This financing statement covers the following collateral: *THIS IS ACTUAL AND CONSTRUCTIVE NOTICE ALL DEBTOR'S INTEREST IN ALL THE DEBTOR'S PROPERTY BOTH REGISTERED AND UNREGISTERED, IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN FAVOR OF SECURED PARTY TENN. CODE 39-14-103* *OF* *(USD 1.5 M)*

Maximum principal indebtedness for Tennessee recording tax p

5. Check only if applicable and check only one box: Collateral is ☑ held in Trust (see UCC1Ad, Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Bailee/Bailor  ☐ Seller/Buyer  ☐ Licensee/Licensor

First Class Mail
Presorted
U.S. Postage Paid
Metro Water Services

METRO WATER SERVICES
CUSTOMER SERVICE CENTER
1700 THIRD AVENUE NORTH
NASHVILLE, TN 37208-2248

Fraud
Xlevier / Watatyne this
addres, Never had water, sewer
no corvect. Play in w/shinm
Phoud Box for 3u
mos

Allan Wise live opt
300 6 Shoreline Dr
Mt. Juliet, TN 37122
Falsely using
mail Box

1H71 LW 0.498I 0193069-MWS8239943-ST1-1GRP_0-001947
WISE GROUP, INC
1209 TULIP GROVE RD
HERMITAGE TN 37076-2822

T-8

00000000021680110003140007

DEPARTMENT OF WATER AND SEWERAGE SERVICES
CUSTOMER SERVICE
1700 THIRD AVENUE NORTH
NASHVILLE, TN 37208-2248

Allan Wise address
300 6 Shoreline Dr
Mt Juliet TN Fraud Falsely using
my mail box
This address
Never lived at this
Never had water live)
to this have
Sewer connected with my
been playing with my
mail box for 3m os

1683 LW 0.887  0190098-MWS8239943-ST1.169006601..
WISE GROUP, INC
1209 TULIP GROVE RD
HERMITAGE TN 374762652

COPY

James Dwight Holland
3888 Hartsville Pike
Lebanon, TN 37087

July 18, 2022

Deborah J. Frierson
c/o Tamika Parker, Esq.
214 Second Avenue North, Suite 204
Nashville, TN 37201

Re:   Deborah J. Frierson v. James Dwight Holland, et al.
      Davidson County Circuit Court, No. 09C-3505

Dear Ms. Frierson:

I am glad that we have reached an agreement to settle the dispute between us over the contract to purchase your property on Tulip Grove Road.

As part of our settlement, you have asked and I have agreed to write you this personal letter and to state that I apologize for defaulting on contract and the promise to build an ADA handicapped accessible home, and that 115k was ENERST MONEY and A DEPOSIT for GOOD FAITH ON CONTRACT.

When we entered into the contract to buy your property located at 1209 Tulip Grove Road, Hermitage, TN 37076, the term of which was 11/6/06 through 11/6/09 [defaulted on contract within 2 ½ years of contract], I had every intention of building the house. I want you to know that I was not able to build the house on the property, because my business failed, and H Group lost the Tulip Grove Road property to Alan Wise in a foreclosure sale. I know that my inability to build the house for you on land that had been owned by your family was disappointing and caused you and your son hardship when Mr. Wise took over the property.

I am sorry things did not work out the way you and I both expected they would, and I am sorry I was unable to build a house for you on the Tulip Grove Road property.

Sincerely,

Dwight Holland

21. **Attorney Fees.** If any Party to this Agreement or any of the Holland Releasees retains the services of an attorney to enforce or defend the provisions of this Agreement against any other party bound by it, the prevailing party shall, in addition to all other remedies available at law or in equity, be entitled to recover his, her or its reasonable costs and expenses, including, without limitation, court costs, settlement costs and/or attorney's fees.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

Subscribed and sworn to before me in my
Presence, this __1__ day of _August_
a Notary Public in and for the
County of _Wilson_ State of _TN_
_____
(Signature)          Notary Public
My commission expires _July 9, 2015_

Deborah J. Frierson                8-1-2022

James Dwight Holland

**STATE OF TENNESSEE**
**COUNTY OF WILSON**

Before me, the undersigned Notary Public, of the state and county mentioned, personally appeared James Dwight Holland, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged that he executed the foregoing instrument for the purpose therein contained.

Witness my hand and official seal on this the __28__ day of _June_, 2022.



NOTARY PUBLIC
My commission expires: _5/31/26_

9



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson    Davidson County
Batch# 1033849                    UCCFX
08/02/2023 02:06:43 PM            31 pgs
Fees: $40.50  Taxes: $0.00

20230802-0059748

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Deborah I. Frierson
8305 Gordon Lane
Hermitage, TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MERITAGE HOMES OF SCOTTSDALE AZ | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| ICE | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16410 N 91st Suite 104 | SCOTTSDALE | AZ | 85260 | U S |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Ice | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| Reynolds | Mark | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16410 N 91st Suite 104 | Scottsdale | AZ | 85260 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| D.F.F C.R. INC | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1209 Tulip Grove Rd | THE HERMITAGE | TN | 37076 | US |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE ALL DEBTOR'S INTEREST IN ALL THE DEBTOR'S PROPERTY, BOTH REGISTERED AND UNREGISTERED, IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS, IN FAVOR OF Secured party TENNESSEE 54 S 136 PERSONAL PROPERTY ENCROACHMENT ON, RIGHT OF WAY, AS WELL AS TOWN

Maximum principal indebtedness for Tennessee recording tax purp. (USD 11.5 M) N, CODE 13.7-111

5. Check only if applicable and check only one box: Collateral is ☑ held in Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
SS 56-53-102 / 06-3-104
Texas Pen Violation    48-21 3110 / 39-14-104

NOTE: All information on this form is public record.

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

2023P2-0059748

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (Optional) | |
| B. EMAIL CONTACT AT FILER (Optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (form UCC3Ad) and provide debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☒ Debtor or ☐ Secured Party of record

AND Check one of these three boxes:

☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| *MERITAGE HOMES OF SCOTTSDALE AZ.* | | | |

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| *HILTON* | *STEVEN* | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| |

OR

| 7b. INDIVIDUAL'S SURNAME |
|---|
| |

| INDIVIDUAL'S FIRST PERSONAL NAME |
|---|
| |

| INDIVIDUAL'S ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|
| | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| *8613 N. Scottsdale Rd* | *Scottsdale* | *AZ* | *85260* | *US* |

**8.** ☐ **COLLATERAL CHANGE:** also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☒ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: *Violation TN/Codes: 34-5-126 / TN 18-3-211 / TN 36-53-105* *TN 48-51-3110 / TN 60-3-108 / 39-16-100* *PERSONAL PROPERTY ENCROACHMENT ON THE RIGHT OF WAY*

Increase in maximum principal indebtedness for Tennessee recording tax purpose is $ *0.00 US DO*

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| *D.E.G. CR. INC "THE HERMITAGE" 37076* | | | |

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**

NOTE: All information on this form is public record.

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

*2023802-0059748*

Karen Johnson    Davidson County
Batch# 1047667                    UCCFXAMN
09/08/2023 11:33:47 AM
Fees: $60.50  Taxes: $0.00        41 pgs

**20230908-0070613**

| A. NAME & PHONE OF CONTACT AT FILER (Optional) |
| --- |
| B. EMAIL CONTACT AT FILER (Optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (form UCC3Ad) and provide debtor's name in item 13. |
| --- | --- |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND Check one of these three boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| MERITAGE HOMES OF SCOTTSDALE AZ. | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| REYNOLDS | MARK | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 7b. INDIVIDUAL'S SURNAME | | | |
| REYNOLDS | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| MARK | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S) INITIAL(S) | | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16410 N. 91ST Suite #104 | SCOTTSDALE | AZ. | 85260 | U.S. |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: VIOLATION OF TENNESSE CODES. TN-5-136 /TN-18-7-111/ VIOLATION 55:56-53-102/48-51-3110 / TN-66-3-101/TN 39-14-104 PERSONAL PROPERTY ENCROACHMENT ANY THE RISK OF LOSS/

Increase in maximum principal indebtedness for Tennessee recording tax purpose is $ 650,850.00

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| D.F.&C.R INC " THE HERMITAGE " 3704 | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

NOTE: All information on this form is public record

# 2010 Tennessee Code
# Title 13 - Public Planning And Housing
# Chapter 7 - Zoning
# Part 1 - County Zoning
# 13-7-111 - Violation of regulations Penalties Modes of enforcement and remedies.

**13-7-111. Violation of regulations Penalties Modes of enforcement and remedies.**

It is unlawful to erect, construct, reconstruct, alter, maintain or use any building or structure or to use any land in violation of any regulation in any provision of any ordinance or any amendment thereof enacted or adopted by any county legislative body under the authority of this part. A violation of this part is a Class C misdemeanor. Each and every day during which such illegal erection, construction, reconstruction, alteration, maintenance or use continues is deemed a separate offense. In case any building or structure is or is proposed to be erected, constructed, reconstructed, altered, maintained or used or any land is or is proposed to be used in violation of this part or of any regulation or provision enacted or adopted by any county legislative body under the authority granted by this part, such county legislative body, the attorney general and reporter, the district attorney general for the judicial district in which such violation occurs or is threatened, the county building commissioner or any adjacent or neighboring property owner who would be specially damaged by such violation, in addition to other remedies provided by law, may institute injunction, mandamus, abatement or any other appropriate action, actions, proceeding or proceedings to prevent, enjoin or abate or remove such unlawful erection, construction, reconstruction, alteration, maintenance or use.

## § 153.30 LANDLOCKED PARCELS.

As a general rule, the city shall not permit landlocked parcels or parcels that are only served by private the following:

(A)  Landlocked parcels in a multiple dwelling or commercial complex provided the parcel(s) have acc over another parcel within the same multiple dwelling or commercial complex; and

(B)  Landlocked parcels which are unbuildable (outlots or common open spac permitted. A scenic easement may be required by the city to ensure that the property is preserved as op

| | |
|---|---|
| **WARRANTY DEED** | STATE OF TENNESSEE<br>COUNTY OF _Williamson_<br><br>THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $4,982,785.00.<br><br>_Donna Vargo_<br>Affiant<br><br>SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE ~~29TH DAY OF DECEMBER, 2020,~~ 5th day of January, 2021,<br><br>_signature_<br>Notary Public<br><br>MY COMMISSION EXPIRES: _10/3/21_<br>(AFFIX SEAL)<br><br>Karen Johnson     Davidson County<br>Batch# 547850                   DEEDWARR<br>01/06/2021 09:46:20 AM               5 pgs<br>Fees: $28.00 Taxes: $18,436.30 |

*(Notary seal: JENNIFER D. STACEY JOHNSON, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY)*

THIS INSTRUMENT WAS PREPARED BY
Southland Law Group, PLLC
7101 Executive Center Dr., Suite 151
Brentwood, TN 37027

20210106-0002300

| ADDRESS NEW OWNER<br>AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NO.(S) |
|---|---|---|
| Meritage Homes of Tennessee, Inc.<br>5217 Maryland Way #222<br>Brentwood, Tennessee 37027 | New Owner | Map 86, Parcel 327.00;<br>Map 86, Parcel 113.00;<br>Map 86, Parcel 348.00;<br>Map 87, Parcel 195.00;<br>Map 87, Parcel 25.00 |

For and in consideration of the sum of Ten AND NO/100 Dollars ($10.00), cash in hand, paid by the hereinafter named Grantee, and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, The Lux Development Group, LLC, a Tennessee limited liability company, hereinafter called the Grantor, has bargained and sold, and by these presents does hereby transfer and convey unto Meritage Homes of Tennessee, Inc., an Arizona corporation, hereinafter called Grantee, its successors and assigns, that certain tract or parcel of land in Davidson County, TENNESSEE, described as follows, to-wit:

Parcel No. 087-00-0-195.00:

A tract of land, being the Northeasterly part of the Kenneth Frierson, et al Property recorded in Deed Book 9511, Page 178, Situated in the 12th Councilmanic District of Davidson County, Tennessee and described according to an unrecorded Survey by John D. McCormick RLS#674 dated December 31, 2001:

BEGINNING at a fence corner post, said point being in the Easterly Property line of Harold Ewin recorded in Deed Book 5311, Page 98, RODCT and being the Southwest corner of Farmingham Wood Subdivision and being the Northwest corner of the Property herein described, thence along the Southerly boundary of Farmingham Wood Subdivision S 86° 43' 58"E., a distance of779.83 feet to a new iron rod, thence along the Westerly margin of Now Hope Estate S 5° 17'54" W., a distance of 914.50 feet to a new iron rod, thence N. 86° 42'35" W., a distance of 770.00 feet to a new iron rod at a metal fence post, thence N. 2°

fence line So. 5 deg. 12' 39" West a distance of 501.89 feet to a corner post, thence No. 85 deg. 25' 45" West a distance of 824.22 feet along a fence line to a point of beginning and containing 6.031 acres more or less.

AND

Parcel No. 086-00-0-113.00:

TRACT NO. 1:

BEING 42 acres of land, the same property conveyed to Laura Evans by deed from William Wilson and others, of record in Book 723, Page 756, Office of the Register for Davidson County, Tennessee; the full legal description contained in said Deed is incorporated herein by reference. The property was devised to Mexie Frierson, the Grantor herein, by the Will of Laura Evans, of record in Will Book 51, Page 433, Office of the Probate Clerk for Davidson County, Tennessee.

TRACT NO. 2:    *Mexie Evans Frierson*

BEING 14 acres of land, the same property ~~conveyed to Mexie Wilson Frierson~~ by deed from William Wilson and others, of record in Book 723, Page 758, Office of the Register for Davidson County, TelU1essee the full legal description contained in the said deed is incorporated herein by reference. *Not y*

*my name is Deborah J. Frierson*

INCLUDED in the description above, but excluded from this conveyance is that portion of the heretofore described real property previously conveyed to ~~Deborah Y. Frierson~~ from Kenneth P. Frierson, et al, by Quitclaim Deed of record in Book 8962, Page 35, Register's Office for Davidson County, Tennessee.

INCLUDED in the above, but specifically excluded therefrom is that portion of the property described in Deed Book 8962, page 35, and as Instrument No. 20020724-0088959, Register's Office for Davidson County, Tennessee.

Being a part of the same property conveyed to Wise Group, Inc. by Substitute Trustees Deed dated 05/19/2011 from Gregory S. Gill, Substitute Trustee of record in Instrument 201105230039459, Register's Office for Davidson County, Tennessee and further conveyed to The Lux Development Group, LLC, by quitclaim deed of record in Instrument No. 20180928-0096542, said Register's Office.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office. *Y/x/ correct 1209 is improve estate property with house*

This is unimproved ☒ improved ☐ property known as: 1209 & 1213 Tulip Grove Road, 4872 Myra Drive and Valley Grove Drive, Hermitage, TN 37076

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEE, its successors and assigns forever, and it does covenant with the said GRANTEE that it is lawfully seized and possessed of said land in fee simple, has a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind itself, its successors and representatives, to warrant and forever defend the title to the said land to the said GRANTEE, its successors nd assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this the 29 day of December, 2020.

The Lux Development Group, LLC

BY: _Alan Wise  Chief Manager_
    Alan Wise, Chief Manager

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Alan Wise with whom I am personally aquainted (or proved to me on the basis of satisfactory evidence) and who upon his oath acknowledged himself to be the Chief Manager of The Lux Development Group, LLC, the within named bargainor, a limited liability company, and that he as such Chief Manager being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the limited liability company by the said Alan Wise as such Chief Manager.

Witness my hand and official seal, this the 29 day of December, 2020.

_Jhll Stacey_
Notary Public
My Commission Expires: 10/3/21

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. EMAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

2023802 -

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | *MARITIME HOMES OF TENNESSEE* | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | *LORD* | *PHILLIPPE* | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| | 7c. MAILING ADDRESS *8800 E RAINTREE DR. SUITE 300* | CITY *SCOTTSDALE* | STATE *AZ* | POSTAL CODE *85260* | COUNTRY *U.S.* |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: *Violations of Tenn Codes 54-5-136, Tenn 13-7-181*
*Violations 35-56-53-102 / 48-51-3110 / Tenn 66-5-104 / Tenn 39-14-104*
*Personal property encroachment / Tenn 39-14-405(a)*

Increase in maximum principal indebtedness for Tennessee recording tax purposes is $ _____

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | *D.F. ECR INC "THE HERMITAGE"* *346 46* | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

NOTE: All information on this form is public

UCC FINANCING STATEMENT AMENDMENT (TN FORM UCC3) (REV. 12/1/2016)



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson    Davidson County
Batch# 1033849                    UCCFX
08/02/2023 02:06:43 PM      2 pgs
Fees: $15.00  Taxes: $0.00

20230802-0059745

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**

**B. EMAIL CONTACT AT FILER (Optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Deborah J. Frierson
8305 Gordon Cave
Hermitage, TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME  Meritage Homes of Tennessee | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 1213 Tulip Grove Rd | CITY Hermitage | STATE TN | POSTAL CODE 37076 | COUNTRY US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  D.F.E.C.R., INC. | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 1209 Tulip Grove Rd | CITY "The Hermitage" | STATE TN | POSTAL CODE "37076" | COUNTRY US |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE. ALL DEBTORS INTEREST IN ALL THE DEBTORS PROPERTY, BOTH REGISTERED AND UNREGISTERED, IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN FAVOR OF THE SECURED PARTY. TENN CODE 545-130 PERSONAL PROPERTY ENCROACHMENT ON RIGHT-OF-WAY/AS WELL AS TENN CODE 13-7-111
Maximum principal indebtedness for Tennessee recording tax purposes is  (USD 115 M )  0

5. Check only if applicable and check only one box: Collateral is ☑ held in Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: JJ 56-53-102    166-3

April 16, 2022

D.F and C.R. Inc., est., 2010 on 1209 Tulip Grove Rd,

Deborah J. Frierson

8305 Gordon Lane

Hermitage, TN 37076


Mark Reynolds

VP Senior Attorney/Vice President

16410 N. 91st Suite#104

Scottsdale, AZ 85260


I am writing this letter pertaining to my property owned by Deborah J. Frierson, the owner of the 4.8 acres and the house on 1209 Tulip Grove Rd., Hermitage, TN 37076 and D.F. and C.R. Inc., which was established 2010, which is matter of records with the Register of Deeds and the Secretary of State to support my legal ownership of the 4.8 acres and the house by all state officials: metro water, electricity etc., the original Quitclaim deed!!!

The deposition should have been taken under consideration which was not done by due diligently and proper title searches of the 4.8 acres and the house on 1209 Tulip Grove Rd., Hermitage, TN 37076

It is matter of record with Attorney General Office has a file of my legal ownership of the 4.8 acres and the house on 1209 Tulip Grove Rd., Hermitage, TN and October 2018 a Police report was filed about this 4.8 acres and house is on file.

There was not any/been any provisions that addresses my legal ownership of the 4.8 acres and the house on 1209 Tulip Grove Rd., Hermitage, TN 37076, has been (OVER LOOKED )unambiguous, by the scope of your development plans has been encroached upon my 4.8 acres and house, breached beyond the 4.8 acres boundary line and the 50ft frontage easement of the 4.8 acres of the Tulip Grove

I am trying to bring light to this situation to get some resolution considering my property on 1209 Tulip Grove Rd., Hermitage, TN (4.8 acres)and house, 50ft road frontage, hopefully this can be addressed. I believe in peaceful out come and proper business etiquette, honesty and respect.

I am aware what is going on 1209 Tulip Grove Rd., Hermitage, TN…What you do not know (like you really care)I am a single mother of 72 years with a spinal cord injury son who depends on me…..I DID NOT SELL ANYTHING TO ANYONE, PROPERTY OR HOME. The lie is in your paperwork and internet fraudulent information. I have all legal paper work, ownership Quitclaim Deed from all family members, Great, Great Aunt which starts from 1873 etc., my home has been vandalized so badly since 2020 and I have been landlocked from the house, it is a life time driveway/easement.

It is a shame how greedy individuals think they have the power and money …..No soul/emptiness for the next human being. The police report is matter of public records again….10/18/2018 considering the 4.8 acres and the house, it was never sold. There has always been a house at 1209 Tulip Grove Rd., Hermitage, TN 37076 since 1940's "always", people rather believe a lie then the truth.

I saw your plat it shows Mrs. Robertson house is still encroached on the 4.8 acres, which is legal on paper when I have all the original and legal documents.

Noticed: Driveway off Tulip Grove Rd., is supposed to be as shown as Evans Highway, which is my great, great Auntie, whom donated the property to build the church for people of color.


Contact Information:

Cartaze H. Ragland, he can answer any questions pertaining to this issue. He is registered by the Secretary of State to handle all question considering Real Estate.

D.F. and C.R. Inc., 1209 Tulip Grove Rd., Hermitage, TN 37076…phone number 615 874 4118

Phone: 402 770 9602

Deborh J. Frierson

1209 Tulip Grove Rd., Hermitage, TN

8305 Gordon Lane, Hermitage, TN  3707

Phone: 615 889 88996

ALL RIGHTS RESERVED

Cc: GEO PHILLIPPE Lord

   Executive Vice President

   Meritage's Home Corporation

8800 E. Rain Tree Dr., Suite 300

   Scottsdate, AZ   85260

*Sister & Brother*

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson    Davidson County
Batch# 1047667                    UCCFS
09/08/2023 11:33:47 AM        5 pgs
Fees: $15.00  Taxes: $0.00

20230908-0070617

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

> D.F. & C.R. INC
> THE HERMITAGE
> 1209 Tulip Grove Rd
> Hermitage, TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | Concordia Development Inc | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| Robertson | George | H | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 612 Branwood Blvd | Old Hickory | TN | 37138 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | D.F. & C.R. INC "THE HERMITAGE" | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1209 Tulip Grove Rd | Hermitage | TN | 37076 | US |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AN CONTINUING NOTICE ALL DEBTORS INTERESTS IN ALL THE DEBTORS PROPERTY, BOTH REGISTERED AND UNREGISTERED, IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN FAVOR OF SECURED PARTIES; VIOLATIONS TENNESSEE 54-5-136; 13-7-111; 55; 56-53-109; 48-51-109 TAX 39-14-154  Maximum principal indebtedness for Tennessee recording tax purposes is $ (5 USD) 600,000.00)

5. Check only if applicable and check only one box: Collateral is ☒ held in Trust (see UCC1Ad, Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

NOTE: All information on this form is public.

UCC FINANCING STATEMENT (TN FORM UCC1) (REV. 12/1/2016)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Karen Johnson    Davidson County
Batch# 1047667              UCCFSAMN
09/08/2023 11:33:47 AM              1 pg
Fees: $15.00 Taxes: $0.00

20230908-0070618

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (form UCC3Ad) and provide debtor's name in item 13.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement.

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:    AND Check one of these three boxes:
This Change affects ☒ Debtor or ☐ Secured Party of record    ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| ROBERTSON | GEORGE | A | JR |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S SURNAME  ROBERTSON

INDIVIDUAL'S FIRST PERSONAL NAME  GEORGE

| INDIVIDUAL'S ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|
| A | JR |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 612 GRANWOOD BLVD | OLD HICKORY | TN | 37138 | U.S |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☒ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: VIOLATION TENN CODES: 54-5-136 / 65-4-104 / TN: 55: 58-53-10
TN: 55: 48-51-300 / TN: 66-3-104 / TN: 38-11-105
RETHOW PROPERTY ENCROACHMENTS

Increase in maximum principal indebtedness for Tennessee recording tax purpose is $ USD 0.2 M

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME  DE 8 CR MC    TN UCONN    37076

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA:

NOTE: All b

# 2010 Tennessee Code
# Title 13 - Public Planning And Housing
# Chapter 7 - Zoning
# Part 1 - County Zoning
# 13-7-111 - Violation of regulations Penalties Modes of enforcement and remedies.

## 13-7-111. Violation of regulations Penalties Modes of enforcement and remedies.

It is unlawful to erect, construct, reconstruct, alter, maintain or use any building or structure or to use any land in violation of any regulation in any provision of any ordinance or any amendment thereof enacted or adopted by any county legislative body under the authority of this part. A violation of this part is a Class C misdemeanor. Each and every day during which such illegal erection, construction, reconstruction, alteration, maintenance or use continues is deemed a separate offense. In case any building or structure is or is proposed to be erected, constructed, reconstructed, altered, maintained or used or any land is or is proposed to be used in violation of this part or of any regulation or provision enacted or adopted by any county legislative body under the authority granted by this part, such county legislative body, the attorney general and reporter, the district attorney general for the judicial district in which such violation occurs or is threatened, the county building commissioner or any adjacent or neighboring property owner who would be specially damaged by such violation, in addition to other remedies provided by law, may institute injunction, mandamus, abatement or any other appropriate action, actions, proceeding or proceedings to prevent, enjoin or abate or remove such unlawful erection, construction, reconstruction, alteration, maintenance or use.

# § 153.30 LANDLOCKED PARCELS.

As a general rule, the city shall not permit landlocked parcels or parcels that are only served by private the following:

(A) Landlocked parcels in a multiple dwelling or commercial complex provided the parcel(s) have acc over another parcel within the same multiple dwelling or commercial complex; and

(B) Landlocked parcels which are buildable (outlots) and reserved as permanent public open spac permitted. A scenic easement may be required by the city in ensure that



Nashville / Davidson County Parcel Viewer

May 25, 2023

Override 1

graphicsLayer2

Zoning

Urban Design Overlay

Planned Unit Development





*Sister + Brother*

Karen Johnson  Davidson County  UCCFXAMN
Batch#: 1047667  6 pgs
09/08/2023 11:33:47 AM
Fees: $15.00 Taxes: $0.00

20230908-0070616

20230802 - 0059746

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
1b. ☒ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (form UCC3Ad) and provide debtor's name in item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☒ Debtor or ☐ Secured Party of record

AND Check one of these three boxes:
☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| GREGORY | JACQUELINE | ROBERTSON | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| GREGORY | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| JACQUELINE | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S) INITIAL(S) | ROBERTSON | | SUFFIX |

| 7c. MAILING ADDRESS | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1161 TULIP GROVE Rd | Hermitage | TN | 37076 | U.S |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: VIOLATED TENN CODES: 54-5-130/13-7-101 / 55, 55-53-18
TN: 55-4-48-51-3110 /TN: 60-3-104/TN 55-44-104
PERSONAL PROPERTY ENCROACHMENTS

Increase in maximum principal indebtedness for Tennessee recording tax purpose is $10 (USD 350,000.00)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| D.E.C.R. INC "THE HERMITAGE" 37076 | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson    Davidson County
Batch#: 1033849                        UCCFX
08/02/2023 02:06.43 PM                 7 pgs
Fees: $15.00  Taxes: $0.00

20230802-0059746

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**

**B. EMAIL CONTACT AT FILER (Optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

DEBORAH J. Erickson
8305 Gordon Lane
Hermitage, TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) | SUFFIX |
| GREGORY | JACQUELINE | ROBERTSON | WIDOW |
| 1c. MAILING ADDRESS: 1101 TULIPGROVE Rd | CITY HERMITAGE | STATE TN | POSTAL CODE 37076 | COUNTRY U.S. |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| D.F. & C.R. INC. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 1209 TULIPGROVE RD | CITY THE HERMITAGE | STATE TN | POSTAL CODE 37076 | COUNTRY U.S. |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE ALL THE DEBTOR'S INTEREST IN ALL THE DEBTORS property, BOTH REGISTERED AND UNREGISTERED, IS hereby ACCEPTED as collateral for SECURED CONTRACTUAL OBLIGATIONS IN FAVOR OF THE SECURED PARTY— 13-7-111 Violation of REGULATION penalties modes of ENFORCEMENT AGREEMENTS (USD 550.000.00)

Maximum principal indebtedness for Tennessee recording tax purposes is $ 0

5. Check only if applicable and check only one box: Collateral is ☐ held in Trust (see UCC1Ad, item 17 and instructions) ☑ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee

# 2010 Tennessee Code
# Title 13 - Public Planning And Housing
# Chapter 7 - Zoning
# Part 1 - County Zoning
# 13-7-111 - Violation of regulations Penalties Modes of enforcement and remedies.

### 13-7-111. Violation of regulations Penalties Modes of enforcement and remedies.

It is unlawful to erect, construct, reconstruct, alter, maintain or use any building or structure or to use any land in violation of any regulation in any provision of any ordinance or any amendment thereof enacted or adopted by any county legislative body under the authority of this part. A violation of this part is a Class C misdemeanor. Each and every day during which such illegal erection, construction, reconstruction, alteration, maintenance or use continues is deemed a separate offense. In case any building or structure is or is proposed to be erected, constructed, reconstructed, altered, maintained or used or any land is or is proposed to be used in violation of this part or of any regulation or provision enacted or adopted by any county legislative body under the authority granted by this part, such county legislative body, the attorney general and reporter, the district attorney general for the judicial district in which such violation occurs or is threatened, the county building commissioner or any adjacent or neighboring property owner who would be specially damaged by such violation, in addition to other remedies provided by law, may institute injunction, mandamus, abatement or any other appropriate action, actions, proceeding or proceedings to prevent, enjoin or abate or remove such unlawful erection, construction, reconstruction, alteration, maintenance or use.

## § 153.30 LANDLOCKED PARCELS.

As a general rule, the city shall not permit landlocked parcels or parcels that are only served by private the following:

(A) Landlocked parcels in a multiple dwelling or commercial complex provided the parcel(s) have acc over another parcel within the same multiple dwelling or commercial complex; and

(B) Landlocked parcels which are unbuildable (outlots) and reserved as permanent public open spac permitted. A scenic easement may be required by the city to ensure that the prop

('81 Code, § B1-22) (Ord. 293, passed 4-21-83)

Case 3:23-cv-01135   Document 1-8   Filed 10/26/23   Page 64 of 181 PageID #: 127







Case 3:23-cv-01135     Document 1-8     Filed 10/26/23     Page 67 of 181 PageID #: 130



Case 3:23-cv-01135    Document 1-8    Filed 10/26/23    Page 68 of 181 PageID #: 131

Nashville / Davidson County Parcel Viewer



NOT original plat



**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

20230802-0059??4?

Karen Johnson      Davidson County
Batch# 1047667              UCCFXAMN
09/08/2023 11:33:47 AM           5 pgs
Fees: $30.00 Taxes: $0.00

**20230908-0070615**

| A. NAME & PHONE OF CONTACT AT FILER (Optional) |
| B. EMAIL CONTACT AT FILER (Optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR
| 1a. ORGANIZATION'S NAME  *RV ( MECHANIC LAND )* | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME  *GEORGIE BOY RV* | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS *1101 Tulip Grove Rd* | CITY *HERMITAGE* | STATE *TN* | *37076* | COUNTRY *U.S.* |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☒ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR
| 2a. ORGANIZATION'S NAME | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

OR
| 3a. ORGANIZATION'S NAME  *D.F. & CR. INC   THE HERMITAGE* | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

4. COLLATERAL: This financing statement covers the following collateral:

*TN DTX829 KNOX Co /TPP URD*

Maximum principal indebtedness for Tennessee recording tax purposes is $ *35,000.00*

5. Check only if applicable and check only one box: Collateral is ☒ held in Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☒ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

NOTE: All information on this form is public record.

UCC FINANCING STATEMENT (TN FORM UCC1) (REV. 12/1/2016)

TA1      **PICK-UP**



# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: <u>Attach</u> Amendment Addendum (form UCC3Ad) and provide debtor's name in Item 13.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b <u>and</u> address of Assignee in item 7c <u>and</u> name of Assignor in item 9 For partial assignment, complete items 7 and 9 <u>and</u> also indicate affected collateral in item 8.

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE:**

Check <u>one</u> of these two boxes:

This Change affects ☑ Debtor <u>or</u> ☐ Secured Party of record

**AND** Check <u>one</u> of these three boxes:

☑ CHANGE name and/or address: Complete item 6a or 6b; <u>and</u> item 7a or 7b <u>and</u> item 7c
☐ ADD name: Complete item 7a or 7b <u>and</u> item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only <u>one</u> name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

6b. INDIVIDUAL'S SURNAME: GEOGORY
FIRST PERSONAL NAME: JACQUELINE
ADDITIONAL NAME(S)/INITIAL(S): ROBERTSON
SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only <u>one</u> name (7a or 7b) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME: GEOGORY
INDIVIDUAL'S FIRST PERSONAL NAME: JACQUELINE
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S): ROBERTSON
SUFFIX

7c. MAILING ADDRESS: 1203 Tulip Grove Rd
CITY: HERMITAGE
STATE: TN
POSTAL CODE: 37076
COUNTRY: U.S.

8. ☐ **COLLATERAL CHANGE:** Also check <u>one</u> of these four boxes: ☐ ADD collateral ☑ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral: Violation of Tenn Code 54-5-130, 13-7-111/ TN. 55 A 56-53-102. TN. 55 A 48-51-3110 /TN. 55 A 06-3-109/ TN 55 A 58-6-209 Personal Property Encroachment (2) USD 550,000.00

Increase in maximum principal indebtedness for Tennessee recording tax purpose is $ _____

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only <u>one</u> name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME: D. F. & CR INC THE HERMITAGE 37076

OR

9b. INDIVIDUAL'S SURNAME
FIRST PERSONAL NAME
ADDITIONAL NAME(S) INITIAL(S)
SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

NOTE: All information on this form is public record.

||||||| (barcode)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Karen Johnson    Davidson County
Batch# 1033849              UCCFX
08/02/2023 02:06:43 PM        6 pgs
Fees: $15.00   Taxes: $0.00

20230802-0059744

A. NAME & PHONE OF CONTACT AT FILER (Optional)

B. EMAIL CONTACT AT FILER (Optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

DEBORAH J. FINLERSON
8305 Gordon Lane
Hermitage, TN 37076

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only **one** Debtor name (1a or 1b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | GREGORY | JACQUELINE | ROBERTSON | Widow |
| | 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 1203 Tulip Grove Rd | Hermitage | TN | 37076 | U.S. |

2. DEBTOR'S NAME: Provide only **one** Debtor name (2a or 2b) (use exact full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
| | D.F. & C.R. INC. | | | |
| | 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 1209 Tulip Grove Rd | "THE HERITAGE" | TN | 37076 | U.S. |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL DEBTORS INTEREST IN ALL THE DEBTORS PROPERTY, BOTH REGISTERED AND UN REGISTERED, IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN FAVOR OF THE SECURED PARTY. TENN CODE 5-8-13 personal property disablement or lien on security are (USD 550,000.00)

Maximum principal indebtedness for Tennessee recording tax purposes is $ _____

5. Check **only** if applicable and check **only** one box: Collateral is ☑ held in Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check **only** if applicable and check **only** one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check **only** if applicable and check **only** one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

# 2010 Tennessee Code
# Title 13 - Public Planning And Housing
# Chapter 7 - Zoning
# Part 1 - County Zoning
# 13-7-111 - Violation of regulations Penalties Modes of enforcement and remedies.

**13-7-111. Violation of regulations Penalties Modes of enforcement and remedies.**

It is unlawful to erect, construct, reconstruct, alter, maintain or use any building or structure or to use any land in violation of any regulation in any provision of any ordinance or any amendment thereof enacted or adopted by any county legislative body under the authority of this part. A violation of this part is a Class C misdemeanor. Each and every day during which such illegal erection, construction, reconstruction, alteration, maintenance or use continues is deemed a separate offense. In case any building or structure is or is proposed to be erected, constructed, reconstructed, altered, maintained or used or any land is or is proposed to be used in violation of this part or of any regulation or provision enacted or adopted by any county legislative body under the authority granted by this part, such county legislative body, the attorney general and reporter, the district attorney general for the judicial district in which such violation occurs or is threatened, the county building commissioner or any adjacent or neighboring property owner who would be specially damaged by such violation, in addition to other remedies provided by law, may institute injunction, mandamus, abatement or any other appropriate action, actions, proceeding or proceedings to prevent, enjoin, abate or remove such unlawful erection, construction, reconstruction, alteration, maintenance or use.


## § 153.30 LANDLOCKED PARCELS.

As a general rule, the city shall not permit landlocked parcels or parcels that are only served by private the following:

(A) Landlocked parcels in a multiple dwelling or commercial _____ ty if the parcel(s) have ad over another parcel within the same multiple dwelling or commercial complex; and

(B) Landlocked parcels which are unbuildable (outlots) and reserved _____ anent public open space _____ designed as op

('81 Code, § B1-22) (Ord. 293, passed 4-21-83)



First Class Mail
Presorted
U.S Postage Paid
Metro Water Services

METRO WATER SERVICES
CUSTOMER SERVICE CENTER
1700 THIRD AVENUE NORTH
NASHVILLE, TN 37208-2248

Fraud

Xavier I liked the this
address. Never had Water - Sewer
No connect. Playing with my
Phone Box for 3y
mos

Allan Wise Ive at
2006 Shoreline Dr
Nsh - Wh # 37140
I a Isely Using
Mail — my mail Box

1M71 1 AV 0.498  0193869-WNSS22169/43-ST1.GRP_0.001647
WISE GROUP, INC
1209 TULIP GROVE RD
HERMITAGE TN 37076-2822

T 6

0000000002168011000140007

DEPARTMENT OF WATER AND SEWERAGE SERVICES
CUSTOMER SERVICE CENTER
1700 THIRD AVENUE NORTH
NASHVILLE, TN 37208-2248

Allan Wise Address
2006 Shore line Dr
MT Juliet TN Fraud using
my new address
Never lived at this address
Never had Water line
Sewer Connected to this house
been playing with my
mail box just 3yrs

1M71 1 AV 0.497  0190305/01782230/41-ST1.GRP-0.001...
WISE GROUP, INC
1209 TULIP GROVE RD
HERMITAGE TN 37076-2822

*Had 13 + 6 mos. of Lawyers!! Look where I Am todate — Nothing but Fraud...*

**Bischoff, Debbie (Library)**

From:
Sent:
To:
Subject:

DaBizz Queen <deborahfrierson69@gmail.com>
Wednesday, November 3, 2021 7:30 PM
Bischoff, Debbie (Library)
Re: Offer from Holland

Attention: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

On Fri, Oct 15, 2021, 10:31 AM Bob Notestine <bob@bellemeadetitle.com> wrote:
Deborah- unless the motion you or your son filed is withdrawn, I will have to file a motion to withdraw from the case. Courts don't want to hear and review motions filed both by counsel and their clients and it shows a clear lack of coordination between attorney and client. It really undercuts my efforts on your behalf. However, I did get an interesting call from Horton Frank yesterday Despite Holland's continual stance that he will never pay you a penny, he has made a $50,000 cash offer to resolve this case. He is able to borrow this sum from a friend. His attorney, Mr. Frank, is trying to help him clean up all the judgments against him. Holland is 79 and he is trying to find some late life resolution to all his problems. I think there is a possibility about getting him to agree to a little more like $60.000-$75,000. But his offer is $50,000 cash when all the final paperwork is signed. After all you have gone through I do encourage you to consider this and advise as soon as possible as to your thoughts. We have chased him around for years and in the collection business there is a saying " money in hand is better than possible money in the future." All that is to say that money in hand is a certain while collection is not. And he could bankrupt again. Bob

Robert J. Notestine III
Notestine Law Firm
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413 fax
Direct: (615)202-5071
615-297-2413
bob@notestinelaw.com

Windows Live Hotmail Print Message

# Re: Deborah Frierson

**Bob Notestine** (bob@bellemeadetitle.com)
Mon 5/16/11 6:12 PM
Alan Wise (Alan@wisecoachesofnashville.com)
Deborah Frierson (deborahfrierson@hotmail.com)



Mr. Wise, by your communication addressed to me, without assistance of counsel, I assume you intend to proceed without counsel. If this is incorrect please let me know. I will represent Ms. Frierson in the eviction action. However, unless you are willing to communicate openly in a meeting about your interest in this property and any business dealings you have with the former owner of the property I must warn you that there is a chance you will become a party or witness in a pending circuit court case involving my client and the prior owner. To put it simply, if you will meet with myself and my client this week or early next week to discuss this matter and to assure us that you have no business dealings or relationship with the former owner, I feel that we may be able to keep you out of the litigation. If you are not willing to do so I will ask the court to remove any eviction action you may file with circuit court and we will explore adding you to the case. I am not doing this to threaten you but to let you know that this property has been the subject of litigation and that this litigation may have an impact on you.



Please let me know if you are willing to meet in the hope that an amicable resolution may occur, Bob Notestine Attorney at Law

On Sat, May 14, 2011 at 4:10 PM, Alan Wise < > wrote:

Bob,



My name is Alan Wise. You have been in contact with my foreclosure attorney Greg Gill in regards to Deborah and her request regarding the purchase of the property she currently resides at. I want to let you know that the property is not for sale. I have contacted your client in regards to this matter and informed her I would do a month to month rental agreement at best. I have not had any response from Deborah as of today's date, May 14, 2011. Please inform your client that I intend to proceed with eviction procedures, Tuesday May 17th, 2011, if she has not contacted me and made arrangements for payment. The rental amount is $1200.00 monthly.



Thank you for your assistance on this matter.

Alan Wise

President/CEO

Wise Coaches, Inc.

1312 Central Ct.

Hermitage, TN 37076


615-391-3505 (O)

615-944-0755 (C)


To learn more about our company, visit


Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

# Re: Deborah Frierson - April 25th sale

**Bob Notestine** (bob@bellemeadetitle.com)
Wed 4/20/11 6:25 PM
Deborah Frierson (deborahfrierson@hotmail.com)

Deborah the deed I looked at had the other information. Were two tracts in your name? If this is correct I need to let Mr. Gill know tomorrow, Bob

On Wed, Apr 20, 2011 at 4:48 PM, Deborah Frierson <        > wrote:

> MR. ÑOTESTINE,
>
> IT IS NOT THE 6.0 ACRES, IT IS TE 4.8 ACRES WHICH THE HOUSE IS LOCATED AND ATTACHED $115,4000 WHICH I WAS PAID , THE ADDRESS IS 1209 TULIP GROVE RD.,
>
> HERMITAGE, TN 37076, LEGAL DESCRIPTION: TAX ID #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-00, TAX MAP, PARCEL 348. SIGNED CONTRACT 11/2/06, LOAN FROM THE BANK FILE NO.C#6314.
>
> CAN I WRITE THE JUDGE, IS PROPER OR IMPROPER.
>
> THANK YOU
>
>
>
>
> Date: Mon, 18 Apr 2011 11:54:45 -0500
> Subject: Fwd: Deborah Frierson - April 25th sale
> From:
> To:
>
>
> Deborah- FYI, Bob
>
> ---------- Forwarded message ----------
> From: **Bob Notestine** <      >
> Date: Mon, Apr 18, 2011 at 11:54 AM
> Subject: Deborah Frierson - April 25th sale
> To: "Name missing - ggill@rma-law_com" <
>
> Greg- as we discussed my client is in a difficult situation as to the property in Hermitage on which you  plan to conduct a foreclosure on the 25th of April. On or about November 2, 2006 my client entered into a contract with Dwight Holland/H Group LLC to purchase 6.03 acres owned by her known as 1213 Tulip Grove Road Hermitage, TN 37076 for $145,000 in return for Holland agreeing to build her a new home within 2.5 years for $140,000-145000 price range. Holland performed and my client is still in her former

house. A breach of contract lawsuit is still pending in the Sixth Circuit Court for Davidson County, TN. As I mentioned on the phone, my clients son is disabled due to an auto accident. My client has offered to accept her current property back but Holland has encumbered it and has stated that the location of the existing house is part of the common area on a proposed development plan. Holland is represented by Chad White of Tune Entrekin and White.

I don't see where my client has privity of contract with your client and this may limit her ability to protect her home but a foreclosure could cause irreparable harm and leave her with no place for her son and herself to live. It is difficult to tell but it looks like it might be part of your 11:50 am sale. I am assuming it is part of the tracts being sold at foreclsoure but I could be wrong.
The actual purchase occurred on April 3, 2007. The deed reference is 20070411-0043079 RODC;TN. please review this situation and let me know if you can delay foreclosure ont he 6 acre tract so we can discuss options as to its ultimate disposition. Bob Notestine
Robert J. Notestine III
Attorney at Law
109 Kenner Avenue. S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

**Free emoticons for your email   Click Here!**

   

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11

Windows Live Hotmail Print Message

# Re: Deborah Frierson

**From:** **Bob Notestine** (bob@bellemeadetitle.com)
**Sent:** Mon 5/16/11 6:12 PM
**To:** Alan Wise (Alan@wisecoachesofnashville.com)
**Cc:** Deborah Frierson (deborahfrierson@hotmail.com)

 Mr. Wise, by your communication addressed to me, without assistance of counsel, I assume you intend to proceed without counsel. If this is incorrect please let me know. I will represent Ms. Frierson in the eviction action. However, unless you are willing to communicate openly in a meeting about your interest in this property and any business dealings you have with the former owner of the property I must warn you that there is a chance you will become a party or witness in a pending circuit court case involving my client and the prior owner. To put it simply, if you will meet with myself and my client this week or early next week to discuss this matter and to assure us that you have no business dealings or relationship with the former owner, I feel that we may be able to keep you out of the litigation. If you are not willing to do so I will ask the court to remove any eviction action you may file with circuit court and we will explore adding you to the case. I am not doing this to threaten you but to let you know that this property has  been the subject of litigation and that this litigation may have an impact on you.

Please let me know if you are willing to meet in the hope that an amicable resolution may occur, Bob Notestine Attorney at Law

On Sat, May 14, 2011 at 4:10 PM, Alan Wise < > wrote:

Bob,

 My name is Alan Wise. You have been in contact with my foreclosure attorney Greg Gill in regards to Deborah and her request regarding the purchase of the property she currently resides at. I want to let you know that the property is not for sale. I have contacted your client in regards to this matter and informed her I would do a month to month rental agreement at best. I have not had any response from Deborah as of today's date, May 14,  2011. Please inform your client that I intend to proceed with eviction procedures, Tuesday May 17th, 2011, if she has not contacted me and made arrangements for payment. The rental amount is $1200.00 monthly.

Thank you for your assistance on this matter.

Alan Wise

President/CEO

Wise Coaches, Inc.

1312 Central Ct.

Hermitage, TN 37076

615-391-3505 (O)

615-944-0755 (C)

To learn more about our company, visit

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

Entire Mailbox



## Alan R. Wise
Bob Notestine [bob@bellemeadetitle.com]

**Sent:** Friday, May 20, 2011 4:04 PM

To:

Cc:



Deleted Items
Drafts
Inbox
Junk Email
Sent Items

Mr. Wise you mentioned potentially staring an eviction action against my client, Deborah Frierson. My client and I have checked the Register's records and it appears no trustee's deed has been recorded relative to the foreclosures and I see no deeds in your name. What I did find is the various scrivener's affidavits purporting to correct errors in the assignments from the Bank. You may want to seek legal counsel but it does not appear from the public records that you own the property on which my client resides, at least at the present.

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Re: Court Wednesday

Mr. Wise, I think my clients might be interested. They would like to stay on land formerly owned by their family as was agreed with Mr. Holland and I believe you now own most of the land formerly owned by their family. Let me confirm with them and I will get back with you tomorrow. Although I have not discussed it, another option might be to move the existing house. What are your feelings on this option? Bob Notestine

On Mon, Jun 13, 2011 at 6:43 PM, Alan Wise <                                              > wrote:

Bob,

 I do own a construction company and am willing to build a house for your client or one of this contract. If they are interested, I will be open for discussion.

Alan Wise

President/CEO

Wise Homes, Inc.

1512 Central Ct

Hermitage, TN 37076

 To send a dome about our company, click

**From:** Bob Notestine [mailto:                                    ]
**Sent:** Friday, June 10, 2011 6:34 PM
**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Court Wednesday

Mr. Wise, I spoke with my clients today and you mentioned building a house to them. I did not know if this was a passing remark or if you were suggesting you could build a house for them. Perhaps they misunderstood you, but I thought I would explore options with you before or at court Wednesday. I have a docket already set for Wednesday and plan to be there to defend against the detainer if we cannot reach other agreements. As

# RE: court
deb Frierson [deborahfrierson@hotmail.com]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features,

Sent: Tuesday, June 28, 2011 1:52 AM
To:

*Mr. Notestine, I was reading in a law book, tenanc subject to prior rights..it states*
*if the landlord (Hollant) I never paid him money to stay here in the house and landlord*
*property is subject to a mortgage at the time you takea lease on a part of the property*
*(no lease rent-free). If the landlord defaults in his mortage payment, you may be forced to vacate if the mortgagee decides to foreclose. If your lease was in existence before the*
*property was mortaged, the reverse is true. that is, the mortgaged is subject to the lease and you cann ot be evicted in foreclosure. Similarly, if the lord should decide to sell the property, since their was no agreement with the new owner of the property, actually the rights of the tenants an their obligations have not altered at all by the change of new ownership.*

*So, if this is the case you stated, a petition could be made by the court to let me pay one years rent (which is no rent) this will give me time to decide which way to go*
*with this mess I got myself into with this crooked people. Do you think their is anyway, the eviction will allow me to stay here in the house until after the November 14, since I have been in court with Mr. Holland since 2009 and let the higher court make that decision,*

ate: Mon, 27 Jun 2011 13:05:29 -0500
Subject: Re: court
From: bob@bellemeadetitle.com
To: deborahfrierson@hotmail.com

Yes- and I really don't know that I have a way to stop it at this point. Have you had any thoughts about moving? Without a way to pay for a new home, keeping this one seem unlikely. Any thoughts about where you could get money so that we could try and wrong out an arrangement with Wise? Bob



On Mon, Jun 27, 2011 at 6:40 AM, deb Frierson <                    > wrote:

*Hi Mr. Notestine, surprise to hear from me, we thought we would let you*
*reach from us, is the Court date soll 6/29/2011 for the eviction.*

*Deborah*

Deleted Items
Drafts
Inbox
Junk Email
Sent Items

## Re: Frierson matter
Bob Notestine [bob@bellemeadetitle.com]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features,

Deleted Items
Drafts
Inbox
Junk Email
Sent Items

**Sent:** Thursday, July 28, 2011 10:13 AM
**To:**

I got it moved to August 10. I also got any claims for rent dismissed. What Wise does not know is that I have prepared a subpoena to a deposition for Holland at 10 am on August 25 and Wise at 1 pm! Bob

On Wed, Jul 27, 2011 at 9:13 PM, deb Frierson <                          > wrote:
> *Mr. Notestine,*
>
> *What day did the Judge order me to vacant? August 6, 2011?*
>
> *Thank You*
> *Deborah*
>
> Date: Tue, 26 Jul 2011 14:11:25 -0500
>
> Subject: Re: Frierson matter
> From:
> To:
>
> I am not sure there is a need to come now. I have been in touch with Wise and advised him I thought you could be out by the 10th. I told him you would not pay rent has there was no business dealings with him. He wrote back and said he would work out the details tomorrow, Bob
>
> On Tue, Jul 26, 2011 at 12:51 AM, deb Frierson <                          > wrote:
>> *Thanks Mr. Notestine, I will be out in the 10 days, somewhere, here or Indianapolis...the out date will be 10 days from 27 of July which will be*
>> *August 6, or August 5, 2011. Do I have to make myself present when my name is called, just in case you are not their but I will have to leave*
>> *after my name is called because Cartaze will be by himself.*
>>
>> *Thank you*
>> *Deborah*
>>
>>
>> Date: Mon, 25 Jul 2011 17:48:36 -0500
>> Subject: Re: Frierson matter
>> From:
>> To:
>>
>> Deborah- what we are faced with is the likelihood of a judgment for possession on Wednesday. If that happens you will only have 10 days

To learn more about our company, visit www.bellemeadetitle.com

**From:** Bob Notestine [mailto:bob@bellemeadetitle.com]
**Sent:** Monday, July 18, 2011 7:25 PM
**To:** Alan Wise
**Subject:** Frierson matter

Alan- my client believes that you will likely get possession. However, she needs additional time due to the condition of her son. Of course we could always appeal and tie it for a longer period of time. However, to avoid all this and to make it easier for you also, I believe my client would allow me to announce an agreed judgment for possession if you would agree to extent her time to move to the end of August. If we announce an agreement there is no appeal and your possession is granted effective the date we agree upon. Even without an agreement you would have to evict and probably would not get them out until mid August. If you have to do a forced set-out it would not be pleasant and the PR would be terrible.

So the pending proposal is a agreement that they would vacate by the 31st of August and I could announce this in court as an agreed order. Tis saves you additional court time and attys fees and its more of a win-win for all parties. Give this some thought and advise if you can agree to this, Bob

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

Connected to Microsoft Exchange

Entire Mailbox

## RE: Frierson matter

deb Frierson [deborahfrierson@hotmail.com]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features,

**Sent:** Thursday, July 21, 2011 10:36 PM
**To:**

- Deleted Items
- Drafts
- Inbox
- Junk Email
- Sent Items

*MR. NOTESTINE, I DO NOT LIKE HOW THIS ALL WENT DOWN, SOMETHING WITH THIS WHOLE MESS DOESN'T SOUND RIGHT.*
*I WILL LET YOU KNOW BEFORE WE GO TO COURT ON 7/27/2011, I KNOW WHAT HE IS UP TOO (HE HAS A SNEAKY QUALITY JUST LIKE THE HOLLAND'S). I HAVE A QUESTION? SINCE WISE BROUGHT THE PROPERTY ON 2/15/2011 AND HOLLAND PAID THE TAXES ON 2/18/2011, THEN THE THE DEED HAD TO BE RE-WRITTEN BECAUSE OF ERRORS, THEN RE-WROTE ON 5/23/2011 (TO ME THAT SEEMS SNEAKY). I THOUGHT WHEN ONE HAS BEEN FORECLOSED ON AND PROPERTY IS UP FOR AUCTION (IT IS AN AUCTION FOR THE HIGHEST BIDDER)??BUT THE PROPERTY WAS BROUGHT BEFORE AUCTION, WHY DID THEY HAVE AN AUCTION WHEN SOMEONE ELSE HAS ALREADY OWN THE PROPERTY???WAS THIS JUST TO MAKE IT LOOK LEGAL ON PAPER. I DO NOT LIKE WISE PERSON, SOMETHING ABOUT HIM IS SNEAKY ETC., (I HAVE LEARN MY LESSON*
*ABOUT THE STATEMENT...WHICH WISE STATED (I AM GOOD PEOPLE..WHICH I HEARD THE SAME EXACT WORDS FROM HOLLAND, IF SUCH GOOD PEOPLE WHY AM I GOING TO TRIAL). THIS IS MY PERSONALLY OPNION OF HIM SINCE BEING IN HIS PRESENT.*

*YOU ARE GOOD PEOPLE...THESE WORDS ARE SUITED FOR YOU!!!!*

*DEB*

Subject: Fw: Frierson matter
To: deborahfrierson@hotmail.com
From: bob@bellemeadetitle.com
Date: Wed, 20 Jul 2011 16:36:13 +0000

Sent from my Verizon Wireless BlackBerry

**From:** Alan Wise <Alan@wisecoachesofnashville.com>
**Date:** Wed, 20 Jul 2011 11:27:22 -0500
**To:** Bob Notestine<bob@bellemeadetitle.com>
**Subject:** RE: Frierson matter

Bob,

 I am willing to allow your client to stay until the end of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . three months of occupancy. I had originally said $1200.00 . . . . . . . . . . . . . . . . the circumstances, I am willing to reduce that to $750.00. So, if we can agree . . . . . . . . . . . . . and the property is vacated by August 31st, I will agree to that.

 Alan Wise

Case 3:23-cv-01135    Document 1-8    Filed 10/26/23    Page 88 of 181 PageID #: 151

visit www.wisecachesolutions.com

**From:** Bob Notestine [mailto:bob@bellemeadetitle.com]
**Sent:** Monday, July 18, 2011 7:25 PM
**To:** Alan Wise
**Subject:** Frierson matter

Alan- my client believes that you will likely get possession. However, she needs additional time due to the condition of her son. Of course we could always appeal and tie it for a longer period of time. However, to avoid all this and to make it easier for you also, I believe my client would allow me to announce an agreed judgment for possession if you would agree to extent her time to move to the end of August. If we announce an agreement there is no appeal and your possession is granted effective the date we agree upon. Even without an agreement you would have to evict and probably would not get them out until mid August. If you have to do a forced set-out it would not be pleasant and the PR would be terrible

So the pending proposal is a agreement that they would vacate by the 31st of August and I could announce this in court as an agreed order. Tis saves you additional court time and attys fees and its more of a win-win for all parties. Give this some thought and advise if you can agree to this, Bob

--
Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

Connected to Microsoft Exchange

Entire Mailbox

## RE: Wise
**deb Frierson [deborahfrierson@hotmail.com]**

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features,

**Sent:** Wednesday, June 8, 2011 6:29 PM
**To:**

Deleted Items
Drafts
Inbox
Junk Email
Sent Items

MR. NOTESTINE, I AGREE WITH YOU, THEY ARE STILL UP TO SOMETHING. I JUST WANT MY DAY IN COURT THE EVICTION NOTICE THAT WAS LEFT 5/9/2011, WAS NOT THE REAL OWNER NOT UNTIL 5/23/2011 AFTER YOU E-MAILED. PLUS MR. HOLLAND HAD ALL THE TIME IN THE WORLD TO GET ME BACK MY LAND BECAUSE HE DEFAULTED ON HIS CONTACT, ALL THIS TIME HE WAS THE OWNER AND NEVER GAVE UP HIS RIGHTS TO LAND. I FEEL MR. WHITE, HOLLAND AND WISE ARE ALL IN CAHOOTS PLAYING THE LEGAL SYSTEM. THE DELAYING WAS ALL ON MR. HOLLAND IN THIS CASE, DAVID LET IT HAPPEN. I SAW MR. HOLLAND UP HERE ON 4/5/2011 AFTER THE TORNADO LOOKING, AT THAT TIME HE WAS STILL THE OWNER, IT SEEMS THAT MR. HOLLAND DEEDED THE 4.8ACRES TO WISE, LLC (AT THIS TIME HE ONLY HAD ON COMPANY WHICH WAS LUX DEVELOPMENT, WHAT HE DID WAS CREATED THIS COMPANY SINCE TALKING WITH YOU THOUGHT E-MAIL.

I AM NOT WAIVING THE RESCISSION CLAIM WHICH THEY HAVE BEEN PLAYING WITH FOR ALMOST 3 YEARS AND DEALING WITH MR. HOLLAND FOR ALMOST FIVE. I HOPE THIS DOES NOT SOUND COLD, BUT I DO NOT CARE ABOUT HIS ACCIDENT MY SON WAS IN AN ACCIDENT BETWEEN AND LIFE AND DEATH WHEN HE WAS TRYING TO SWINDLING ME OUT ME OUT OF MY LAND . MR. WISE SHOULD ALSO BE PART OF THE LIGATION BECAUSE HE CAME TO THE HOME ON BEHALF OF MR. HOLLAND THREATEN ME OF THE EVICTION. I WANT TO SEE BOTH OF THEM IN COURT BECAUSE THEY ARE WORKING TO GET ME OUT OF MY HOUSE. I HAVE TO GO TO COURT NO MATTER BECAUSE MY FATHER, G-MA AND G-FATHER WOULD NOT LIKE ME GIVING UP WITHOUT FIGHT. SEE FRIDAY...HOW DO I NEED TO BRING, I HAVE THE $437.00, WILL BRING FRIDAY

I KNOW THIS CASE - DATES IN AND OUT.

DEBORAH

Date: Wed, 8 Jun 2011 13:02:36 -0500
Subject: Re: Wise
From: bob@bellemeadetitle.com
To: deborahfrierson@hotmail.com

They want you to waive the rescission claim which I feel is not in your best interest. If you do waive it they will not object to the motion or the scheduling order. I have hear enought t believe Wise and Holland are likely friends, Bob

Entire Mailbox

## Court Wednesday
Bob Notestine [bob@bellemeadetitle.com]

**Sent:** Friday, June 10, 2011 5:33 PM
**To:**
**Cc:**

Deleted Items
Drafts
Inbox
Junk Email
Sent Items

Mr. Wise, I spoke with my clients today and you mentioned building a house to them. I did not know if this was a passing remark or if you were suggesting you could build a house for them. Perhaps they misunderstood you, but I thought I would explore options with you before or at court Wednesday. I have a docket already set for Wednesday and plan to be there to defend against the detainer if we cannot reach other agreements. As you may be aware, *Mr. Holland* and/or his company had an obligation to build a house for my client and her son. He failed to do so and litigation is pending with a trial date in November. In the meantime I will be compelled to take depositions of everyone involved with this property including you as a representative of the company that owns the property. I would assume you would prefer to stay out of the legal entanglements between *my client and Mr. Holland*, but I may need to add your company as a party as a title holder since my client is trying to rescind the contract with Mr. Holland.

A house for my clients will go a long way towards making this go away. My client is looking for a House on land formerly owned by her family per the agreement with Mr. Holland. If you are willing to discuss this before or at court Wednesday that will be great. If not I expect to start taking depositions this month, Bob Notestine

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

Entire Mailbox

## Re: Court Wednesday
Bob Notestine [bob@bellemeadetitle.com]

**Sent:** Monday, June 13, 2011 7:25 PM
**To:**
**Cc:**

**Deleted Items**
**Drafts**
**Inbox**
**Junk Email**
**Sent Items**

Mr. Wise, I think my clients might be interested. They would like to stay on land formerly owned by their family as was agreed with Mr. Holland and I believe you now own most of the land formerly owned by their family. Let me confirm with them and I will get back with you tomorrow. Although I have not discussed it, another option might be to move the existing house. What are your feelings on this option? Bob Notestine

On Mon, Jun 13, 2011 at 6:43 PM, Alan Wise <   > wrote:

 Bob,

I too own a construction company and am willing to build a house for you, client on a cost plus contract. If they are interested, I will be open for discussion.

Alan Wise

President/CEO

Wise Coaches, Inc.

1812 General s.t.

Hermitage, TN 37076

To learn more about our company, visit

**From:** Bob Notestine [mailto:
**Sent:** Friday, June 10, 2011 6:34 PM
**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Court Wednesday

Mr. Wise, I spoke with my clients today and you mentioned building a house to them. I

# From Court Wednesday

**Bob Notestine [bob@bellemeadetitle.com]**

**Sent:** Tuesday, June 14, 2011 9:15 AM

**To:**

Deleted Items
Drafts
Inbox
Junk Email
Sent Items

---------- Forwarded message ----------

From: **Bob Notestine** <                    >
Date: Tue, Jun 14, 2011 at 10:15 AM
Subject: Re: Court Wednesday
To: Alan Wise <                              >

If we can schedule a time to meet with you would you be willing to continue the case a week or two so we can deal in good faith. I will be in court for several other cases tomorrow and can announce an agreement to continue the case while we discuss settlement. As to a meeting we could meet at your office or the property. I could meet most afternoons this week, Bob

On Mon, Jun 13, 2011 at 9:07 PM, Alan Wise <                    > wrote:

Bob

I think it would be best to discuss this in person.

Alan Wise

President/CEO

Wise Coaches, Inc.

1812 Central Ct.

Hermitage, TN 37076

To learn more about our company, visit

**From:** Bob Notestine [mailto:                    ]
**Sent:** Monday, June 13, 2011 8:26 PM

**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Re: Court Wednesday



Mr. Wise, I think my clients might be interested. They would like to stay on land formerly owned by their family as was agreed with Mr. Holland and I believe you now own most of the land formerly owned by their family. Let me confirm with them and I will get back with you tomorrow. Although I have not discussed it, another option might be to move the existing house. What are your feelings on this option? Bob Notestine

On Mon, Jun 13, 2011 at 6:43 PM, Alan Wise <                        >
wrote:





**From:** Bob Notestine [mailto:
**Sent:** Friday, June 10, 2011 6:34 PM
**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Court Wednesday

Mr. Wise, I spoke with my clients today and you mentioned building a house to them. I did not know if this was a passing remark or if you would actually build a
house for them. Perhaps they misunderstood you. In any event, I would explore options with you before or at court Wednesday. I have a docket already set for Wednesday and

you may be aware, Mr. Holland and/or his company had an obligation to build a house for my client and her son. He failed to do so and litigation is pending with a trial date in November. In the meantime I will be compelled to take depositions of everyone involved with this property including you as a representative of the company that owns the property. I would assume you would prefer to stay out of the legal entanglements between my client and Mr. Holland, but I may need to add your company as a party as a title holder since my client is trying to rescind the contract with Mr. Holland.

A house for my clients will go a long way towards making this go away. My client is looking for a House on land formerly owned by her family per the agreement with Mr. Holland. If you are willing to discuss this before or at court Wednesday that will be great. If not I expect to start taking depositions this month, Bob Notestine

Robert J. Notestine III

Attorney at Law

109 Kenner Avenue, S-201

Nashville, TN 37205

---

Robert J. Notestine III

Attorney at Law

109 Kenner Avenue, S-201

Nashville, TN 37205

## RE: Wise
### deb Frierson [deborahfrierson@hotmail.com]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features,

**Deleted Items**
**Drafts**
**Inbox**
**Junk Email**
**Sent Items**

**Sent:** Wednesday, June 8, 2011 6:29 PM
**To:**

*MR. NOTESTINE, I AGREE WITH YOU, THEY ARE STILL UP TO SOMETHING. I JUST WANT MY DAY IN COURT THE EVICTION NOTICE THAT WAS LEFT 5/9/2011, WAS NOT THE REAL OWNER NOT UNTIL 5/23/2011 AFTER YOU E-MAILED. PLUS MR.*
*HOLLAND HAD ALL THE TIME IN THE WORLD TO GET ME BACK MY LAND BECAUSE HE DEFAULTED ON HIS CONTACT, ALL THIS TIME HE WAS THE OWNER AND NEVER GAVE UP HIS RIGHTS TO LAND. I FEEL MR. WHITE, HOLLAND AND WISE ARE ALL IN CAHOOTS PLAYING THE LEGAL SYSTEM. THE DELAYING WAS ALL ON MR. HOLLAND IN THIS CASE, DAVID LET IT HAPPEN. I SAW MR. HOLLAND UP HERE ON 4/5/2011 AFTER THE TORNADO LOOKING, AT THAT TIME HE WAS STILL THE OWNER, IT SEEMS THAT MR. HOLLAND DEEDED THE 4.8ACRES TO WISE, LLC (AT THIS TIME HE ONLY HAD ON COMPANY WHICH WAS LUX DEVELOPMENT, WHAT HE DID WAS CREATED THIS COMPANY SINCE TALKING WITH YOU THOUGHT E-MAIL.*

*I AM NOT WAIVING THE RESCISSION CLAIM WHICH THEY HAVE BEEN PLAYING WITH FOR ALMOST 3 YEARS AND DEALING*
*WITH MR. HOLLAND FOR ALMOST FIVE. I HOPE THIS DOES NOT SOUND COLD, BUT I DO NOT CARE ABOUT HIS ACCIDENT·* they do Not
*MY SON WAS IN AN ACCIDENT BETWEEN AND LIFE AND DEATH WHEN HE WAS TRYING TO SWINDLING ME OUT ME OUT OF*
*MY LAND. MR. WISE SHOULD ALSO BE PART OF THE LIGATION BECAUSE HE CAME TO THE HOME ON BEHALF OF MR. HOLLAND*
*THREATEN ME OF THE EVICTION. I WANT TO SEE BOTH OF THEM IN COURT BECAUSE THEY ARE WORKING TO GET ME OUT*
*OF MY HOUSE. I HAVE TO GO TO COURT NO MATTER BECAUSE MY FATHER, G-MA AND G-FATHER WOULD NOT LIKE ME GIVING UP WITHOUT FIGHT. SEE FRIDAY...HOW DO I NEED TO BRING, I HAVE THE $437.00, WILL BRING FRIDAY*

*I KNOW THIS CASE - DATES IN AND OUT.*

*DEBORAH*

Date: Wed, 8 Jun 2011 13:02:36 -0500
Subject: Re: Wise
From: bob@bellemeadetitle.com
To: deborahfrierson@hotmail.com

They want you to waive the rescission claim which I feel is not in your best interest. If you do waive it they will not object to the motion or the scheduling order. I have hear enought t believe Wise and Holland are likely friends, Bob

**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Re: Court Wednesday


Mr. Wise, I think my clients might be interested. They would like to stay on land formerly owned by their family as was agreed with Mr. Holland and I believe you now own most of the land formerly owned by their family. Let me confirm with them and I will get back with you tomorrow. Although I have not discussed it, another option might be to move the existing house. What are your feelings on this option? Bob Notestine

On Mon, Jun 13, 2011 at 6:43 PM, Alan Wise <                    > wrote:

Bob

 I do own a construction company and am willing to build a house for your clients on a cost plus contract. If they are interested, I will be open for discussion:


Alan Wise

President/CEO


Wise Control, Inc.

1212 Centre Ct.

Brentwood, TN 37027


To learn more about our company, visit

**From:** Bob Notestine [mailto:                    ]
**Sent:** Friday, June 10, 2011 6:34 PM
**To:** Alan Wise
**Cc:** Deborah Frierson
**Subject:** Court Wednesday


Mr. Wise, I spoke with my clients today and you mentioned building a house to them. I did not know if this was a passing remark or if you were suggesting you could build a house for them. Perhaps they misunderstood you, but I thought I would explore options with you before or at court Wednesday. I have a docket already set for Wednesday and plan to be there to defend against the detainer if we cannot reach other agreements. As

# Court Wednesday

Bob Notestine [bob@bellemeadetitle.com]

**Sent:** Friday, June 10, 2011 5:33 PM

To:

Cc:

Mr. Wise, I spoke with my clients today and you mentioned building a house to them. I did not know if this was a passing remark or if you were suggesting you could build a house for them. Perhaps they misunderstood you, but I thought I would explore options with you before or at court Wednesday. I have a docket already set for Wednesday and plan to be there to defend against the detainer if we cannot reach other agreements. As you may be aware, Mr. Holland and/or his company had an obligation to build a house for my client and her son. He failed to do so and litigation is pending with a trial date in November. In the meantime I will be compelled to take depositions of everyone involved with this property including you as a representative of the company that owns the property. I would assume you would prefer to stay out of the legal entanglements between my client and Mr. Holland, but I may need to add your company as a party as a title holder since my client is trying to rescind the contract with Mr. Holland.

A house for my clients will go a long way towards making this go away. My client is looking for a House on land formerly owned by her family per the agreement with Mr. Holland. If you are willing to discuss this before or at court Wednesday that will be great. If not I expect to start taking depositions this month, Bob Notestine

—

Robert J. Notestine III
Attorney at Law
109 Kenner Avenue, S-201
Nashville, TN 37205
615- 297-1568, ext 11
615-297-2413

you may be aware, Mr. Holland and/or his company had an obligation to build a house for my client and her son. He failed to do so and litigation is pending with a trial date in November. In the meantime I will be compelled to take depositions of everyone involved with this property including you as a representative of the company that owns the property. I would assume you would prefer to stay out of the legal entanglements between my client and Mr. Holland, but I may need to add your company as a party as a title holder since my client is trying to rescind the contract with Mr. Holland.



A house for my clients will go a long way towards making this go away. My client is looking for a House on land formerly owned by her family per the agreement with Mr. Holland. If you are willing to discuss this before or at court Wednesday that will be great. If not I expect to start taking depositions this month, Bob Notestine

Robert J. Notestine III

Attorney at Law

109 Kenner Avenue, S-201

Nashville, TN 37205

Robert J. Notestine III

Attorney at Law

109 Kenner Avenue, S-201

Nashville, TN 37205

DATE 09/30/21
TIME 11:11AM

Metro Water Services
DETAIL HISTORY PRINT

CUST #    014-5956.300 INACTIVE      SERV.1209   TULIP GROVE RD ON DATE   4/29/1995
NAME      DEBORAH  FRIERSON          PREM                      LAST PD    6/02/2011
ATTN                                                           NOTICE
STREET    8305 GORDON LN             CL    0   NOT FOUND        DUE DATE   8/31/2011
ADDRESS                              RT    0   RATE NOT FOUND   # DELQ
CITY/ST   HERMITAGE TN               TC    0   TAXABLE          SHUT DT
ZIP CD    37076-2112                 TP    0   RESIDENTIAL      STOP DS
PHONE #   615-889-8896               TD   12   HERMITAGE        OFF DT     8/08/2011

          CURRENT BAL   30 DAY BAL   60 DAY BAL   90 DAY BAL   PENL/INT.   ACCOUNT BAL
WA        0.00          0.00         0.00         0.00         0.00        0.00
SW        0.00          0.00         0.00         0.00         0.00        0.00
DG        0.00          0.00         0.00         0.00         0.00        0.00
RT        0.00          0.00         0.00         0.00         0.00        0.00
RF        0.00          0.00         0.00         0.00         0.00        0.00

Today's Charges Less Payments:        0.00   Giving a New Balance of        0.00

*** NO TRANSACTIONS FOUND TO MEET ENTERED SELECTION CRITERIA ! ***

---

I do not know what fraudulent information is going to Also Use Were I Live at his address, never have written connected to this property 1205 TULIP Grove Hermitage, TN, No Sewer, Never llved at this address. This fradulant keep gas, jar against these, every one is turn blind, it has been to FBI, Attorney General, Federal. I Am the one who never Consented, I have hawk a phone hooked to my home, they have I and locked me, Hermitage, Boofer Robert, Sending

MAIL back to your compane, aldermen family usns by mail box at 1205 Tulip (pro the rd Hermitage) TN 37672

July 26, 2020

NASHVILLE ELECTRIC SERVICE
CUSTOMER HISTORY

5/26/21
04:48:22

LINE

CUST 0415331          NAME FRIERSON,DEBORAH J
SS                    ALIAS
LIC                   ALIAS
FED ID                ALIAS

| ITEM | PREMISE | SERVICE ADDRESS | | TURN ON | TURN OFF | CREDIT RATING |
|------|---------|-----------------|---|---------|----------|---------------|
| 01 | | | | | | |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | 0163255 | 1209 TULIP GROVE RD HERMITAGE | TN 37076-2632 | 11/05/90 TNNC | 8/08/11 XFOF | S |
| 06 | 0198379 | 8305 GORDON LN HERMITAGE | TN 37076-2112 | 8/03/11 XFON | | S |

Case 3:23-cv-01150   Document 1-5   Filed 10/09/23   Page 101 of 181 PageID #: 164

ED. 10/06/21 02:07 PM  CASE NO. C3565  Richard R. Rooker, Clerk



DEC    65

05:078-0488  07/20/2023  10:02 AM  Received by Tennessee Secretary of State Tre Hargett



OWN
COPY &
To courts



My Father did this evaluation
drew
on the 56 acres    engineer

(No Subject)

*Before*

From:    DEBORah Frierson (deborahfrierson23@yahoo.com)

To:       deborahfrierson23@yahoo.com

Date:    Saturday, April 2, 2022, 04:53 AM CDT



House on the Hill

IMAGES APPRAISED BY TENNESSEE SECRETARY OF STATE
10/28/22 12:51 AM RECEIVED



**(No Subject)**

From:   DEBORah Frierson (deborahfrierson23@yahoo.com)

To:     deborahfrierson23@yahoo.com

Date:   Saturday, April 2, 2022, 05:17 AM CDT



destruction of property

(No Subject)

From: DEBORah Frierson (deborahfrierson23@yahoo.com)

To: deborahfrierson23@yahoo.com

Date: Saturday, April 2, 2022, 04:54 AM CDT





This is how the property looked before
Construction



(No Subject)

From: DEBORah Frierson (deborahfrierson23@yahoo.com)

To:     deborahfrierson23@yahoo.com

Date: Saturday, April 2, 2022, 04:55 AM CDT



Driveway been being blocked







This is the House on the

I have been blocked *after*

land locked for the last

two years. These people
have blocked the
driveway
*new*
look

DE1970-2407 07/28/2023 10:52 AM Received by Tennessee Secretary of State Tre Hargett







"The Testimony of GOD"

"Set in Truth"

"Allodial Title"

## "A WOMAN OF GOD"

### In /CO

"In Care of 1209 Tulip Grove Road Hermitage, TN 37076"

"Set in truth"

"Metes And Bounds Boundaries Survey", "Measurement, property guidelines" and "Minerals Rights."

I, DEBORAH J FRIERSON the heir granddaughter of MEXIE HELEN WILSON EVANS FRIERSON. I am submitting this Survey for the purpose which was in 1993, 30 years ago for the record on the record for 1209 Tulip Grove Rd., Hermitage, TN "37076"

This is the only true original Survey for 1209 Tulip Grove Rd., Hermitage, TN "37076", Life Estate for real property of 5.094 acres to be registered and recorded for legal purposes. This 5.094 acres was never sold to anyone or any other entities, this was the death place of my father's was the home front.

I am a retired FEDERAL GOVERNMENT Employee Retiree, I have been employed with the ARMY FINANCE CENTER, VA Hospital, IRS, CORPS of ENGINEER, and HUD ( (HOUSING and URBAN DEVELOPMENT).

I 've being land locked and blocked from to access to my home on the 5.094 acres at 1209 Tulip Grove Rd., Hermitage, TN "37076" The Road was built and cut out by grandfather "ROBERT C. FRIERSON", it's has been there for over 100+ years, the road was there before 1161 Tulip Grove Road and 1203 Tulip Grove the people whom is blocking me from my home for the last 3 to 4 years. Onnie and Jacqueline Gregory we shared the road which is stated above. Onnie Gregory has passed away, George Robertson the 3rd her brother is instigating and forcing the blockage, this happened after their mother passed.

The Survey shows all encroachments, George Robertson the 3rd and Jacqueline Onnie Gregory, and Onnie Gregory has also blocked me from the 50ft Frontage the 1161 Tulip Grove Rd., Hermitage, TN that is part of my the 5.094 acres, they have land locked me access to the 1209 Tulip Grove Rd '100 + foot long" Hermitage, TN "37076" Now they have been messing with my mailbox, trying to push it down on numerous occasions, that is a criminal act the son Onnie Gregory Jr. is now trying to take over my mailbox.

This is the truth nothing but the truth under "God". The survey shows I have the right to use the road and access my 50ft frontage. I started a business registered in 2010, I have no way to access my home/ Business

The 5.094 acres, home is considered historic property and landmark.

*Deborah J. Frierson*    5- 30 -2023

Deborah J. Frierson

*India Frier*  5/30/23

Witness

RAPHEAL GARDNER
STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY

My Commission Expires
May 7, 2024

# Kennedy & Brown, PLLC

### ATTORNEYS AT LAW

JOHN P. BROWN, III
DAVID KENNEDY, JR.

3052 LEBANON ROAD
NASHVILLE, TENNESSEE 37214
www.kennedyandbrown.com

TELEPHONE: (615) 883-4998
FACSIMILE: (615) 883-4848

April 9, 2009

James Dwight Holland
4307 Central Pike
Hermitage, Tennessee 37076

RE:    Purchase/Sale Agreement

Dear Mr. Holland:

Based upon my conversations with Ms. Frierson and her son, any lots upon which you have offered to build Ms. Frierson a house are not in the location contemplated by the contract. Further, based upon their conversations with your son, it appears that it will be impossible to build her any home within the time frame set forth in the Contract.

We are hereby requesting that you deed the property back to Ms. Frierson at this time. If you do not deed the property back to Ms. Frierson or build her a house on her property in the location area which was discussed between you and Ms. Frierson and witnessed by the Realtors from Crye-Leike denoted in the margins of the Contract, Ms. Frierson will be forced to pursue all available legal remedies to rectify this situation.

I look forward to working with you; and, to these ends, I remain

Sincerely,

David Kennedy, Jr.

DKJr/ls

cc:    Deborah Frierson

Copy
16145¢

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

FILED
OCT -7 PH 12: 31
RICHARD R. ROOKER, CLERK
_____
_____ D.C.

DEBORAH J. FRIERSON,
    Plaintiff,

vs.

JAMES DWIGHT HOLLAND, Individually
and d/b/a H GROUP, LLC., and
H GROUP, LLC.
    Defendants.

)
)
)
)
)
)
)
)
)
)

CASE NO. 09C3505

## COMPLAINT

Comes now the Plaintiff, DEBORAH J. FRIERSON, by and through counsel, and sues the Defendant, JAMES DWIGHT HOLLAND, Individually and d/b/a H GROUP, LLC and H GROUP, LLC. (hereinafter "H Group") , and for grounds, would show unto the Court as follows:

1.    At all times material hereto, Plaintiff was and continues to be a resident of Davidson County, residing at 1209 Tulip Grove Road, Hermitage, Tennessee, 37076.

2.    At all times material hereto, Defendant James Dwight Holland did and, to the best of Plaintiff knowledge, continues to operate a business known as H Group, located at 840 Old Lebanon Dirt Road, Nashville, Tennessee, 37214.

3.    At all times material hereto, H Group was a limited liability company, licensed to do business within the State of Tennessee, with a principal place of business, located at 840 Old Lebanon Dirt Road, Nashville, Tennessee, 37214.

Copy

4.     All transactions associated with this case and cause of action occurred in Hermitage, Davidson County, Tennessee, which is the proper jurisdiction and venue for this matter.

5.     Plaintiff would state and show unto the Court that on or about November 2, 2006, the parties entered into a Purchase and Sale Agreement, wherein Defendant Holland agreed to purchase unimproved real property known as 1209 Tulip Grove Road, Hermitage, Davidson County, Tennessee, 37076 (hereinafter referred to as "subject property"). A copy of the Agreement is attached hereto as Exhibit A.

6.     Pursuant to paragraph number 10 of the Agreement, Defendant Holland was "to build Seller a Handicapped Acceptable (backing up to trees) @ approx. $140 to $145 M within 2 ½ yrs or less time." Defendant H Group is the construction company owned and operated by Defendant Holland which was to build the structure.

7.     In the two and one-half years since the signing of the agreement, Defendant has failed and refused to fulfill this section of the Agreement.

8.     Plaintiff avers that Defendant Holland has failed to comply with the terms of their Agreement and, despite Plaintiff's congenial attempts to communicate with the Defendant in an effort to resolve this situation; Defendants have failed to fulfill their obligations, despite the fact the sale was closed and the property deeded to Defendant Holland.

9.     Defendant has breached his contractual agreement with the Plaintiff, as a result of which Plaintiff has suffered damage. Therefore, Plaintiff is entitled to a money judgment against Defendant Holland for all unpaid principal, taxes paid by Plaintiff, plus

Copy

pre-judgment interest and costs, such that Plaintiff is made whole for the Defendant's failure to pay.

10. Plaintiff has detrimentally relied upon the promises of Defendant Holland and Defendant Holland has been unjustly enriched as a result, thereby entitling Plaintiff to a money judgment against Defendant for money damages, plus pre-judgment interest and costs, such that Plaintiff is made whole for the Defendant's failure to pay.

11. Plaintiff avers that Defendant's actions constitute a violation of the Tennessee Consumer Protection Act, entitling Plaintiff to treble damages and attorney's fees.

12. Plaintiff is entitled to have the contract rescinded and the subject property returned to her.

13. Alternatively, Plaintiff is entitled to specific performance of the Agreement. Defendants should be required to build the structure in accordance with the Agreement.

14. Plaintiff is entitled to a judgment against Defendant Holland and Defendant H Group for monies lost by the Plaintiff, including but not limited to property taxes, in an amount as will be shown to the Court at the final hearing.

WHEREFORE, Plaintiff prays that the Court grant Plaintiff rescission of the Agreement and a return of title to the subject property, specific performance of the Agreement, a money judgment against Defendant in an amount equal to the damages shown to the Court at the hearing of this cause, plus pre-judgment interest, treble

Copy

damages, attorney's ..... court costs, discretionary costs and/or for such further relief as may be deemed proper.

RESPECTFULLY SUBMITTED:

_Dave J._

DAVID KENNEDY, JR (BPR # 18066)
Attorney for Plaintiff
3052 Lebanon Road
Nashville, TN 37214
PH: (615) 883-4998

Electronically RECEIVED on 9/20/2023 11:09 AM Received by Tennessee Secretary of State The Hebbert

COPY

James Dwight Holland
3888 Hartsville Pike
Lebanon, TN 37087

July 18, 2022

Deborah J. Frierson
c/o Tamika Parker, Esq.
214 Second Avenue North, Suite 204
Nashville, TN 37201

Re:    Deborah J. Frierson v. James Dwight Holland, et al.
Davidson County Circuit Court, No. 09C-3505

Dear Ms. Frierson:

I am glad that we have reached an agreement to settle the dispute between us over the contract to purchase your property on Tulip Grove Road.

As part of our settlement, you have asked and I have agreed to write you this personal letter and to state that I apologize for defaulting on contract and the promise to build an ADA handicapped accessible home, and that 115k was ENERST MONEY and A DEPOSIT for GOOD FAITH ON CONTRACT.

When we entered into the contract to buy your property located at 1209 Tulip Grove Road, Hermitage, TN 37076, the term of which was 11/6/06 through 11/6/09 [defaulted on contract within 2 ½ years of contract], I had every intention of building the house. I want you to know that I was not able to build the house on the property, because my business failed, and H Group lost the Tulip Grove Road property to Alan Wise in a foreclosure sale. I know that my inability to build the house for you on land that had been owned by your family was disappointing and caused you and your son hardship when Mr. Wise took over the property.

I am sorry things did not work out the way you and I both expected they would, and I am sorry I was unable to build a house for you on the Tulip Grove Road property.

Sincerely,

Dwight Holland

21. **Attorney Fees.** If any Party to this Agreement or any of the Holland Releasees retains the services of an attorney to enforce or defend the provisions of this Agreement against any other party bound by it, the prevailing party shall, in addition to all other remedies available at law or in equity, be entitled to recover his, her or its reasonable costs and expenses, including, without limitation, court costs, settlement costs and/or attorney's fees.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

Subscribed and sworn to before me in my
Presence, this _1_ day of _August_,
a Notary Public in and for the
County of _Davidson_ and State of _TN_
_____ (Signature) Notary Public
My commission expires _July 7, 2025_

8-1-20__

_Deborah J. Frierson_ (signature)
Deborah J. Frierson

_James Dwight Holland_ (signature)
James Dwight Holland

BRENADE MAXWELL
STATE OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY

**STATE OF TENNESSEE**
**COUNTY OF WILSON**

Before me, the undersigned Notary Public, of the state and county mentioned, personally appeared James Dwight Holland, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged that he executed the foregoing instrument for the purpose therein contained.

Witness my hand and official seal on this the _28_ day of _June_, 2022.

MIKA L. BRUMMEL
STATE OF
TENNESSEE
NOTARY
PUBLIC
WILSON COUNTY

_____
NOTARY PUBLIC
My commission expires: _5/31/26_

9

 *Federal Courts*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH JEAN FRIERSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | NO. 3:17-cv-00633 |
| | ) | JUDGE CRENSHAW ← ( Federal |
| JAMES DWIGHT HOLLAND, | ) | Judge |
| individually and d/b/a H GROUP and | ) | |
| H GROUP, LLC, et al. | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The Court has before it a *pro se* Complaint (Doc. No. 1) and an Application to proceed in forma pauperis (Doc. No. 2).

Plaintiff, Debroah Jean Frierson, is a resident of Hermitage, Tennessee. It appears from the Application that she lacks sufficient financial resources from which to pay the fee required to file the Complaint. Therefore, the Application is **GRANTED**. The Clerk will file the Complaint in forma pauperis. 28 U.S.C. § 1915(a). However, process shall **NOT** issue.

The Plaintiff inherited eleven acres of land from her grandmother. She acquired another eleven acres from a sibling. (Doc. No. 1 at 5). In November, 2006, the Plaintiff entered into a Purchase and Sale Agreement, whereby she transferred her ownership of the twenty two (22) total acres to the defendants, James Dwight Holland and his company H Group. (*Id.* at 6).

The Purchase and Sale Agreement included a provision that required the purchaser to build the Plaintiff a "handicapped acceptable" home within two and one half years. (*Id.* at 3). To Plaintiff's dismay, the home promised by the purchaser was never built. (*Id.*).

21 02:07 PM   CASE NO. 09C3505 Richard R Rocker, Clerk

The Plaintiff then initiated an action in the Circuit Court of Davidson County, seeking redress for breach of contract and a violation of the Tennessee Consumer Protection Act. *See* Attachments to the Complaint. When the defendants in that action (Holland, individually and d/b/a H Group and H Group, LLC) failed to appear for trial, the court entered a default judgment against them. (Doc. No. 1 at 8-10). The Plaintiff was awarded actual and compensatory damages ($277,258), attorney's fees ($11,725) and prejudgment interest ($33,350). (*Id.* at 8-9).

Apparently, the Plaintiff has not yet been able to collect the judgment. She brings this action against James Dwight Holland, individually and d/b/a H Group and H Group, LLC; Barbara Morris and Barbara Hustell, realtors in Hermitage who handled the sale of Plaintiff's property in 2006; and Allan Wise Inc. and Wise Coaches, LLC, the current owners of the property who have attempted to evict her for non-payment of rent. The Plaintiff claims coercion on the part of the realtors in the original sale, breach of contract and violations of due process by the defendants. She is asking the Court to award her the money damages set forth by the state court in its judgment and to order the return of the twenty two (22) acres to her. (*Id.* at 6).

Before a lawsuit can proceed, the Plaintiff must show that her claims fall within the scope of this Court's subject matter jurisdiction. Perkins, Inc. v. Werner and Pfleiderer Corp., 710 F.2d 1561, 1565 (D.C. Cir.1983). This Court has jurisdiction to adjudicate claims involving a federal question, 28 U.S.C. § 1331, or claims involving parties with diversity of citizenship. 28 U.S.C. § 1332.

In this case, all parties reside in the State of Tennessee. As a consequence, there is no complete diversity of citizenship between the parties. Thus, Plaintiff's claims are only actionable in this Court if they involve a federal question.

FILED 10/08/21 02:07 PM CASE NO. 09C3505 Richard R. Rooker, Clerk

The plaintiff alleges that she was coerced into signing the Purchase and Sale Agreement. (Doc. No. 1 at 6). She also asserts that James Dwight Holland and his companies breached the Purchase and Sale Agreement by failing to build her a home. (*Id.* at 3). These claims, which involve the legality of a real estate transaction, in no way give rise to a federal question that enables this Court the subject matter jurisdiction it needs to proceed.

The Plaintiff also contends that the defendants have infringed upon her right to due process. *See* Doc. No. 1 at 4 and 6. Like its counterpart in the Fifth Amendment, the Due Process Clause of the Fourteenth Amendment was intended to prevent government from abusing its power, or employing it as an instrument of oppression. DeShaney v. Winnebago Co. Dept. Of Social Services, 489 U.S. 189, 196 (1989). By its language then, the Fourteenth Amendment, which prohibits states from denying federal constitutional rights and which guarantees due process, applies to acts of the states, not to acts of private persons or entities. Rendell-Baker v. Kohn, 457 U.S. 830, 837 (1982). The defendants are private individuals and entities rather than states or persons acting under color of state law. Plaintiff's due process claims are not actionable. Therefore, the Complaint does not make factual allegations that invoke a federal question.

A district court is obliged to consider matters of jurisdiction, *sua sponte* if necessary. Hadley v. Werner, 753 F.2d 514, 516 (6th Cir.1985). Here, the Plaintiff has failed to show that her claims fall within the scope of this Court's jurisdiction. Accordingly, this action is hereby DISMISSED for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

EFILED 10/08/21 02:07 PM  CASE NO. 09C3505  Richard R. Rooker, Clerk

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

4

FILED 10/08/21 02:07 PM  CASE NO. 09C3505  Richard R. Rooker, Clerk

 Litton Loan Servicing®

4828 Loop Central Drive
Houston, Texas 77081-2226
Telephone 1-800-247-9727
Fax 713-960-9561
www.littonloan.com

# Payoff Statement

Send to:  Deborah Frierson

**Loan Number:** 16308355
Borrower Name: Deborah Frierson
Property Address: 1209 Tulip Grove Rd
Hermitage, TN 37076

Fax:(615)885-4292

PSV/INV/Pool/ 000/490/490001
Loan Type  CONV
FHA/VA/PMI# _____

STATEMENT DATE: 4/2/2007
**GOOD THROUGH DATE:4/16/2007**
**\*\*This payoff quote is not valid if the good through date is in the past.\*\***

INTEREST PAID TO DATE:02/01/2007
INTEREST RATE: 0.0775

This statement reflects the amount needed to prepay this mortgage in full. Only cashiers checks or certified funds are acceptable for final payment. Monthly mortgage payments should continue to be made in the normal manner, as the fact that the loan is in the process of being paid in full does not affect the responsibility for making scheduled payments.

Interest is collected to the date of the receipt of the payoff funds. Please allow for mailing time. Any funds received in excess of the payoff amount will be refunded 30 days after the payoff date. Excess escrow funds are refunded 15 days after the payoff date.

| | |
|---|---|
| Interest Due | $2,635.40 |
| Principal Balance | $149,492.77 |
| Total Late Charges | $95.22 |
| Corporate Advance | $29.50 |
| Total Due | $152,252.89 |

**If paid after 4/16/2007 please add if applicable**

| | |
|---|---|
| MONTHLY LATE CHARGE | $48.27 |
| PER DIEM INTEREST | $31.74 |

**GENERAL ACCOUNT INFORMATION**

| | |
|---|---|
| ESCROW BALANCE | $137.96 |

| | |
|---|---|
| P&I | $965.47 |
| MONTHLY ESCROW DEPOSIT | $108.84 |
| TOTAL MORTGAGE PAYMENT | $1,074.31 |

| ESTIMATED ESCROW DISBURSEMENTS | DUE DATE | AMOUNT |
|---|---|---|
| County Tax | 12/1/2007 | $740.32 |

Our payoff amount is subject to change in the event that any additional charges become due, which have not been included herein, or if any of the payoff figures provided herein have been inadvertently miscalculated or omitted.

1160201  *This is the only copy, my original, COMPANY COPY*

**BOOK 11177 PAGE 838** Box 5

## Deed of Trust

This Instrument was prepared by
Irma Bidgett/Associates
Hills Pkwy
ville, TN 37072

FOR AND IN CONSIDERATION of One Dollar ($1.00) to us paid, the receipt of which is hereby acknowledged, and other
considerations hereinafter mentioned, we **I, Deborah J. Frierson, a single person**

_____, have this day bargained and sold, and do hereby transfer and
convey to **E. E. Johnson
Knoxville, TN**, Trustee, and his successors in trust, certain property in the State of
Tennessee, **Davidson** County, described as follows, to wit:
"Maximum Principal Indebtedness For Tennessee Recording Tax Purposes is $132,599.57."

Certain lots, tracts or parcels of land in Davidson County, State of
Tennessee, described according to an unrecorded survey prepared by John D.
McCormick, Registered Land Surveyor, dated April 28, 1993, as follows, to wit:

Lot No. 1:

Beginning at a point in the easterly margin of Tulip Grove Road, said point
being the S.W. "Corner of the B.H. Robertson, et ux Property as of record in
Deed Book 1452, Page 111, said point being approximately 677 feet North of the
centerline of Rockwood Drive; thence No. 82 deg. 18' 58" East, a distance of
11.0 feet; thence No. 8 deg. 36' 35" East, a distance of 251.24 feet; thence
No. 12 deg. 30' 06" East a distance of 132.81 feet; thence So. 74 deg. 47' 38"
East a distance of 178.19 feet; thence No. 5 deg. 32' 31" East a distance of
175.00 feet; thence So. 84 deg. 27' 29" East a distance of 310.00 feet; thence
So. 9 deg. 57' 01" West a distance of 467.14 feet; thence So. 82 deg. 18' 58"
West a distance of 493.23 feet to a point in the easterly margin of Tulip
Grove Road; thence along the easterly margin of Tulip Grove Road along a curve
to the left with a radius of 979.93 feet, a distance of 50.00 feet to the
point of beginning and containing 5.094 acres more or less.

BEING the same property conveyed to Deborah J. Frierson, a single person, by
Quitclaim Deed from Kenneth P. Frierson and wife, Hui Cha Frierson; Roderick
W. Frierson, a single person; Robert C. Frierson and wife, Andrea D. Frierson;
and Gregory M. Frierson, a single person, dated May 15, 1993, recorded May 27,
1993, of record in Book 8962, page 35, Register's Office for Davidson County,
Tennessee.

9865 10/30 0101 03CHECK      165.18

Including also stoker, water heater, and all heating, cooling, plumbing and lighting fixtures, door and window screens, storm
windows or sashes, shades and all equipment and fixtures now or hereafter attached to or used in connection with the real
estate herein described, together with rents, issues and profits.

Unless prohibited under state law, as additional security, we hereby give to and confer upon Beneficiary the right, power,
and authority, during the continuance of these Trusts, to collect the rents, issues, and profits of said property, reserving unto
ourselves the right, prior to any default by us in payment of any indebtedness secured hereby or in performance of any
agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such
default, Beneficiary, upon giving written notification to us or our successors, etc., may either in person, by agent, or by a
receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured,
enter upon and take possession of said property or any part thereof, in his own name, sue for or otherwise collect such rents,
issues and profits, including those past due and unpaid, and apply the same, less allowable expenses of collection of such
rents, issues and profits, and the application thereof aforesaid, shall not cure or waive any default or notice of default
hereunder or invalidate any act done pursuant to such notice.

To have and to hold said property to the above named trustee, and his successors in trust, forever. We covenant that we
are lawfully seized of said property, have a good right to convey it, and that the same is unencumbered.

We further covenant and bind ourselves, our heirs and representatives, to warrant and defend the title to said property, to
the above named trustee and his successors in trust, and his assigns, forever, against the lawful claims of all persons
whomsoever.

ORIGINAL (1)
BORROWER COPY (1)
RETENTION COPY (1)

RECORDERS MEMO
LEGIBILITY OF WRITING, TYPING OR
PRINTING IN THIS DOCUMENT
UNSATISFACTORY WHEN RECEIVED



But this conveyance is made in trust for the following uses and trusts, and for no other purpose, to wit:

To secure and make certain the payment of an indebtedness evidenced by a certain loan agreement of even date herewith in the amount of One Hundred Thirty Two Thousand Five Hundred Ninety Nine and 57/100 ($132,599.57) Dollars, together with interest thereon executed by the undersigned and payable to the order of Associates Financial Services of America, Inc., hereinafter referred to as "Corporation", on or before ____11/05/2028____.

Said loan agreement further provides that should default be made in the payment of any installment when due, at the option of the holder, such default shall render the entire loan agreement due and payable, whether due according to its face or not. Said loan agreement contains other provisions and agreements, all of which are made a part of this instrument and reference is here made to said loan agreement for its full contents, provisions and agreements. Said loan agreement provides that if resort to levis had to enforce payment or protect the security herein conveyed, the maker or makers thereof will pay all the costs of necessary litigation, together with a reasonable attorney's fees.

The loan agreement also secures any other indebtedness of whatever kind or character that may be or anytime hereafter be owing by any one or all of the undersigned to the Corporation.

If the above described indebtedness, or any other indebtedness secured hereunder, is further secured by a lien or other property, real, personal or mixed, the holder hereof shall not be compelled to exhaust such other security before requesting that the trustee proceed hereunder. If the property described above is described in separate tracts or parcels, the trustee may sell each tract or parcel separately or in groups of tracts or parcels, at successive sales, or sell said property altogether.

Now if the Grantor shall pay the sums aforesaid when due, according to the terms of said loan agreement, and otherwise performs all other provisions of this instrument promptly when due, then this instrument is to be of no further force or effect. But if the Grantor fails or defaults in the payment of any installment under the said loan agreement, or in the performance of any other covenant or provision of this instrument or any other instruments securing the debt or any part thereof, when the same is payable or the time of performance has arrived, as herein provided, or in the performance of any covenant or provision of any prior lien or the payment of any sum required thereunder, or if all or part of the said property is sold or transferred by the Grantor without the said Corporation's prior written consent, then the entire unpaid balance due together with interest and secured hereunder, shall, without notice, at the option of the said Corporation, its successors and assigns, become immediately due and payable, whether due according to its face or not, and this conveyance shall remain in full force and effect and the said trustee or his successors in trust are hereby authorized and empowered, after first advertising for 21 days by three weekly notices, giving the time, place and terms of sale, in some newspaper published in the county wherein the property is located, to sell said property at public outcry to the highest bidder for cash and free from the equity of redemption, homestead, dower and all other exemptions of every kind, all of which are hereby expressly waived, and the said trustee and his successors in trust are authorized to make a deed to the purchaser. Grantor expressly waives the statutory right of redemption under T.C.A. Sec. 66-8-101 in connection with any such sale. The Corporation or the lawful owner and holder of said indebtedness may bid at any sale under this conveyance. Any failure of Corporation, its successors or assigns, to exercise the foregoing option at any time shall not constitute a waiver of such right to later exercise such option, same being a continuing one. It is agreed that said trustee, or his successor, may at any time after any default hereunder, enter and take possession of said property and shall only account for net rents received by him.

Grantor warrants and covenants that all payments, conditions and provisions made and provided for in any other lien, if any, which is superior, or prior to the one created herein, shall be performed promptly when due; and if Grantor suffers or permits default in any other such lien, then the holder of the indebtedness secured hereunder may, at its option, immediately declare the indebtedness secured hereunder, due and payable, whether due according to its face or not, and commence foreclosure proceedings. If default be made under any prior lien, the holder hereof may purchase or pay in full said prior lien or may, as respects said prior lien, cure, in any manner permitted by the prior holder, said default, and all sums so expended by the holder hereof shall be secured hereunder or under said prior lien; provided, however, such action by the holder hereof shall not be construed, for the purpose of this instrument, as satisfying the default of the Grantor hereunder or thereunder.

The said Grantor agrees to pay all taxes and assessments levied on the within described property when the same becomes due and payable, and promptly deliver the official receipts therefor to the Corporation or a certificate signed by each taxing official to whom any said taxes or assessments shall be payable, that all such taxes and assessments due to be paid such official have been paid for the current year.

Grantor will keep the improvements now existing or hereinafter erected on the premises insured against loss or damage by fire and other hazards and perils included within the scope of a standard extended coverage endorsement, and such other hazards as Beneficiary may require, in such amounts and for such periods as Beneficiary may require, and in an insurance company or insurance companies acceptable to Beneficiary. All insurance policies and renewals shall designate Beneficiary as loss payee and shall be in a form acceptable to Beneficiary. Grantor hereby confers full power on Beneficiary to settle and compromise all loss claims on all such policies; to demand, receive, and receipt for all proceeds becoming payable thereunder; and, at Beneficiary's option, to apply same toward either the restoration or repair of the premises or the payment of the note. Any application of such proceeds toward payment of the note shall not extend or postpone the due date of monthly installments due under the note.

If Grantor fails to perform the covenants and agreements contained in this Deed of Trust, including, without limitation, covenants to pay taxes, procure insurance, and protect against prior liens, Beneficiary may at its option, but shall not be required to, disburse such sums and take such actions necessary to pay such taxes, procure such insurance, or otherwise to protect Beneficiary's interest. Any amount disbursed by Beneficiary hereunder shall be an additional obligation of Grantor secured by this Deed of Trust. Unless Grantor and Beneficiary agree otherwise, all such amounts shall be payable immediately by Grantor upon notice from Beneficiary to Grantor, and may bear interest from the date of disbursement by Beneficiary at the lesser of the rate stated in the note or the highest rate permissible by applicable law. Nothing contained in this paragraph shall require Beneficiary to incur any expense or take any action whatsoever.

Said grantor further agrees to pay on demand to the Corporation or the Corporation may, at its option, add to the balance then due any sums advanced or paid by the Corporation for reasonable attorney's fees, including any court cost incurred in prosecuting, defending, or intervening in any legal or equitable proceedings wherein any of the rights created by this Deed of Trust are, in the sole judgment of the Corporation, jeopardized or in issue.

In case of sale under this Deed of Trust, the proceeds will be applied by the trustee:

(1) To pay all the costs and charges of executing this trust, including attorney's fees and the expense of any litigation which may arise on account of the execution and enforcement of this trust.

(2) To all indebtedness remaining unpaid and secured hereunder.

(3) The residue to be paid to the Grantor or Grantors or his or their assigns or order.

BOOK **11177** PAGE **840**

In the event the ownership of the premises hereby conveyed, or any part thereof, becomes vested in a person other than the Grantor, the Corporation, its successors and assigns, may, without notice to the Grantor, deal with such successor or successors in interest with reference to this instrument and the debt hereby secured, in the same manner as with the Grantor without in any way vitiating or discharging the Grantor's liability hereunder or upon the debt hereby secured. No sale of the premises hereby conveyed and no forbearance on the part of the Corporation or its assigns and no extension of the time for the payment of the debt hereby secured shall operate to release, discharge, modify, change, or effect the original liability of the Grantor herein either in whole or in part.

In the event the premises or any part thereof are taken under the power of eminent domain, the entire award shall be paid to the Corporation and applied upon the debt, and the Corporation is hereby empowered in the name of the Grantor or the Grantor's assigns to receive and give acquittance for any such award or judgment, whether it be joint or several.

It is further specifically agreed that time is of the essence of this contract and that no waiver of any obligation hereunder or of the obligation secured hereby shall at any time hereafter be held to be a waiver of the terms hereof, or of any of the instruments secured hereby.

Should the trustee herein named be unable to execute the foregoing trust because of death, disability, or resignation, or any other cause, the Corporation is hereby authorized at its option to appoint in writing, a substitute trustee to act instead of the trustee named herein, and to appoint other substitute trustees successively, during the life of this loan, and such trustee shall each and all succeed to all the rights and powers of the first trustee named herein.

In the event of a sale of said property under and by virtue of this trust, the said Grantor or Grantors and all persons holding under him or them shall be and become the tenants at will of the purchaser of the same, from and after the execution and delivery of a deed to such purchaser, said tenancy to be terminated at the option of said purchaser without notice.

It is further agreed by said Grantor or Grantors that said trustee, or his successors, may execute the power of sale herein and other powers and rights without giving bond or taking oath.

If more than one joins in the execution hereof as Grantor, or may be of the feminine sex, the pronouns and relative words herein used shall be read as if written in plural or feminine, respectively.

The covenants herein contained shall bind and the benefits and advantages inure to the respective heirs, successors and assigns of the parties hereto.

IN WITNESS WHEREOF, we have hereunto signed our names this ___27th___ day of ___October, 1998___

_Deborah J. Frierson_
Deborah J. Frierson

STATE OF TENNESSEE,

___Davidson___ COUNTY

Personally appeared before me, ___the undersigned___, a Notary Public, in and for said County and State, the within named ___Deborah J. Frierson, a single person___

the bargainor _____, with whom I am personally acquainted, and who acknowledge that ___she___ executed the within instrument for the purposes therein contained.

Witness my hand and official seal at ___Goodlettsville___, Tennessee, this ___27th___ day of ___October, 1998___

_Linda W. Midgett_
Notary Public

Commission Expires: ___11-24-2001___

ORIGINAL (1)
BORROWER COPY (1)
RETENTION COPY (1)



August 27, 2010

Registered Patent Attorneys

Mark J. Patterson
Tre Waddey, Jr.
Edward D. Lanquist, Jr.
Burton Wayne Beavers
James R. Cartiglia
John R. Wiggs
Emily A. Shouse
Jill Jan C. Walker
W. Patrick Freeman, Jr.
Ryan D. Levy
Bryan J. Monette
Rebecca M. Bennett
Matthew C. Cox

Brad C. Key, Jr.

Grant D. Amos
Attorney

**VIA EMAIL**: deborahfrierson@hotmail.com

Ms. Deborah Frierson
1209 Tulip Grove Road
Hermitage, TN 37076

RE:   **ENGAGEMENT OF WADDEY & PATTERSON FOR LEGAL SERVICES**

  **OUR DOCKET NO.: 004395**

Dear Ms. Frierson:

This will confirm and thank you for your decision to retain Waddey & Patterson to perform legal services for you. Specifically, you have asked us to prepare a patent application on your invention, preliminarily entitled Foot Support for Spinal Injury Patients.

In order to receive a patent under U.S. law, an invention must be useful, novel, and not obvious. In our opinion, your invention is useful. While your invention is likely to be considered to be novel, the issue of obviousness is more difficult to address because it requires, in essence, the application of hindsight to the inventive process. In determining whether the invention is obvious under the law, the prior art must be identified and the differences between the invention and the prior art determined. Then these differences must be considered to determine whether they would have been obvious to someone skilled in the field. Because we have not done a patentability search on your invention, we have no way of knowing if there is any prior art that might be pertinent to the issues of novelty and obviousness.



Registered Patent Attorneys

Mark J. Patterson
I.C. Waddey, Jr.
Edward D. Lanquist, Jr.
Lucian Wayne Beavers
James R. Cartiglia
John F. Triggs
Emily A. Shouse
Phillip E. Walker
R. Parrish Freeman, Jr.
Ryan D. Levy
Gary L. Montle
Rebecca M. Barnett
Matthew C. Cox

Paul C. Ney, Jr. *

*Not A Registered Patent
Attorney

November 3, 2010                          CONFIDENTIAL

**VIA MAIL**

Ms. Deborah Frierson
1209 Tulip Grove Road
Hermitage, TN  37076

RE:   TRANSMITTAL OF DRAFT PATENT APPLICATION FOR
      "TOE-CURL PREVENTION DEVICE AND METHODS"

      OUR DOCKET NO.: 004395

Dear Ms. Frierson:

Please find enclosed a draft patent application for your invention of a
"TOE-CURL PREVENTION DEVICE AND METHODS."  Please
review the draft patent application carefully, paying particular
attention to the Claims.  If you feel that anything should be added to
the application, or if you feel any information in the draft application
should be removed or amended, please bring that to our attention as
soon as possible.

Also enclosed is a draft of the informal figures for the patent
application.  As we discussed, our draftsman will prepare the formal
patent drawings based on these informal figures once you have
approved the application.  The draftsman usually takes 2-3 weeks to
finish the formal drawings.  After we have received the formal
drawings, I will file your patent application electronically with the
USPTO.

Also, please continue to avoid any public use, public sale or public offers for sale of this invention until the filing date of this application. If you have engaged in any of these activities, please provide us with this information in writing as soon as possible.

Finally, please note that this patent application <u>has not been filed at this time</u>, and you should not mark your product "patent pending" or "patent applied for" until after the filing date. I will advise you when it is safe to mark your product as patent pending after the application has been filed.

I am also sending a copy of this patent application to your email address at "deborahfrierson@hotmail.com".

Please do not hesitate to contact me if you have any questions or concerns.

Thank you again for this opportunity to be of service.

Best regards,

**WADDEY & PATTERSON**

Matthew Cox
Waddey & Patterson, P.C.
Roundabout Plaza
1600 Division Street
Suite 500
Ph. 615.242.2400
Fax 615.242.2221
mcc@iplawgroup.com

mcc/enclosure

DE3378-0302 07/28/2023 10:02 AM Received by Tennessee Secretary of State Tre Hargett



USPS TRACKING #

9590 9402 4527 8278 1066 20

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DEBORAH J. FRIERSON
8305 Caroline Lane
Hermitage, TN 37076



## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO Phillippe
Executive Vice President
Meritage Home Corporation
8 900 E. Pinn-tree Dr, Ste 200
Scottsdale AZ 852260

9590 9402 4527 8278 1066 20

2. Article Number (Transfer from service label)
7021 1970 0001 9336 5831

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Josh Smith   4/19/22

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage
Total Postage and Fees

7021 1970 0001 9336 5824

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Certified Mail Fee   $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage   $3.75
Total Postage and Fees

Sent To CEO Phillippe Lord, Executive VP
Meritage Homes Corp
8 900 E Pinn tree Dr
Scottsdale AZ 85260

7021 1970 0001 9336 5831

MAXIMUM PRINCIPAL INDEBTEDNESS FOR
TENNESSEE RECORDING TAX PURPOSE IS $ 0

*This MAN has made*
*8 M + of my life*
*Estate, I lost!!!*
*due this Fraud*
*and illegal activity*

THIS INSTRUMENT PREPARED BY:
Rochelle, McCulloch & Aulds, P.L.L.C.
109 North Castle Heights Avenue
Lebanon, TN 37087
11-0092
#4000449689

Space for Recorder's stamp

BILL GARRETT, Davidson County
Trans: T20110011114 DOTASSN
Recvd: 02/23/11 13:23   1 pgs
Fees:12.00 Taxes:0.00

20110223-0014902

## ASSIGNMENT

For value received, the undersigned, WILSON BANK & TRUST, a corporation organized and existing under the laws of the State of Tennessee, does hereby GRANT, BARGAIN, SELL, CONVEY, ASSIGN AND DELIVER unto ALAN R. WISE, his heirs and assigns, that certain Deed of Trust executed by H. GROUP, LLC, a Tennessee limited liability company, to Randall Clemons, Trustee, in the original principal sum of $709,200.00 dated April 4, 2007, and recorded in Instrument No. 20070411-0043081, in the Register's Office for DAVIDSON County, Tennessee, said Register's Office, together with the debt thereby secured and the note therein described and all interest of the undersigned in and to the land and property conveyed by said deed of trust.

TO HAVE AND TO HOLD unto the said ALAN R. WISE, his heirs and assigns forever.

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE.

IN WITNESS WHEREOF, the said WILSON BANK & TRUST has caused this instrument to be executed in its name by its duly authorized officer, this the 15 day of February, 2011.

WILSON BANK & TRUST

BY: _____
GARY WHITAKER
Executive Vice-President

STATE OF TENNESSEE
COUNTY OF WILSON

Personally appeared before me, the undersigned authority, a notary public in and for the state and county aforesaid, GARY WHITAKER, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), who acknowledged that he is Executive Vice-President of WILSON BANK & TRUST, the within-named bargainor, and as such authorized officer, being given the authority to so do, executed the within instrument on behalf of the corporation by signing its name as such authorized officer.

WITNESS my hand and official seal at office, this 15 day of February, 2011.



NOTARY PUBLIC

My commission expires: 10/16/11

GARY S. GILL
STATE OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF WILSON

*ALL the property 30 acres*

**STATE OF TENNESSEE** )
**COUNTY OF WILSON** )

Personally appeared before me, the undersigned authority, a notary public in and for the state and county aforesaid, **GARY WHITAKER**, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), who acknowledged himself to be the Executive Vice-President of Wilson Bank & Trust, the within named bargainor, and as such authorized officer, being given the authority to so do, executed the within instrument on behalf of the corporation by signing his name as such authorized officer.

WITNESS my hand and official seal at office, this the 16th day of November, 2010.

Kelly M Clemmons
Notary Public
My Commission Expires: 04/02/11

THIS INSTRUMENT PREPARED BY:
Rochelle, McCulloch & Aulds, P.L.L.C.
109 North Castle Heights Avenue
Lebanon, TN 37087
11-0092
#10172780

Space for Recorder's stamp

BILL GARRETT, Davidson County
Trans: T20110911114.DOTSSN
Recvd: 02/23/11 13:23... 1 pgs
Fees:12.00 Taxes:0.00

20110223-0014904

## ASSIGNMENT

For value received, the undersigned, WILSON BANK & TRUST, a corporation organized and existing under the laws of the State of Tennessee, does hereby GRANT, BARGAIN, SELL, CONVEY, ASSIGN AND DELIVER unto ALAN R. WISE, his heirs and assigns, that certain Deed of Trust executed by H. GROUP, LLC, a Tennessee limited liability company, to Randall Clemons, Trustee, in the original principal sum of $400,000.00 dated August 3, 2007, and recorded in Instrument No. 20070807-0093794, in the Register's Office for DAVIDSON County, Tennessee, said Register's Office, together with the debt thereby secured and the note therein described and all interest of the undersigned in and to the land and property conveyed by said deed of trust.

TO HAVE AND TO HOLD unto the said ALAN R. WISE, his heirs and assigns forever.

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE.

IN WITNESS WHEREOF, the said WILSON BANK & TRUST has caused this instrument to be executed in its name by its duly authorized officer, this the 15 day of February, 2011.

WILSON BANK & TRUST

BY: _____
GARY WHITAKER
Executive Vice-President

STATE OF TENNESSEE
COUNTY OF WILSON

Personally appeared before me, the undersigned authority, a notary public in and for the state and county aforesaid, GARY WHITAKER, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), who acknowledged that he is Executive Vice-President of WILSON BANK & TRUST, the within-named bargainor, and as such authorized officer, being given the authority to so do, executed the within instrument on behalf of the corporation by signing its name as such authorized officer.

WITNESS my hand and official seal at office, this 15 day of February, 2011.

My commission expires: 10/14/11

_____
NOTARY PUBLIC

[handwritten right margin:]
I over looked document, Not realizing Allan R. Wise was conveyed the property by Dwight Holland 8-3-2007 That was about 6 mos after my sons accident, this was the plan along, to scam I feel like I am in a Madoff scam scam with alot a paper trail I have everything from 11-2-2006



Type of Loan

| 1.☐ FHA | 2.☐ RHS | 3.☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4.☐ VA | 5.☐ Conv. Ins. | | 11-0092 | 40000489478 & 10233119 | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| ALAN R. WISE<br>321 BOURNEMOUTH LANE<br>HERMITAGE, TN 37076 | WILSON BANK & TRUST<br>623 WEST MAIN STREET<br>LEBANON, TN 37087 | WILSON BANK & TRUST<br>623 WEST MAIN STREET<br>LEBANON, TN 37087 |

G. Property Location

COMMERCIAL LOAN TO PURCHASE 6 PROMISSORY NOTES
(H GROUP/HERMITAGE DEVELOPERS) COLLATERAL ASSGNMT

H. Settlement Agent
Rochelle, McCulloch & Aulds, PLLC
ph: (615) 444-1433

Place of Settlement
109 North Castle Heights Avenue
Lebanon, TN 37087

I. Settlement Date
02/15/11

DD: 02/15/11

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 3,135,000.00 | 401. Contract sales price | 3,135,00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,628.13 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 3,138,628.13 | **420. GROSS AMOUNT DUE TO SELLER** | 3,135,00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 247,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 1,900,000.00 | 502. Settlement charges to seller (line 1400) | Also |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. 2ND LOAN #10233119<br>WILSON BANK & TRUST | 921,500.00 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. PROCEEDS FROM LOAN #40000489461 | 66,500.00 | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |

# HUD 1 SETTLEMENT STATEMENT ADDENDUM

I have carefully reviewed the HUD 1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD 1 Settlement Statement.

_Alan R Wise_
_____          WILSON BANK & TRUST
ALAN R. WISE                    Borrower
                                          _____
                                          GARY WHITAKER, Exec. Vice-President    Seller

_____
                                Borrower  _____
                                                                               Seller

_____
                                Borrower  _____
                                                                               Seller

_____
                                Borrower  _____
                                                                               Seller

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and correct account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Rochelle, McCulloch & Aulds, P.L.L.C.

_____
CLOSING AGENT

DATE: _____February 15th, 2011_____

WARNING: It is a crime to knowingly make false s
this or any other similar form
the United States on

## WARRANTY DEED

STATE OF TENNESSEE
COUNTY OF ~~Williamson~~

THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $4,982,785.00.

_Donn Vass_
**Affiant**

SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE ~~29TH DAY OF DECEMBER, 2020,~~ 5th day of January, 2021.

_Notary Public_

MY COMMISSION EXPIRES: _____ 10/3/21 _____
(AFFIX SEAL)

*(Notary Seal: JENNIFER D. STACEY — STATE OF TENNESSEE NOTARY PUBLIC — WILLIAMSON COUNTY)*

Karen Johnson    Davidson County
Batch# 547850            DEEDWARR
01/06/2021 09:46:20 AM         5 pgs
Fees:$28.00  Taxes:$18,436.30



20210106-0002300

### THIS INSTRUMENT WAS PREPARED BY
Southland Law Group, PLLC
7101 Executive Center Dr., Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNER AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NO.(S) |
|---|---|---|
| Meritage Homes of Tennessee, Inc. 5217 Maryland Way #222 Brentwood, Tennessee 37027 | New Owner | Map 86, Parcel 327.00; Map 86, Parcel 113.00; Map 86, Parcel 348.00; Map 87, Parcel 195.00; Map 87, Parcel 25.00 |



For and in consideration of the sum of Ten AND NO/100 Dollars ($10.00), cash in hand, paid by the hereinafter named Grantee, and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, The Lux Development Group, LLC, a Tennessee limited liability company, hereinafter called the Grantor, has bargained and sold, and by these presents does hereby transfer and convey unto Meritage Homes of Tennessee, Inc., an Arizona corporation, hereinafter called Grantee, its successors and assigns, that certain tract or parcel of land in Davidson County, TENNESSEE, described as follows, to-wit:

Parcel No. 087-00-0-195.00:



A tract of land, being the Northeasterly part of the Kenneth Frierson, et al Property recorded in Deed Book 9511, Page 178, Situated in the 12th Councilmanic District of Davidson County, Tennessee and described according to an unrecorded Survey by John D. McCormick RLS#674 dated December 31, 2001:

BEGINNING at a fence corner post, said point being in the Easterly Property line of Harold Ewin recorded in Deed Book 5311, Page 98, RODCT and being the Southwest corner of Farmingham Wood Subdivision and being the Northwest corner of the Property herein described, thence along the Southerly boundary of Farmingham Wood Subdivision S 86° 43' 58"E., a distance of 779.83 feet to a new iron rod, thence along the Westerly margin of Now Hope Estate S 5° 17'54" W., a distance of 614.50 feet to a new iron rod, thence N. 86° 42'35" W., a distance of 770.00 feet to a new iron rod at a metal fence post, thence N. 2°

46'55" E., a distance of 372.01 feet to a point in the center line of Dry Fork Creek; thence N. 6° 51' 49" E., a distance of 242.28 feet to a point of beginning and containing 11.00 acres more or less.

AND

Parcel No. 087-00-0-025.00:

Property located in the 12th Councilmanic District of Davidson County, Tennessee and being more particularly described according to a boundary survey prepared by Wamble and Associates, PLLC dated January 08, 2007 as follows:

Beginning at an iron rod (new) on the Southern margin of Forest Ridge Drive (50 feet right-of-way)- said iron rod (new) located South 83 degrees 14 minutes 02 seconds East, 118.77 feet from the Southwest corner of Lot 215, as shown on the final Plat of revised Section 10 Valley Grove, as of record in Plat Book 6200, Page 26, Register's Office of Davidson County, Tennessee Thence, following said Southern margin of Forest Ridge Drive South 59 degrees 11 minutes 43 seconds East, 132.21 feet to an iron rod (new), said iron rod (new) being the Northwest corner of Lot 183, of said revised Section 10 Valley Grove and the Northeast corner of the property herein described; Thence, leaving said Southern margin of Forest Ridge Drive and following the Western boundary of said Lot 183 of revised Section 10, Valley Grove South 30 degrees 48 minutes 17 seconds West, 25.00 feet to an iron rod (new); Thence, along a curve to the right having a radius of 356.07 feet a central angle of 17 degrees 13 minutes 10 seconds, an arc length of 107.01 feet, a chord bearing and distance of South 39 degrees 24 minutes 44 seconds West, 106.61 feet and a tangent of 53.91 feet to an iron rod (new), said iron rod (new) being the Southwest corner of said Lot 183 of revised Section 10, Valley Grove; Thence, leaving said Western boundary of Lot 183 of revised Section 10, Valley Grove and following the Southern boundary of said Lot 183 of revised Section 10, Valley Grove South 41 degrees 58 minutes 40 seconds East, 93.08 feet to an iron rod (new) on the Western boundary of Lot 180, as shown on Section 8 Valley Grove, as of record in Plat Book 5200, Page 606, Register's Office of Davidson County, Tennessee, said iron rod (new) being the Southeast corner of said Lot 183 of said revised Section 10, Valley Grove; Thence, leaving said Southern boundary of Lot 183 of revised Section 10, Valley Grove and following said Western boundary of Section 8, Valley Grove South 37 degrees 44 minutes 11 seconds West, 49.30 feet to an iron rod (new), said iron rod (new) being the Southwest corner of said Lot 180 of Section 8, Valley Grove and the Northwest corner of Lot 179 of said Section 8, Valley Grove; Thence, South 20 degrees 33 minutes 26 seconds West, 165.08 feet to an iron rod (new), said iron rod (new) being the Southwest corner of Lot 178 of said Section 8, Valley Grove. The Northwest corner of Lot 177 of said Section 8, Valley Grove and the Southeast corner of the property herein described; Thence, leaving said Western boundary of Section 8, Valley Grove and following the Northern boundary of said Sections, Valley Grove and continuing with the Northern boundary of Section 7, Valley Grove, .45 of record in Plat Book 5800, Page 246, Register's Office of Davidson County, Tennessee and the Northern boundary of Section 6, Valley Grove, as of record in Plat Book 5200, Page 583, Register's Office of Davidson County, Tennessee South 81 degrees 44 minutes 28 seconds West 53.46 feet to an iron rod (new), said iron rod (new) being the Southwest corner of said Lot 177 of Sections, Valley Grove, the Northwest corner of Lot 107 of said Section 8, Valley Grove and the Northeast corner of Lot 106 of said Sections, Valley Grove; Thence, South 79 degrees 21 minutes 17 seconds West, 83.49 feet to an iron rod (old), said iron rod (old) being the Northwest corner of said Lot I 06 of Sections, Valley Grove and the Northeast corner of Lot 105 of said Section 7, Valley Grove; Thence, North 86 degrees 49 minutes 29 seconds West 81.39 feet to an iron rod (old), said iron rod (old) being the Northwest corner of said Lot I 05 of Section 7, Valley Grove and the Northeast corner of Lot 104 of said Section 7, Valley Grove; Thence, South 68 degrees 40 minutes 38 seconds West 159.94 feet to an iron rod (new), said iron rod (new) being the Northwest corner of Lot 103 of said Section 7, Valley Grove and the Northeast corner of Lot 102 of said Section 7, Valley Grove; Thence, South 63 degrees 18 minutes 36 seconds West 214.26 feet to an iron rod (new) on the Northern boundary of Lot 99 of said Sections, Valley Grove; Thence, South 72 degrees 21 minutes 35 seconds West I 15.35 feet to an iron rod (new), said iron rod (new) being the Northwest corner of Lot 98 of said Section 6, Valley Grove; Thence, North 66 degrees 40 minutes 15 seconds West 184.38 feet to an iron rod (new), said iron rod (new) being the Northwest corner of Lot 94 of said Section 6, Valley Grove and the Northeast corner of Lot 93 of said Section 6, Valley Grove; Thence, North 73 degrees 20 minutes 10 seconds West, 77.57 feet to an iron rod

(new), said iron rod (new) being the Northwest corner of said Lot 93 of Section 6, Valley Grove and the Northeast corner of Lot 92 of said Section 6 Valley Grove; Thence, North 79 degrees 47 minutes 24 seconds West, 65.17 feet to an iron rod (new). said iron rod (new) being the Northwest corner of said Lot 92 of Section 6, Valley Grove and the Northeast corner of Lot 91 of said Section 6, Valley Grove; Thence North 69 degrees 06 minutes 04 seconds West, 118.51 feet to an iron rod (new), said iron rod (new) being the Northwest corner of Lot 90 of said Section 6, Valley Grove and the Northeast corner of Lot 89 of said Section 6, Valley Grove; Thence, North 82 degrees 50 minutes 33 seconds West, 91.77 feet to an iron rod (old) on the Eastern boundary of the Deborah Frierson Property, as of record in Instrument Number 20050426-0046179, Register's Office of Davidson County, Tennessee. said iron rod (old) being the Northwest corner of said Lot 89 of Section 6, Valley Grove and the Southwest corner of the property herein described; Thence, leaving said Northern boundary of Section 6, Valley Grove and following said Eastern boundary of the Deborah Frierson Property and continuing along an Eastern boundary of the Deborah J. Frierson Property, as of record in Deed Book 9511, Page 178, Register's Office Davidson County, Tennessee North 07 degrees 23 minutes 15 seconds East, 614.27 feet to a point said point being the Northwest corner of the property herein described; Thence leaving said Eastern boundary of the Deborah J. Frierson Property and following a Southern boundary of said Deborah J. Frierson South 83 degrees 20 minutes 40 seconds East, 1,097.78 feet to the point of beginning.

Containing 702,402 square feet or 16.12 acres

AND

Parcel No. 086-00-0-348.00:

Land in Davidson County, Tennessee, described according to an unrecorded survey prepared by John D. McCormick, Registered Land Surveyor, dated April 28, 1993, as follows, to-wit:

Beginning at a point in the easterly margin of Tulip Grove Road, said point being the SW corner of the G.H. Robertson, etux Property as of record in Deed Book 1452, Page 111, said point being approximately 677 feet North of the centerline of Rockwood Drive; thence No. 82 deg. 18' 58" East, a distance of 11.0 feet; thence No. 8 deg. 36'35" East, a distance of 251.24 feet; thence No. 12 deg. 30' 06" East a distance of 132.01 feet; thence So. 74 deg. 47' 38 East a distance of 178.l0 feet; thence No. 5 deg. 32' 31" East a distance of 175.00 feet; thence So. 84 deg. 27' 39" East a distance of 310.00 feet; thence So. 9 deg. 57' 01" West a distance of 467.14 feet, thence So. 82 deg. 18' 58" West a distance of 493.23 feet to a point in the easterly margin of Tulip Grove Road; thence along the easterly margin of Tulip Grove Road along a curve to the left with a radius of 979.93 feet, a distance of 50.00 feet to the point of beginning and containing 5.094 acres more or less.

INCLUDED in the above, but specifically excluded therefrom is that portion of the property described in the Quitclaim Deed of record as Instrument No.20030103-0001112, Register's Office for Davidson County, Tennessee.

AND

Parcel No. 086-00-0-327.00:

Land in Davidson County, Tennessee, described according to an unrecorded Survey prepared by John D. McCormick, Registered Land Surveyor, dated April 28, 1.993, as follows, to-wit:

Beginning at a point in the easterly margin of Tulip Grove Road, said point being the NW corner of the Dewey T. Hockett Property as of record in Deed Book 3949, Page 689, and being the Southwest corner of the property herein described, said point being approximately 507 feet North of centerline of Rockwood Drive; thence along the easterly margin of Tulip Grove Road; in a northerly direction along a curve to the left with a radius of 979.93 feet a distance 120.36 feet; thence leaving Tulip Grove Road in a direction of No. 82 deg. 18' 58" East a distance of 493.23 feet; thence No. 9 deg. 57' 01" East a distance of 310.00 feet, thence So. 80 deg. 02' 59" East a distance of 332.07 feet to a point in a fence line; thence along

fence line So. 5 deg. 12' 39" West a distance of 501.89 feet to a corner post, thence No. 85 deg. 25' 45" West a distance of 824.22 feet along a fence line to a point of beginning and containing 6.031 acres more or less.

AND

Parcel No. 086-00-0-113.00:

TRACT NO. 1:

BEING 42 acres of land, the same property conveyed to Laura Evans by deed from William Wilson and others, of record in Book 723, Page 756, Office of the Register for Davidson County, Tennessee; the full legal description contained in said Deed is incorporated herein by reference. The property was devised to Mexie Frierson, the Grantor herein, by the Will of Laura Evans, of record in Will Book 51, Page 433, Office of the Probate Clerk for Davidson County, Tennessee.

TRACT NO. 2:

BEING 14 acres of land, the same property conveyed to Mexie Wilson Frierson by deed from William Wilson and others, of record in Book 723, Page 758, Office of the Register for Davidson County, TelU1essee the full legal description contained in the said deed is incorporated herein by reference.

INCLUDED in the description above, but excluded from this conveyance is that portion of the heretofore described real property previously conveyed to Deborah .Y. Frierson from Kenneth P. Frierson, et al, by Quitclaim Deed of record in Book 8962, Page 35, Register's Office for Davidson County, Tennessee.

INCLUDED in the above, but specifically excluded therefrom is that portion of the property described in Deed Book 8962, page 35, and as Instrument No. 20020724-0088959, Register's Office for Davidson County, Tennessee.

Being a part of the same property conveyed to Wise Group, Inc. by Substitute Trustees Deed dated 05/19/2011 from Gregory S. Gill, Substitute Trustee of record in Instrument 201105230039459, Register's, Office for Davidson County, Tennessee and further conveyed to The Lux Development Group, LLC, by quitclaim deed of record in Instrument No. 20180928-0096542, said Register's Office.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is unimproved ☒ improved ☐ property known as: 1209 & 1213 Tulip Grove Road, 4872 Myra Drive and Valley Grove Drive, Hermitage, TN 37076 . ,✔



TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEE, its successors and assigns forever; and it does covenant with the said GRANTEE that it is lawfully seized and possessed of said land in fee simple, has a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind itself, its successors and representatives, to warrant and forever defend the title to the said land to the said GRANTEE, its successors nd assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

1209 + 1213 doesn't have anything to do with 4872 Myra Dr
5.09 + 6.0 only connected to Valley Grove
1209 Tulip Grove Rd., was ~~improved~~ improved land with
a house, DBA 5.094 acres, my Father built!!!

Witness my/our hand(s) this the 29 day of December, 2020.

The Lux Development Group, LLC

BY: _Alan Wise  Chief Manager_

Alan Wise, Chief Manager

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Alan Wise with whom I am personally aquainted (or proved to me on the basis of satisfactory evidence) and who upon his oath acknowledged himself to be the Chief Manager of The Lux Development Group, LLC , the within named bargainor, a limited liability company, and that he as such Chief Manager being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the limited liability company by the said Alan Wise as such Chief Manager.

Witness my hand and official seal, this the 29 day of December, 2020.

_Jennifer Stacey_
Notary Public
My Commission Expires: 10/3/21

[Notary seal: JENNIFER D. STACEY — STATE OF TENNESSEE — NOTARY PUBLIC — WILLIAMSON COUNTY]



**FinancialSuite**™
Powered by CRS Data

*Fraud at it best* [handwritten]



Wednesday, August 03, 2022

**LOCATION**

| | |
|---|---|
| Property Address | 1209 Tulip Grove Rd<br>Hermitage, TN 37076-2632 |
| Subdivision | |
| County | Davidson County, TN |

**PROPERTY SUMMARY**

| | |
|---|---|
| Property Type | Residential |
| Land Use | Single Family Dwelling |
| Improvement Type | Single Family |
| Square Feet | 1,677 |

**GENERAL PARCEL INFORMATION**

| | |
|---|---|
| Parcel ID/Tax ID | 086-00-0-348.00 |
| Alternate Parcel ID | |
| Account Number | |
| District/Ward | GSD |
| Opportunity Zones | No |
| 2010 Census Trct/Blk | 156.22/3 |
| Assessor Roll Year | 2021 |

*This man Wise has made Allan off the BMX title [handwritten]*

*Allan Wise + title Co, established 10-20-20 [handwritten]*

**CURRENT OWNER**

| | |
|---|---|
| Name | Meritage Homes Tennessee Inc |
| Mailing Address | 5217 Maryland Way Ste 222<br>Brentwood, TN 37027-5009 |

**SALES HISTORY THROUGH 07/22/2022**

| Date | Amount | Buyer/Owners | Seller | Instrument | No. Parcels | Book/Page Or Document# |
|---|---|---|---|---|---|---|
| 12/29/2020 | $4,982,785 | Meritage Homes Tennessee Inc | | Warranty Deed | | 202101080003200 |
| 9/25/2018 | | Lux Development Group LLC *Never had the original quit claim Deed Fraud* | | Quit Claim Deed | 5 | 201809280096542 |
| 5/19/2011 | $500,000 | Wise Group Inc *I have had original quit claim deed and surveyor* | H Gp LLC | Trustee's/Substitute Trustee's Deed | 5 | 2011052300394953 |
| 4/3/2007 | $115,420 | H Group LLC | Frierson Deborah J | Warranty Deed | | 200704110043078 |
| 5/15/1993 | | Frierson Deborah J *I am the only one who has the Original quit claim + deed and surveyor* | | Warranty Deed | 2 | 8962/35 |

**TAX ASSESSMENT**

| Appraisal | Amount | Assessment | Amount | Jurisdiction | Rate |
|---|---|---|---|---|---|
| Appraisal Year | 2021 | Assessment Year | 2021 | | |
| Appraised Land | $300,000 | Assessed Land | $75,000 | General Services District | 2.953 |
| Appraised Improvements | $89,900 | Assessed Improvements | $22,475 | | |
| Total Tax Appraisal | $389,900 | Total Assessment | $97,475 | | |
| | | Exempt Amount | | | |
| | | Exempt Reason | | | |

**TAXES**

| Tax Year | City Taxes | County Taxes | Total Taxes |
|---|---|---|---|
| 2021 | | $2,878.44 | $2,878.44 |
| 2020 | | $2,853.31 | $2,853.31 |
| 2019 | | $2,075.20 | $2,075.20 |
| 2018 | | $2,075.20 | $2,075.20 |
| 2017 | | $1,223.22 | $1,223.22 |
| 2016 | | $1,433.24 | $1,433.24 |
| 2015 | | $1,433.24 | $1,433.24 |
| 2014 | | $1,433.24 | $1,433.24 |
| 2013 | | $1,433.24 | $1,433.24 |

**MORTGAGE HISTORY**

My team is killing it! Come see the definition of quality.

 **Grandview Custom Homes** · Follow

May 9, 2020 · 🌐

Come visit us at Durham Farms, Hendersonville's hottest community! View our stunning homes surrounding the Farmhouse, a.k.a- Am... See more



 **Alan Wise** is in **Nashville**.
Dec 31, 2009 · 🌐



# Started New Job at **Lux Development Group**

2009 — President
Nashville, Tennessee
Earthwork/Developer

⌁ Share

 **Alan Wise** is in **Antioch, Tennessee**.
Dec 31, 1997 · 🌐



# Started New Job at **Wise Coaches of Nashville**



1997 — President CEO Emeritus

Antioch, Tennessee

 **Alan Wise** is in **Nashville**.
Dec 31, 2009 · 🌐



# Started New Job at **Lux Development Group**

2009 — President
Nashville, Tennessee
Earthwork/Developer

Share

 **Alan Wise** is in **Antioch, Tennessee**.
Dec 31, 1997 · 🌐



# Started New Job at **Wise Coaches of Nashville**



1997 — President CEO Emeritus

Antioch, Tennessee



**She ready.....**



👍❤️ 187

38 comments · 1 share

👍 Like          💬 Comment          ➤ Share

 **Alan Wise** is with **Tricia Short Arnold**
and **5 others**.       •••

Jan 28, 2022 · 🌐

Oh I Remember! Don't Worry

 **Alan Wise** is in **Nashville**. 
Jun 1, 2018 · 🌐



# Started New Job at **Grandview Custom Homes**

June 1, 2018 — Senior Partner
Nashville, Tennessee
Contractor/Builder

3                                                              1 comment

 👍 Like                    💬 Comment                    ➦ Share

 **Alan Wise** is in **Nashville**. •••
Dec 31, 2009 · 🌐



# Started New Job at **Lux Development Group**

158

16 comments · 2.5K views

👍 Like          💬 Comment          ➢ Share

**Alan Wise**
May 28, 2022 · 🌐

In Hermitage and MJ soon..
Kultur Vodka



M.P.D FORM 100
(Rev. 5-00)
CALEA 42.2.4, 82.2.1, 82.2.4

# Incident Report

**Metropolitan Police Department**
**Nashville, Tennessee**
ver 4.3

| ZONE | R.P.A. | 1. MPD Incident No. |
|---|---|---|
| 523 | 9533 | 2018-0906251 |

## Part 1 Incident

**2. Related Incident** ☒ N/A

**3. Other Police Agency & Case Incident No.** ☒ N/A

| 4. Report Type | 5. Report Date/Time | 6. Incident Date/Time (From/To) | |
|---|---|---|---|
| DISPATCHED | 10/28/2018 11:05 | 10/28/2018 10:00 - 10/28/2018 11:00 | Precinct: Hermitage Precinct |

**7. Reporting/Dispatched Location** ☐ UNK

8305 GORDON LN

| | Apt No | City | State | Zip Code |
|---|---|---|---|---|
| Cross Street: | | | TN | |

**8. Address of Incident** ☐ Same as Block No 7

8305 GORDON LN

| | Apt No | City | State | Zip Code |
|---|---|---|---|---|
| Cross Street: | | HERMITAGE | TN | 37076 |

| # 1 | 9. Offense CODE | 10. Offense Description | 11. Status | 12. Location Type CODE |
|---|---|---|---|---|
| | 26A | FRAUD - SWINDLE | COMPLETED | RESIDENCE, HOME |

**13. Weapon CODE** (Enter up to 3) — NONE

| 15. Hate Crime Suspected | 16 Suspected Gang Activity | 16a. Terrorism Suspected | 17. (For Burglary) Forced Entry | If Hotel/Motel/rental Storage No. of Premises Entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|
| NO | NO | NO | | | |

## Part 2 Victim No. 1   ☐ N/A

**31. Victim Type** — Individual (18 and over)

**19. (Last, First, Middle Name or Business Name)** ☐ UNK ☒ MNI ☐ NEW

FRIERSON          DEBRA

**20. SSN** ☐ UNK ☒ N/A

**21. Driver License** (State) (Number) ☐ UNK ☒ N/A

**22. Address of Victim Street** ☐ UNK — Same as Address of Incident (Block #8) ☒

8305 GORDON LN

| | Apt No | City | State | Zip Code | E-Mail Address |
|---|---|---|---|---|---|
| Cross Street | | HERMITAGE | TN | 37076 | |

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. DOB ☐ UNK ☐ N/A | 29. Age ☐ N/A |
|---|---|---|---|---|---|
| FEMALE | BLACK OR AFRICAN AMERICAN | NON HISPANIC O | Yes | 04/14/1949 | 69 - Years |

**29. Phone Numbers** — HM: (615) 889-8896   WK:   Cell/Pager:

**30. Victim of Offenses:** (Ref Block #9) — 26A

**32. Local College Student?** (If Yes, List Name of College/University) — N/A

**33. Employment** ☒ N/A   (Name) ☐ MNI

(Address)          (Apt No)

(Cross Street)          (City)          (State)          (Zip Code) ☐

(Email Address)

**34. Domestic Disturbance?** N/A   *If Yes, Answer the Following Questions* — Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident?

**35. Victim to Suspect 1** — HOLLAND, DWIGHT   Relationship: RELATIONSHIP UNKNOWN

**35. Victim to Suspect 2** — WISE, ALLEN   Relationship: RELATIONSHIP UNKNOWN

**36. Aggravated Assault/Homicide Circumstances** | **37. Negligent Manslaughter** | **38. Justifiable Homicide**

## Part 5 Property

| 49. Victim/Suspect No. | | | |
| ☐ N/A | Victim | 1 | FRIERSON, DEBRA |

| 50. Cat CODE | 77-OTHER: ALL OTHER PROPERTY NOT FITTING TH | Category (Other) |

51. Property Description
(Make) (Model) (Size) (Type) (Color)

4.8 ACRES OF LAND (IMPROVED) OFF OF 1209 TULIP GROVE

| 52. Serial No. | Owner Applied No. | 53. QTY 1 |

| 54. Type CODE Stolen | 55. Cond CODE UNDAMAGED (USED) | Condition CODE (Other) |

| 56. Est $ Value 400,000 | 57. Date Recovered | Recovered $Value |

| 58. Stored By CODE Other (Specify) | Stored By (Other) SUSPECTS |

## Part 6 Injury & Transport ☒ N/A

85. Injured

86. "Injury" Code (Enter Up to 5)

87. Describe Injury

| 88. Medical Treatment | 89. Transported By |

| 90. Examining Physician ☐ N/A | 91. Status |

## Part 7 Search By Officer ☒ N/A

| 111. Search Type | 112. Searched Location (Address, Area, Etc.) |

## Part 8 Other Units Requested ☒ N/A

113. I.D. Section Called To Scene:

Yes, for: ☐ Photos ☐ Prints ☐ Other    Other:

☐ DNA ☐ Firearms ☐ Brass Casings

114. Other Units Called:

## Part 10 Narrative

120.

ON THIS DATE, VICTIM STATED SHE WAS SCAMMED BY SUSPECT #1 OVER THE SELL OF HER LAND THAT WAS PASSED ON TO HER BY A PREVIOUS RELATIVE. VICTIM STATED SUSPECT #1 (AN ALLEGED DEVELOPER) AGREED TO BUILD HER A RESIDENCE THAT WAS HANDICAP ACCESSIBLE IF SHE SIGN OVER THE 4.8 ACRES OF LAND SHE OWNS. SHE STATED SHE AGREED UNDER DURESS (SON WAS PARALYZED FROM AN ACCIDENT RIGHT BEFORE THE TRANSACTION) AND SIGNED THE CONTRACT. THIS TRANSACTION TOOK PLACE IN 2007. AT THE SAME TIME SHE SIGNED A CONTRACT, SUSPECT #1 GAVE THE LAND TO SUSPECT #2 IN A QUICK DEED PURCHASE BASED ON HIS RECENT BANKRUPTCY DILEMMA. VICTIM STATED SHE ATTEMPTED MULTIPLE TIMES TO CONTACT BOTH SUSPECTS BUT WAS UNSUCCESSFUL. BY 2009, VICTIM STATED THE RESIDENCE HAD NOT BEEN BUILT. VICTIM STATED SHE DISCOVERED SUSPECT #1 DID NOT HAVE A LICENSE TO MAKE SUCH TRANSACTIONS AND TOOK HIM TO COURT. SHE STATED SHE WAS AWARDED $400,000 IN A JUDGMENT AND TO RECEIVE THE 4.8 ACRES BACK IN RETURN. VICTIM STATED SHE WAS ADVISED FROM COUNSEL TO MAKE A POLICE REPORT TO 'GET THE BALL' ROLLING FOR INVESTIGATORS TO LOOK INTO GETTING HER LAND BACK

MNPD FORM 100
REV 5-00
CALEA 42.2.4, 82.2.1, 82.2.4

Ver 2.3.3e

## Incident Report
## Metropolitan Nashville Police Department
## Nashville, Tennessee

| ZONE | RPA | 1. MPD Incident No. |
|---|---|---|
| 525 | 9533 | 2022-0336573 |

### Part 1 Incident

**2. Related Incident**
N/A
**3. Other Police Agency and Case Incident No.**
N/A

| 4. Report Type | 5. Report Date | Time | 6. Incident Date | Time | Precinct |
|---|---|---|---|---|---|
| DISPATCHED | 07/09/2022 | 11:56 | From: 07/09/2022 | 11:56 | HERMITAGE |
| | | | To: 07/09/2022 | 11:56 | |

**7. Reporting/Dispatched Location**
8305 GORDON LN, HERMITAGE, TN 37076

**8. Address of Incident**
8305 GORDON LN, HERMITAGE, TN 37076

| 1 | 9. Offense Code | 10. Offense Description | 11. Status | 12. Location Type Code |
|---|---|---|---|---|
| | 740 - Matter of Record | MATTER OF RECORD | COMPLETED | RESIDENCE, HOME |

**13. Weapon Code (Enter up to 3)**     NONE

**14. Activity Code (Enter up to 3)**

| | | | 17. (For Burglary) If Hotel/Motel/Rental Storage | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|
| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 16b. Cybercrime Suspected | Forced Entry   No of premises entered |
| NO | NO | NO | | |

### Part 2 Victim

| Victim 1 | 31. Victim Type | 19. (Last, First, Middle Name or Business Name) |
|---|---|---|
| | INDIVIDUAL (18 AND OVER) | FRIERSON, DEBBIE |

| 20. Social Security Number | 21. Driver's License Number | Email |
|---|---|---|

**22. Address of Victim**
Same as Address of Incident Block 8

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. D.O.B. | 29. Age |
|---|---|---|---|---|---|
| FEMALE | BLACK OR AFRICAN AMERIC | NOT HISPANIC OR LATINO | YES | 04/14/1949 | 73 Years |

**29. Phone Numbers**
Home: (615) 889-8896    Work:    Cell/Pager:

**30. Victim of Offenses:**
(Ref Block #9)

740 - Matter of Record

**32. Local College Student? (If yes, last name of college/university)**
N/A

**33. Employment**
N/A

| 34. Domestic Disturbance? | Was Order of Protection violated? | Was victim taken to safe place? | Were children taken to safe place? | Were children present during incident? |
|---|---|---|---|---|
| No | | | | |

**35. Victim to Suspect**

**36. Aggravated Assault/Homicide Circumstances**

**37. Negligent Manslaughter**

**38. Justifiable Homicide**

**38.1. Will Victim Prosecute?** NO     **38.2. Can ID Suspect:** NO

**127. Advisory Notice Issued**
CITIZEN INFORMATION NOTICE

**123. Signature of Recipient/Authorizer:** N/A

### Part 3 Suspect N/A

### Part 4 Other Person N/A

### Part 5 Property N/A

60. If offense was at a Commercial structure, was it then occupied?
Complete Items 50-58 and 81-84 for Drug/Narcotic Violation

Drugs N/A

**Part 6 Injury and Transport** N/A

**Part 7 Search by Officer** N/A

**Part 8 Other Units Requested** N/A

| K9, ID, Section Called to Scene | | Yes for: | | Other: | |
|---|---|---|---|---|---|

| **Part 9 LEOKA** | 115. Police Assault Cleared | 116. First Weapon Encountered | | 117. Type of Activity | |
|---|---|---|---|---|---|
| 118. Officer Assignment | 119. LEOKA Incident Type | | | | |

**Part 10 Narrative** 120.

ON 07/09/2022 I WAS DISPATCHED TO 8305 GORDON LN IN REGARD TO THE VICTIM WANTING TO REPORT SOMEONE HAVING LEFT UNWANTED AND NON POSTAGED MAIL IN HER MAILBOX. THE VICTIM EXPLAINED SHE HAS BEEN HAVING ONGOING PROPERTY DISPUTE ISSUES REGARDING ACRES OF LAND SHE OWNS IN NASHVILLE. THE VICTIM STATED A MALE BLACK WITH A SHAVED HEAD AND BEARD HAD COME TO HER RESIDENCE, LEFT PAPERWORK IN HER MAILBOX, AND THEN PROCEEDED TO WALK UP HER DRIVEWAY AND KNOCK ON HER DOOR. THE VICTIM STATED SHE BELIEVES THE MAN WORKS FOR EITHER MERITAGES HOMES OR GEORGE ROBERTSON.
THE VICTIM STATED SHE WANTED IT DOCUMENTED THAT THIS INDIVIDUAL HAD TRESPASSED ON HER PROPERTY AND LEFT DOCUMENTS IN HER MAILBOX.

| 121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident: | Yes |
|---|---|

| 122. Report is Continued on: | N/A | (Check all that apply) |
|---|---|---|

| 130. Primary Investigative Unit: **HERMITAGE INVESTIGATIONS** | Reporting Agency: **METROPOLITAN NASHVILLE POLICE DEPARTMENT** |
|---|---|

| 128. Case Status: **UNFOUNDED** | Cleared by Exception: | |
|---|---|---|

| 124. Reporting Officer (First, MI, Last) Ashley      Kappenmacher | Employee No. 4001562 | Agency TN0190100 | Radio Call Sign 517A | District |
|---|---|---|---|---|
| 125. Approving Supervisor Gerry R.      Hutcheson | Employee No. 262757 | Agency TN0190100 | | |
| 126. Data Entry Dalton      Anderson | Employee No. 200015 | Agency TN0190100 | Date 07/15/2022 | |
| Comments | | | | |

**Crime Scene Photos**

MNPD FORM 100
REV. 5-00

CALEA 42.2.4, 82.2.1, 82.2.4

Ver 2.4.2e

**Incident Report**
**Metropolitan Nashville Police Department**
**Nashville, Tennessee**

| ZONE | RPA | 1. MPD Incident No. |
|------|-----|---------------------|
| 523 | 9539 | 2023-0188847 |

| **Part 1 Incident** | 2. Related Incident |
|---|---|
| | N/A |
| | 3. Other Police Agency and Case Incident No. |
| | N/A |

| 4. Report Type | 5. Report Date | Time | 6. Incident Date | Time | Precinct |
|---|---|---|---|---|---|
| DISPATCHED | 03/30/2023 | 20:21 | From: 03/30/2020 20:21 | | HERMITAGE |
| | | | To: 03/30/2023 20:21 | | |

7. Reporting/Dispatched Location
1209 TULIP GROVE RD, HERMITAGE, TN 37076

8. Address of Incident
1209 TULIP GROVE RD, HERMITAGE, TN 37076

| 1 | 9. Offense Code | 10. Offense Description | 11. Status | 12. Location Type Code |
|---|---|---|---|---|
| | 290 - Destruction/Damage/Vandalism of Pi | DAMAGE PROP - PRIVATE | COMPLETED | RESIDENCE, HOME |

13. Weapon Code (Enter up to 3)          UNKNOWN

14. Activity Code (Enter up to 3)

| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 16b. Cybercrime Suspected | 17. (For Burglary)   If Hotel/Motel/Rental Storage | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|
| NO | NO | NO | NO | Forced Entry   No of premises entered | |

| **Part 2 Victim** | | |
|---|---|---|

| Victim | 31. Victim Type | 19. (Last, First, Middle Name or Business Name) | Officer ENO |
|---|---|---|---|
| 1 | BUSINESS | DF & CR INC, | |

| 20. Social Security Number | 21. Driver's License Number |
|---|---|
| | - |

22. Address of Victim
Same as Address of Incident Block 8

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. D.O.B. | 29. Age |
|---|---|---|---|---|---|

| 29.1. Phone Numbers | | | |
|---|---|---|---|
| Home: | Work: | Cell/Pager: | |

30. Victim of Offenses:
(Ref Block #9)

33. Employment
Email

| 34. Domestic Disturbance? | Was Order of Protection violated? | Was victim taken to safe place? | Were children taken to safe place? | Were children present during incident? |
|---|---|---|---|---|
| No | | | | |

35. Victim to Suspect

Number: 1      Name:                    Relationship: VICTIM WAS STRANGER

Number: 2      Name:                    Relationship: VICTIM WAS STRANGER

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

| 38.1. Will Victim Prosecute?   YES | 38.2. Can ID Suspect:   YES |
|---|---|

| 123. Signature of Recipient/Authorizer:   N/A | 127. Advisory Notice Issued |
|---|---|
| | NOT APPLICABLE |

| **Part 3 Suspect** | |
|---|---|

| Suspect 1 | 93. (Last, First, Middle Name) GREGORY ROBINSON, JACKIE | 94. SSN and/or Driver's License Nbr Unknown |
|---|---|---|

| 93. Address of Suspect<br>1165 TULIP GROVE RD, HERMITAGE, TN 37076 | | | | | | | 95. Phone Number<br>Unknown | |
|---|---|---|---|---|---|---|---|---|

| 97. Sex<br>FEMALE | 98. Race<br>BLACK OR AFRICAN AMERICAN | 99. Ethnicity<br>NOT HISPANIC OR LATINO | 100. D.O.B.<br>Unknown | 101. Age<br>Unknown | 104. Height | 105. Weight<br>lbs |
|---|---|---|---|---|---|---|

| 106. Hair<br>UNKNOWN | 107. Eyes<br>UNKNOWN |
|---|---|

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|

| 102. Suspected of Using<br>N/A | 103. Status (Enter up to 2)<br>AT LARGE |
|---|---|

96. Weapon/Tool (Enter up to 3)
UNKNOWN

110. Vehicle Used
None

| Year | Make | Model | Body | Color | License Plate Number | State | Year |
|---|---|---|---|---|---|---|---|

| Suspect<br>2 | 92. (Last, First, Middle Name)<br>ROBINSON, GREGORY | 94. SSN and/or Driver's License Nbr.<br>Unknown |
|---|---|---|

| 93. Address of Suspect<br>1165 TULIP GROVE RD, HERMITAGE, TN 37076 | | | | | | | 95. Phone Number<br>Unknown | |
|---|---|---|---|---|---|---|---|---|

| 97. Sex<br>MALE | 98. Race<br>BLACK OR AFRICAN AMERICAN | 99. Ethnicity<br>NOT HISPANIC OR LATINO | 100. D.O.B.<br>Unknown | 101. Age<br>Unknown | 104. Height | 105. Weight<br>lbs |
|---|---|---|---|---|---|---|

| 106. Hair<br>UNKNOWN | 107. Eyes<br>UNKNOWN |
|---|---|

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|

| 102. Suspected of Using<br>N/A | 103. Status (Enter up to 2)<br>AT LARGE |
|---|---|

96. Weapon/Tool (Enter up to 3)
UNKNOWN

110. Vehicle Used
None

| Year | Make | Model | Body | Color | License Plate Number | State | Year |
|---|---|---|---|---|---|---|---|

## Part 4 Other Person

| OP<br>1 | 39. Other Person Type (Non-Victim)<br>COMPLAINANT | 40. (Last, First, Middle Name)<br>FRIERSON, DEBORAH J | 57192199 |
|---|---|---|---|

| 41. Address<br>1209 TULIP GROVE RD, HERMITAGE, TN 37076 | 42. Place of Employment/School   UNK |
|---|---|

| 43. Status<br>PERSON QUESTIONED | 44. Sex<br>FEMALE | 45. Race<br>BLACK OR AFRICAN AMERICAN | 46. D.O.B.<br>04/14/1949 | 47. Age<br>73 Years | 47.1 Can ID Suspect<br>YES |
|---|---|---|---|---|---|

48. Phone Numbers
Home:          Work:          Cell/Pager: (615) 294-5571

| OP<br>2 | 39. Other Person Type (Non-Victim)<br>COMPLAINANT | 40. (Last, First, Middle Name)<br>RAGLAND, CARTAZE |
|---|---|---|

| 41. Address<br>1209 TULIP GROVE RD, HERMITAGE, TN 37076 | 42. Place of Employment/School   UNK |
|---|---|

| 43. Status<br>PERSON QUESTIONED | 44. Sex<br>MALE | 45. Race<br>BLACK OR AFRICAN AMERICAN | 46. D.O.B.<br>02/17/1982 | 47. Age<br>41 Years | 47.1 Can ID Suspect<br>YES |
|---|---|---|---|---|---|

48. Phone Numbers
Home:          Work:          Cell/Pager: (615) 294-5571

## Part 5 Property

**49. Victim/Suspect No.**
VICTIM - 1   DE & CR INC.

| 50. Cat Code | STRUCTURES-OTHER COMMERCIAL/BUSINESS: ST | Category Other |
|---|---|---|

**51. Property Description**

| | (Make) | (Model) | (Size) | (Type) | (Color) |
|---|---|---|---|---|---|
| | | | **1209 TULIP GROVE** | | |

| 52. Serial No.   NA | | Owner Applied No.  NA | | 53. Quantity  1 | Offense Code  2902 |
|---|---|---|---|---|---|
| 54. Type Code   DAMAGED (NON ARSON) | | 55. Cond Code   UNDAMAGED (USED) | | | ConditionCode (Other) |
| 56. Est $ Value   $100,000.00 | 57. Date Recovered | Recovered $ Value | | Category | |
| 58. Stored By Code | | | Stored By (Other) | | |

**Motor Vehicle # 1**

| 61. License Nbr. | State | Year | 62. VIN | | |
|---|---|---|---|---|---|
| 63. Year | 64. Make | | 65. Model | 66. Style | 67. Color |
| 68. Doors Locked | | 69. Ignition Locked | | 70. Keys in Vehicle | |
| 73. Method of Entering Vehicle | 74. Method of Taking Vehicle | 75. Vehicle Towed To | VTR Nbr: | | |
| 76. Authorization to Tow | 77. Hold Vehicle For: | | | | |
| | | Other: | | | |
| 78. Describe Damage to Vehicle as a Result of this Incident | | 79. Insured By: | | 80. Financed By or Titleholder: | |

| 60. If Offense was arson and Property was structure, was the structure occupied? |
|---|

| Complete Items 50-58 and 81-84 for Drug/Narcotic Violation |
|---|

# Drugs  N/A

# Part 6 Injury and Transport  N/A

# Part 7 Search by Officer  N/A

# Part 8 Other Units Requested  N/A

| 113. I.D. Section Called to Scene | Yes for: | Other: |
|---|---|---|

| **Part 9 LEOKA** | 115. Police Assault Cleared | 116. First Weapon Encountered | | 117. Type of Activity |
|---|---|---|---|---|
| 118. Officer Assignment | 119. LEOKA Incident Type | | | |

| **Part 10 Narrative** | 120. | |
|---|---|---|

OP 1 AND 2 REPORTED ON MARCH 30, 2023 THAT THE ABOVE LOCATION WHICH IS THEIR BUSINESS ADDRESS HAD BEEN DAMAGED. THEY ADVISED THE DAMAGE TOOK PLACE BETWEEN MARCH 2020 AND TODAY'S DATE. THEY ADVISED DUE TO THE TORNADO AND THE  PANDEMIC THEY COULD NOT ACCESS THE PROPERTY. WHEN THEY DID GO TO THE PROPERTY THEY FOUND HOLES IN THE WALLS, THE CEILING HAD SIGNIFICANT DAMAGE AS WELL. THE INTERIOR OF THE RESIDENCE HAS DAMAGE IN EVERY ROOM. APPLIANCES ARE DESTROYED, THE ELECTRICAL OUTLETS HAVE BEEN PULLED OUT. THEY ADVISED THAT SUSPECTS 1 AND 2 HAVE BEEN TRYING TO TAKE THEIR PROPERTY ALONG WITH A DEVELOPER MERITAGE HOMES OF TN. THERE IS ALSO ALOT OF DAMAGE TO THE DRIVEWAY. OP 1 STATED THEY HAVE PICTURES.

| 121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident: | None Known At Time of Report |
|---|---|
| 122. Report is Continued on:   N/A   (Check all that apply) | |

| 130. Primary Investigative Unit:  HERMITAGE INVESTIGATIONS | Reporting Agency:  METROPOLITAN NASHVILLE POLICE DEPARTMENT |
|---|---|

| 128. Case Status:   Cleared by Exception: | | | | |
|---|---|---|---|---|
| OPEN | | | | |
| 124. Reporting Officer (First, MI, Last) | Employee No. | Agency | Radio Call Sign | District |
| Ronda            Atwater | 227514 | TN0190100 | 57A32 | |
| 125. Approving Supervisor | Employee No. | Agency | | |
| Abbey            Sawl | 256417 | TN0190100 | | |
| 126. Data Entry | Employee No. | Agency | Date | |
| Katherine        Hawkins | 4005180 | TN0190100 | 04/15/2023 | |
| Comments | | | | |

## Crime Scene Photos

MNPD FORM 100

REV. 1-2023

CALEA 42.2.4, 82.2.1, 82.2.4

Ver 2.4.2e

**Incident Report**
**Metropolitan Nashville Police Department**
**Nashville, Tennessee**

| ZONE | RPA | 1. MPD Incident No. |
|---|---|---|
| 523 | 9539 | 2023-0473163 |

| Part 1 Incident | 2. Related Incident |
|---|---|
| | N/A |
| | 3. Other Police Agency and Case Incident No. |
| | N/A |

| 4. Report Type | 5. Report Date   Time | 6. Incident Date   Time | Precinct |
|---|---|---|---|
| DISPATCHED | 08/11/2023   15:33 | From:  08/11/2023   15:33 | HERMITAGE |
| | | To:  08/11/2023   15:33 | |

7. Reporting/Dispatched Location
1209 TULIP GROVE RD, HERMITAGE, TN 37076

8. Address of Incident
1209 TULIP GROVE RD, HERMITAGE, TN 37076

| | 9. Offense Code | 10. Offense Description | 11. Status | 12. Location Type Code |
|---|---|---|---|---|
| 1 | 290 – Destruction/Damage/Vandalism of Pi | DAMAGE PROP - PRIVATE | COMPLETED | RESIDENCE, HOME |

| 13. Weapon Code (Enter up to 3) | UNKNOWN | | |
|---|---|---|---|

14. Activity Code (Enter up to 3)

| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 16b. Cybercrime Suspected | 17. (For Burglary)  Forced Entry   If Hotel/Motel/Rental Storage   No of premises entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|
| NO | NO | NO | NO | | |

**Part 2 Victim**

| Victim | 31. Victim Type | 19. (Last, First, Middle Name or Business Name) | Officer ENO |
|---|---|---|---|
| 1 | INDIVIDUAL (18 AND OVER) | FIERSON, DEBRA | |

| 20. Social Security Number | 21. Driver's License Number | | Email |
|---|---|---|---|
| Unknown | Unknown | | |

22. Address of Victim

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. D.O.B. | 29. Age |
|---|---|---|---|---|---|
| FEMALE | BLACK OR AFRICAN AMERIC | NOT HISPANIC OR LATINO | UNKNOWN | Unknown | 74 Y |

| 29.1. Phone Numbers | | |
|---|---|---|
| Home: | Work: | Cell/Pager: (615) 294-5571 |

30. Victim of Offenses:
(Ref Block #9)

290 – Destruction/Damage/Vandalism of Property

32. Local College Student? (If yes, last name of college/university)
N/A

33. Employment
N/A

34. Domestic Disturbance?
N/A

35. Victim to Suspect

| Number: 1 | Name: | Relationship:  VICTIM WAS STRANGER |
|---|---|---|

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

| 38.1. Will Victim Prosecute?   YES | 38.2. Can ID Suspect:   NO |
|---|---|

| 123. Signature of Recipient/Authorizer:   N/A | 127. Advisory Notice Issued   CITIZEN INFORMATION NOTICE |
|---|---|

| **Part 3 Suspect  All Unknown** | |
|---|---|

**Part 4 Other Person**

| OP | 39. Other Person Type (Non-Victim) | 40. (Last, First, Middle Name) |
|---|---|---|
| 1 | WITNESS | FIELDS, DON |

| 41. Address    UNK | | 42. Place of Employment/School    UNK | | | | | |
|---|---|---|---|---|---|---|---|

| 43. Status<br>PERSON QUESTIONED | 44. Sex<br>MALE | 45. Race<br>BLACK OR AFRICAN AMERICAN | 46. D.O.B.<br>08/08/1971 | 47. Age<br>52  Years | 47.1 Can ID Suspect<br>NO |
|---|---|---|---|---|---|

**48. Phone Numbers**
Home:        Work:        Cell/Pager: (629) 267-4395

## Part 5 Property

| 1 | 49. Victim/Suspect No.<br>VICTIM  1  FIERSON, DEBRA |
|---|---|

50. Cat Code   STRUCTURES-OTHER DWELLINGS: ANY OTHER RE        Category Other

**51. Property Description**
(Make)      (Model)      (Size)      (Type)      (Color)
Miscellaneous house structures, (Doors, floor, windows)

| 52. Serial No. | Owner Applied No. | 53. Quantity  1 | Offense Code  2902 |
|---|---|---|---|

| 54. Type Code   DAMAGED (NON ARSON) | 55. Cond Code   UNDAMAGED (USED) | ConditionCode (Other) |
|---|---|---|

| 56. Est $ Value  $10,000.00 | 57. Date Recovered | Recovered $ Value | Category |
|---|---|---|---|

| 58. Stored By Code | Stored By (Other) |
|---|---|

**Motor Vehicle # 1**

| 61. License Nbr. | State | Year | 62. VIN |
|---|---|---|---|

| 63. Year | 64. Make | 65. Model | 66. Style | 67. Color |
|---|---|---|---|---|

| 68. Doors Locked | 69. Ignition Locked | 70. Keys In Vehicle |
|---|---|---|

| 73. Method of Entering Vehicle | 74. Method of Taking Vehicle | 75. Vehicle Towed To    VTR Nbr: |
|---|---|---|

| 76. Authorization to Tow | 77. Hold Vehicle For:    Other: |
|---|---|

| 78. Describe Damage to Vehicle as a Result of this Incident | 79. Insured By: | 80. Financed By or Titleholder: |
|---|---|---|

60. If Offense was arson and Property was structure, was the structure occupied?

**Complete Items 50-58 and 81-84 for Drug/Narcotic Violation**

## Drugs  N/A

## Part 6 Injury and Transport  N/A

## Part 7 Search by Officer  N/A

## Part 8 Other Units Requested  N/A

| 113. I.D. Section Called to Scene | Yes for:         Other: |
|---|---|

| Part 9 LEOKA | 115. Police Assault Cleared | 116. First Weapon Encountered | 117. Type of Activity |
|---|---|---|---|

| 118. Officer Assignment | 119. LEOKA Incident Type |
|---|---|

## Part 10 Narrative     120.

On 08/11/2023 at approximately 1403 I was dispatched to 1209 Tulip Grove Road for a vandalism call. Upon arrival I spoke with Debra Frierson and her son Don Fields, who stated that there house has been vandalized.
Ms. Frierson stated that the house located at 1209 Tulip Grove Road is her property, but she is not staying in the house at the moment . Ms. Frierson had many documents showing what appeared to be ownership of the residency. Ms. Frierson stated that the no one has lived in the house for the last two years, and the house from the outside appears abandoned. Officers walked up to the property with Ms. Frierson and Mr. Fields and observed heavy damage to the house. There was multiple windows, doors, floors, and other building material broken and torn down. Ms. Frierson and Mr. Fields stated that the damage done to the house appears to have been done within the last week or two. Ms. Frierson and Mr. Fields stated they would create a list of all the damage done to the property and call back at a later date when they have all the information needed for the report. Ms. Frierson and Mr. Fields asked for a police report for documentation.

| 120.1 Fingerprints Lifted:   NO |
|---|

| 121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident:      Yes |
|---|

| 122. Report is Continued on:      N/A      (Check all that apply) |
|---|

| 130. Primary Investigative Unit: HERMITAGE INVESTIGATIONS | Reporting Agency: METROPOLITAN NASHVILLE POLICE DEPARTMENT |
|---|---|

Case 3:23-cv-01135   Document 1-8   Filed 10/26/23   Page 168 of 181 PageID #: 231

| 128. Case Status: | Cleared by Exception: | | | | | |
|---|---|---|---|---|---|---|
| **OPEN** | | | | | | |

| 124. Reporting Officer (First, MI, Last) | | Employee No. | Agency | Radio Call Sign | District |
|---|---|---|---|---|---|
| **Christopher** | **Mari** | **4005695** | **TN0190100** | **523A** | |

| 125. Approving Supervisor | | Employee No. | Agency | | |
|---|---|---|---|---|---|
| **Michael** | **Burgess** | **224386** | **TN0190100** | | |

| 126. Data Entry | | Employee No. | Agency | Date | |
|---|---|---|---|---|---|
| **Alyssa** | **Selley** | **4004224** | **TN0190100** | **08/12/2023** | |

Comments

**Crime Scene Photos**

MNPD FORM 100
REV. 1-2023
CALEA 42.2.4, 82.2.1, 82.2.4

Ver 2.4.2e

**Incident Report**
**Metropolitan Nashville Police Department**
**Nashville, Tennessee**

| | | | |
|---|---|---|---|
| ZONE | RPA | 1. MPD Incident No. | |
| 523 | 9539 | 2023-0486093 | |

| Part 1 Incident | 2. Related Incident |
|---|---|
| | N/A |
| | 3. Other Police Agency and Case Incident No. |
| | N/A |

| 4. Report Type | 5. Report Date  Time | 6. Incident Date  Time | Precinct |
|---|---|---|---|
| DISPATCHED | 08/17/2023  12:29 | From:  08/17/2023  12:29 | HERMITAGE |
| | | To:    08/17/2023  12:29 | |

**7. Reporting/Dispatched Location**
1209 TULIP GROVE RD, HERMITAGE, TN 37076

**8. Address of Incident**
1209 TULIP GROVE RD, HERMITAGE, TN 37076

| 1 | 9. Offense Code | 10. Offense Description | 11. Status | 12. Location Type Code |
|---|---|---|---|---|
| | 740 – Matter of Record | MATTER OF RECORD | COMPLETED | RESIDENCE, HOME |

| 13. Weapon Code (Enter up to 3) | | |
|---|---|---|

| 14. Activity Code (Enter up to 3) | | |
|---|---|---|

| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 16b. Cybercrime Suspected | 17. (For Burglary) Forced Entry | If Hotel/Motel/Rental Storage No of premises entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|---|
| NO | NO | NO | | | | |

## Part 2 Victim

| Victim | 31. Victim Type | 19. (Last, First, Middle Name or Business Name) | Officer ENO |
|---|---|---|---|
| 1 | INDIVIDUAL (18 AND OVER) | FRIERSON, DEBORAH JEAN | |

| 20. Social Security Number | 21. Driver's License Number |
|---|---|
| N/A | |

| 22. Address of Victim | | Email |
|---|---|---|
| Same as Address of Incident Block 8 | | |

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. D.O.B. | 29. Age |
|---|---|---|---|---|---|
| FEMALE | BLACK OR AFRICAN AMERIC | NOT HISPANIC OR LATINO | YES | 04/14/1949 | 74 Years |

| 29.1. Phone Numbers | | |
|---|---|---|
| Home: (615) 889-8896 | Work: | Cell/Pager: (615) 889-8896 |

**30. Victim of Offenses:**
(Ref Block #9)

**740 – Matter of Record**

**32. Local College Student? (If yes, last name of college/university)**
N/A

**33. Employment**
N/A

| 34. Domestic Disturbance? | Was Order of Protection violated? | Was victim taken to safe place? | Were children taken to safe place? | Were children present during incident? |
|---|---|---|---|---|
| No | | | | |

**35. Victim to Suspect**

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

| 38.1. Will Victim Prosecute?  NO | 38.2. Can ID Suspect:  NO |
|---|---|

| 123. Signature of Recipient/Authorizer:  N/A | 127. Advisory Notice Issued |
|---|---|
| | CITIZEN INFORMATION NOTICE |

## Part 3 Suspect  N/A

## Part 4 Other Person

| OP | 39. Other Person Type (Non-Victim) | 40. (Last, First, Middle Name) |
|---|---|---|
| 1 | COMPLAINANT | KEISTER, CASEY |

| 41. Address  UNK | 42. Place of Employment/School  UNK |
|---|---|

| 43. Status PERSON QUESTIONED | | 44. Sex MALE | 45. Race UNKNOWN | 46. D.O.B. UNK | 47. Age UNK Years | 47.1 Can ID Suspect NO |
|---|---|---|---|---|---|---|

| 48. Phone Numbers Home: Work: Cell/Pager: (425) 343-8096 | | | | | | |

## Part 5 Property   N/A

| 60. If Offense was arson and Property was structure, was the structure occupied? |
|---|

| Complete Items 50-58 and 81-84 for Drug/Narcotic Violation |
|---|

## Drugs   N/A

## Part 6 Injury and Transport   N/A

## Part 7 Search by Officer   N/A

## Part 8 Other Units Requested   N/A

| 113. I.D. Section Called to Scene | Yes for: | Other: | |
|---|---|---|---|

| Part 9 LEOKA | 115. Police Assault Cleared | 116. First Weapon Encountered | | 117. Type of Activity |
|---|---|---|---|---|
| 118. Officer Assignment | 119. LEOKA Incident Type | | | |

| Part 10 Narrative | 120. |
|---|---|

On 08/17/2023 officers were dispatched to 1209 Tulip Grove Rd in response to a complaint of criminal trespass. Officers spoke to the complainant, who is employed by Meritage Homes, who advised that people were trespassing on property owned by Meritage Homes. The complainant then forwarded a deed to officers. Officers spoke to Deborah Frierson on scene who advised that although some of her family's property was sold to Meritage Homes, she still maintains ownership of approximately fives acres on which a residence is situated. Ms. Frierson stated that there has been an ongoing property dispute between her family and Meritage Homes for several years. Ms. Frierson supplied ample documents to officers which appear to display ownership. Officers were not able to determine ownership of the specific area in question, therefore officers are unable to criminally trespass those allowed onto the property by Ms. Frierson at this time. Both parties were advised this is a civil matter.

| 120.1 Fingerprints Lifted:   N/A |
|---|

| 121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident:   Yes |
|---|

| 122. Report is Continued on:   N/A   (Check all that apply) |
|---|

| 130. Primary Investigative Unit:  HERMITAGE INVESTIGATIONS | Reporting Agency:  METROPOLITAN NASHVILLE POLICE DEPARTMENT |
|---|---|

| 128. Case Status: UNFOUNDED | Cleared by Exception: | |
|---|---|---|

| 124. Reporting Officer (First, MI, Last) Hannah          Wright | Employee No. 4007894 | Agency TN0190100 | Radio Call Sign 521A | District |
|---|---|---|---|---|
| 125. Approving Supervisor Michael          Burgess | Employee No. 224386 | Agency TN0190100 | | |
| 126. Data Entry Dalton          Anderson | Employee No. 200015 | Agency TN0190100 | Date 08/21/2023 | |

| Comments |
|---|

**Crime Scene Photos**

IN THE CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE

| | | |
|---|---|---|
| MERITAGE HOMES OF TENNESSEE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-0867-IV |
| | ) | |
| DEBORAH FRIERSON AND CARTER RAGLAND, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

In accordance with the Court's Order entered on or around April 12, 2023, the Plaintiff files this Status Report with the Court prior to May 5, 2023.

This matter involves a Restraining Order and Injunction issued prohibiting the Defendant from damaging, trespassing, removing and replacing signs, etc. on property owned by the Plaintiff.

Until April 4, 2023, the Plaintiff is unaware of any conduct or examples wherein the Defendants may have violated the Injunction.

On April 4, 2023, the Planning/Entitlement Manager for the Plaintiff traveled to the site based upon a call received earlier in the day. The Plaintiff's representative discovered that multiple new signs had been placed on the property. The Manager notified the Sales Agent and Construction Manager that they were not to engage with the Defendants but were to call the police regarding any suspicious activity. The Plaintiff is in the process of reviewing a security camera tape to see if there is any video specifically identifying the person or people who trespassed. Unfortunately, the security camera was down at the time the incident occurred.

The signage has been removed from the Meritage property. Meritage continues to monitor the situation. Meritage believes that the Injunction should remain in place for at least an additional 90 days.

Counsel for the Plaintiff would be happy to appear and answer any questions the Court may have if necessary.

Respectfully submitted,

Richard M. Smith (#12254)
SMITH, CASHION, & ORR, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
(615) 742-8560
rsmith@smithcashion.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been forwarded via U.S. Mail, postage prepaid to the following:

Deborah Frierson
Carter Ragland
8305 Gordon Lane
Hermitage, TN 37076

This the 14 day of July, 2023.

# IN THE CHANCERY COURT FOR THE STATE OF TENNESSEE
## TWENTIETH JUDICIAL DISTRICT, DAVIDSON COUNTY, PART IV

MERITAGE HOMES OF TENNESSEE, INC.,   )
         )
    Plaintiff,                   )
         )
vs.                       )  CASE NO. 22-0867-IV
         )
DEBORAH FRIERSON AND CARTER   )
RAGLAND,                )
         )
    Defendants.            )

## SCHEDULING ORDER

The Court, on its own initiative, hereby sets the following schedule for this case:

1. The deadline for the completion of all discovery is August 18, 2023. This means that the parties are required to initiate discovery efforts or to send written discovery requests in time for discovery to be completed in all respects on or before August 18, 2023.

2. The deadline for filing motions to amend or to supplement the pleadings is May 12, 2023.

3. The deadline for filing case-dispositive motions is October 13, 2023.

4. Plaintiff is directed to obtain the entry of an Order disposing of this case or an Order setting this case for trial by December 1, 2023.[1] If Plaintiff fails to secure the entry of an Order disposing of this case or an Order setting this case for trial by December 1, 2023, the Court will dismiss this case for failure to prosecute, without any further notice to the parties. The Order setting this case for trial may be obtained by agreement or by motion.

---

[1] The Court anticipates that the trial will be set to commence on some date other than December 1, 2023.

If the parties propose additional deadlines related to expert witness disclosures or other issues, the Court requests that the parties submit an Agreed Order setting out any such additional deadlines.

This Scheduling Order will not be modified, except with the Court's permission.

**IT IS SO ORDERED.**

RUSSELL T. PERKINS, CHANCELLOR

cc:     Richard M. Smith, Esq.

Ms. Deborah Frierson, *pro se*
8305 Gordon Lane
Hermitage, TN 37076

Mr. Carter Ragland, *pro se*
8305 Gordon Lane
Hermitage, TN 37076

MAILED
4/12/23

## Erica S. Gilmore, Metropolitan Trustee
### Property Tax Payment



**2022**

**THANK YOU FOR YOUR PAYMENT!**

### ADDRESS INFORMATION
1209 TULIP GROVE RD
NASHVILLE

| | |
|---|---|
| Account | 08600034800 |
| Receipt | 4876860 |
| Receipted By | CHARIS DAVIS |
| Received By | CHARIS DAVIS |
| Bill | 22-104136 |
| Date | Nov 01, 2022 |

### APPRAISAL INFORMATION

| Classification | RESIDENTIAL |
|---|---|
| Land Value | $300,000.00 |
| Improvement | $40,100.00 |
| Total Value | $340,100.00 |
| Assessed Percent | 25 |
| Assessed Value | $85,025.00 |
| Tax Rate | 2.922000000 |

**Total Base Tax**    $2,484.43

### PAYMENT INFORMATION

| | |
|---|---|
| Previous Balance | $2,484.43 |
| Tax Paid Today | $2,001.00 |
| Interest Paid Today | $0.00 |
| **Total Paid Today** | **$2,001.00** |

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Ck#1004 | D.F. & C.R. INC. | $2,001.00 |

Customer Care Department
667 Union Blvd
Allentown, PA 18109

OPEN IMMEDIATELY

IMPORTANT INFORMATION ENCLOSED

Deborah Freason
1209 Tulip Grove Rd
Hermitage, TN 37076-2024

PROPOSED APPOINTMENT

DATE: 2/25/22          TIME: 12:00 PM

You're cordially invited

to a special local event

Deborah J Frierson
1209 Tulip Grove Rd
Hermitage, TN 37076-2682

# CIGNA

MKTAEP, PO Box 20002, Nashville, TN 37202

# MEDICARE ADVANTAGE PLAN INFORMATION

## PROMPT RESPONSE REQUESTED

**DELIVER TO:**

5275636185636070r 4B

Deborah Frierson
1209 Tulip Grove Rd
Hermitage, TN 37076-2632



