Sorry, sent to the wrong address, didn't realize a new Federal Bldg. has been built. My Son and I has been fighting our "Life Estate" for 14 years - since 2009 and at present time 2023, fighting for our rights. We had 3 three lawyers, David Kennedy 2½ years withdrew, second Robert Notestine for 10 years, He withdrew due to fact my Son and I (Ms. Frierson) that we discovered and were still fighting by ourself things "Did Not" sound right and dishonest things wasn't going in the right direction so they were intimidation method though they withdrew. We decided to hired another lawyer Tampika Parker. Have information Tenn Codes, Fraudalent Documentation, Threat, Criminal action, Though we see these actions and our lawyers didn't see or react on the actions. We have been taken for - promise has not been fullfilled. Now <u>18 USC 241</u> and as well as <u>18 USC 242</u> has been violated.

RECEIVED
OCT 23 2023
U.S. District Court
Middle District of TN

